SARA M. THORPE (SBN 146529)
sthorpe@gordonrees.com
GORDON I. ENDOW (SBN 099638)
gendow@gordonrees.com
JEFFREY M. RATINOFF (SBN 197241)
jratinoff@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
ST. PAUL MERCURY INSURANCE COMPANY

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, a Delaware corporation; and AMERICA ONLINE, INC., a Delaware corporation;<br><br>Plaintiffs,<br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A., a Pennsylvania corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; a Connecticut corporation, and DOES 1 through 50,<br><br>Defendants. | CASE NO. C-06-00198 PVT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ST. PAUL's MOTION TO DISMISS PLAINTIFFS' NINTH CAUSE OF ACTION, MOTION TO STRIKE PRAYER, OR ALTERNATIVELY FOR MORE DEFINITE STATEMENT.**<br><br>**[F. R. Civ. P. 12(b)(6), 12(e), 12(f)]**<br><br>**Date: February 27, 2006**<br>**Time: 9:00 a.m.**<br>**Judge: James Ware**<br>**Dept.: Courtroom 8**<br><br>**Complaint Filed: December 12, 2005** |

This matter came on for hearing on February 27, 2006, in Courtroom 8, of the above-entitled court on Defendant St. Paul Mercury Insurance Company's (hereinafter "St. Paul") Motion to Dismiss Plaintiffs' Ninth Cause of Action, Motion to Strike Prayer, or Alternatively for More Definite Statement ("Motion to Dismiss").

The Court, having considered all papers filed in favor of, and in opposition to, St. Paul's Motion to Dismiss, and good cause appearing, the Court HEREBY GRANTS St. Paul's Motion

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

to Dismiss on the grounds that the Ninth Cause of Action for Unfair Business Practices asserted by Netscape Communications Corporation and America Online, Inc. against St. Paul: (1) fails to state a cognizable claim under Section 17200 as a matter of law; (2) seeks compensatory damages and equitable relief that are not recoverable under Section 17200 as a matter of law; and (3) fails to allege sufficient facts to establish a cognizable claim under Section 17200. The Ninth Cause of Action to the Complaint is therefore dismissed, with prejudice.

IT IS ORDERED.

Dated: February ____, 2006

U.S. DISTRICT COURT JUDGE