Netscape Communications Corporation et al v. Federal Insurance Company et al Doc. 22 Att. 6


# EXHIBIT 5
# PART 2

Dockets.Justia.com

CHUBB

# Building And Personal Property

## Limits Of Insurance

Except as provided under Pollutant Clean-Up or Removal, the most we will pay in any one occurrence is the amount of loss or damage, not to exceed the applicable Limit of Insurance shown in the Declarations, regardless of whether any Coverage, Extension of Coverage or Additional Coverage appears in any other contract or contracts which form a part of this policy

### *Building Extended Limit Of Insurance*

If an Extended Limit of Insurance for Building is shown in the Declarations, the most we will pay in any one occurrence is the amount of loss or damage, not to exceed 125% of the Limit of Insurance for Building shown in the Declarations

The Extended Limit of Insurance for Building:

- applies only to a premises shown in the Declarations for which the Extended Limit of Insurance is shown; and
- does not apply to any Blanket Limit of Insurance for Building shown in the Declarations.

### *Automatic Increase In Limits*

The Limits of Insurance for Building or Personal Property will automatically increase by the annual percentage shown in the Declarations under Automatic Increase In Limits. At the time of loss or damage the amount of increase will be determined by multiplying the applicable Limit of Insurance shown in the Declarations by the percentage of annual increase applied on a pro rata basis

## Deductible

We will pay the amount of loss or damage in excess of the applicable deductible amount shown in the Declarations for each occurrence

Except for any deductible for Business Income or Extra Expense shown in the Declarations, if two or more deductibles apply to the same occurrence, only the largest single deductible will apply, unless otherwise stated.

## Loss Payment Basis

Subject to the applicable Limit of Insurance for Building or Personal Property shown in the Declarations.

A **building** or **personal property** is valued on a replacement cost basis as described below, unless

1 the Loss Payment Basis shown in the Declarations is actual cash value, or

2 otherwise stated under Loss Payment Basis Exceptions, and

B **building** or **personal property** valuation includes costs you incur as described below under Ordinance or Law, Construction Fees, Brands and Labels, and Extended Warranties

### *Our Loss Payment Options*

In the event of loss or damage covered by this insurance, at our option we will either

- pay the covered value of the lost or damaged **building** or **personal property**,
- pay the cost of repairing or replacing the lost or damaged **building** or **personal property**, plus any reduction in value of the repaired item,
- take all or any part of the **building** or **personal property** at an agreed or appraised value, or
- repair or replace the **building** or **personal property** with another **building** or **personal property** of comparable material and quality for the same use or occupancy

## Loss Payment Basis
*(continued)*

*Replacement Cost Basis*

Lost or damaged **building** or **personal property** will be valued at the lesser of the full cost to repair or replace it at the time of loss or damage, including customs duties incurred, but not more than you actually spend to repair or replace the **building** or **personal property** at the same or another location for the same use or occupancy. There is no deduction for depreciation or deterioration.

If you do not repair or replace the **building** or **personal property**, we will only pay as provided under Actual Cash Value Basis.

If you commence the repair or replacement of the lost or damaged **building** or **personal property** within 24 months from the date of the loss or damage, we will pay you the difference between the actual cash value previously paid and the replacement cost at the time of loss or damage

*Actual Cash Value Basis*

If the Loss Payment Basis shown in the Declarations is actual cash value, lost or damaged **building** or **personal property** will be valued at the lesser of the full cost to repair or replace it on the date of loss or damage with material of like kind and quality, less allowance for each of the following

- physical deterioration,
- depreciation;
- obsolescence; and
- depletion.

*Ordinance Or Law*

If there is an ordinance or law in effect at the time of loss or damage that regulates zoning, land use or construction of a **building** or **personal property**, and if that ordinance or law affects the repair or replacement of the lost or damaged **building** or **personal property**, and if you.

A. repair or replace the **building** or **personal property** as soon as reasonably possible, the valuation will include.

1 a. the replacement cost of the damaged and undamaged portions of the **building** or **personal property**, or

b. the actual cash value of the damaged and undamaged portions of the **building** or **personal property** (if the applicable Loss Payment Basis shown in the Declarations is actual cash value),

2. the costs to demolish and clear the site of the undamaged portion of the **building** or **personal property**, and

3 the increased cost to repair or replace the **building** to the same general size or **personal property** for the same general use, to the minimum standards of such ordinance or law, except we will not pay any costs

a. for land, water, paved or concrete surfaces, retaining walls, foundations or supports below the surface of the lowest floor or basement, unless specifically covered by this policy, or **outdoor trees, shrubs, plants or lawns**,

b. incurred outside the legal property boundary of the premises shown in the Declarations, or

c. if **building** or **personal property** is valued on an actual cash value basis

## Loss Payment Basis

*Ordinance Or Law (continued)*

B do not repair or replace the **building** or **personal property**, the valuation will include:

1. the actual cash value of the damaged and undamaged portions of the **building** or **personal property**; and
2. the cost to demolish and clear the site of the undamaged portion of the **building** or **personal property**.

The maximum valuation we will consider under this provision is the proportion that the covered direct physical loss or damage to **building** or **personal property** bears to the total direct physical loss or damage to **building** or **personal property**

The valuation will not include any costs

- associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **pollutants**, or
- for undamaged improvements and betterments that are payable under the Additional Coverage for Leasehold Interest - Improvements and Betterments

*Construction Fees*

**Building** valuation includes necessary and incurred architectural, engineering, consulting, and supervisory fees related to the construction and repair of the lost or damaged **building**

*Brands And Labels*

**Personal property** valuation includes the cost of

- replacing labels, capsules, wrappers or containers from damaged **personal property**, or
- identifying and reconditioning damaged **personal property**

In the event of damage to **stock** you have two options when

- you do not want to sell your damaged **stock** under your brand or label; or
- the owner of any damaged **stock** in your care, custody or control does not want to sell that damaged **stock** under the owner s brand or label,

even though the damaged **stock** has salvage value,

You may

- remove the brand or label and then relabel the damaged **stock** to comply with the law, or
- label the damaged **stock** as "salvage" but, in doing so, cause no further damage to the **stock**

In either case, the **personal property** valuation will include the difference between

- the salvage value of the damaged **stock** with the brand or label attached, and
- the salvage value of the damaged **stock** with the brand or label removed

## Loss Payment Basis
*(continued)*

*Extended Warranties*

**Personal property** valuation includes the cost of non-refundable extended warranties, maintenance contracts or service contracts that you purchased, which are no longer valid on lost or damaged **personal property** that you repair or replace

*Outdoor Trees, Shrubs, Plants Or Lawns And Personal Property Of Employees*

Subject to the applicable Limit of Insurance for Outdoor Trees, Shrubs, Plants or Lawns and Personal Property of Employees shown in the Declarations, **outdoor trees**, **shrubs**, **plants** or **lawns**, and **personal property of employees** are valued on the same basis as **personal property**, unless:

- the Loss Payment Basis shown in the Declarations is actual cash value; or
- otherwise stated under Loss Payment Basis Exceptions.

We will not pay more than the amount for which you are legally liable

## Loss Payment Basis Exceptions

*Accounts Receivable Records, Valuable Papers, And Electronic Data Processing Media*

**Accounts receivable records**, **valuable papers**, and **electronic data processing media**, (other than prepackaged software programs), are valued based on the cost of blank materials, and the cost of copying data onto blank materials from a duplicate source on the same type of materials.

*Deferred Payments*

When a total loss occurs, coverage for deferred payments is valued based on the amount shown on your books as due from the buyer

When partial loss or damage occurs and the buyer refuses to continue payment, forcing you to repossess, coverage for deferred payments will be valued as follows.

- if the realized value of the repossessed **personal property** is greater than or equal to the amount shown on your books as due from the buyer, we will make no payment; or
- if the realized value of the repossessed **personal property** is less than the amount shown on your books as due from the buyer, we will pay the difference

When partial loss or damage occurs and the buyer continues to pay you, we will not make any payment

*Finished Stock And Sold Personal Property*

**Finished stock** and sold **personal property** completed and awaiting delivery are valued based on your selling price less the value of discounts and costs you would have incurred

CHUBB



## *Loss Payment Basis Exceptions*
*(continued)*

*Gold, Gold Salts And Other Precious Metals*

Gold, gold salts and other precious metals are valued based on the average market cost for replacement as published by the London Metals Market during the period of 10 business days immediately preceding the date of loss or damage, or the actual sum you pay for replacement, whichever is less

*Personal Property Of Others*

**Personal property of others** is valued on the same basis as **personal property** (subject to all other exceptions described under Loss Payment Basis Exceptions), but we will not pay more than the amount for which you are legally liable.

Labor, materials and services that you furnish or arrange on **personal property of others** are valued based on the actual cost of the labor, materials and services.

*Stock In Process*

**Stock in process** is valued based on raw materials and costs expended as of the date of loss or damage

*Undamaged Improvements And Betterments*

Undamaged **improvements and betterments** are valued based on:

- the cost to replace undamaged **improvements and betterments** at the time of loss or damage on the same or another site if you commence replacement within 24 months following the termination of your lease, or
- the **unamortized** portion of their original cost to you if you do not replace undamaged **improvements and betterments**

## *Conditions*

*Abandonment*

There can be no abandonment of any **building**, **personal property**, **personal property of employees**, or **outdoor trees, shrubs, plants or lawns** to us unless we specifically agree to such abandonment in writing.

*Loss Payable*

For covered **personal property**, **personal property of employees**, or **outdoor trees, shrubs, plants or lawns** in which both you and a Loss Payee shown in the Declarations have an insurable interest, we will:

- adjust losses with you, and
- pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear

*Loss Payment*

A. We will pay for covered direct physical loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this insurance, and

1 we have reached agreement with you on the amount of loss, or

2 an appraisal award has been made

## Conditions

*Loss Payment (continued)*

B. We will not pay you more than your financial interest in the **building**, **personal property**, **personal property of employees**, or **outdoor trees, shrubs, plants or lawns**.

C. We may adjust losses with the owners of lost or damaged **building**, **personal property**, **personal property of employees**, or **outdoor trees, shrubs, plants or lawns** if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' **building**, **personal property**, **personal property of employees**, or **outdoor trees, shrubs, plants or lawns**. We will not pay the owners more than their financial interest in such property

D We may elect to defend you against suits arising from claims of owners of **building**, **personal property**, **personal property of employees**, or **outdoor trees, shrubs, plants or lawns**. We will do this at our expense.

*Mortgage Holder*

We will pay for loss or damage to **building** jointly to you and the mortgage holder shown in the Declarations, as interests may appear.

However, your mortgage holder has the right to receive loss payment, even though:

- you failed to comply with the terms of this insurance; or
- your mortgage holder starts foreclosure or similar actions on the **building**

If we make loss payments to your mortgage holder when you fail to comply with the terms of this insurance, you will have to pay us to the extent we pay the mortgage holder Your mortgage holder will still have the right to receive the balance of the mortgage debt from you.

We also have the right to take over your mortgage after making loss payment to the mortgage holder. If we do, you will pay your remaining mortgage debt to us

If you fail to pay your premium, we may request it from your mortgage holder

The mortgage holder must notify us of any change in ownership known to the mortgage holder.

If we cancel this insurance, we will give written notice to the mortgage holder at least

- 20 days before the effective date of cancellation if we cancel for your non-payment of premium; or
- 60 days before the effective date of cancellation, if we cancel for any other reason

To satisfy the requirements of any mortgage holder shown in the Declarations, copies of policies, or certified copies of polices, may be sent to these mortgage holders In no event are copies of policies sent to mortgage holders to be considered as increasing the Limits of Insurance shown in the Declarations or changing the terms of this insurance, nor are they to be considered duplicate or contributing insurance.

*Other Insurance*

If you have other insurance against loss or damage covered by this policy, we shall not pay any amount greater than the proportion that the applicable Limit of Insurance shown in the Declarations bears to the total applicable Limits of Insurance covering the loss or damage

CHUBB

# *Building And Personal Property*

## *Conditions*

*Other Insurance (continued)*

This insurance is excess of

- the amount you recover under any other insurance for the loss of your interest in **improvements and betterments** or for the repair or replacement of lost or damaged **improvements and betterments**; or
- any other insurance for **personal property of others** or **personal property of employees**

*Recovered Property*

If any lost or damaged **building, personal property, personal property of employees**, or **outdoor trees, shrubs, plants or lawns** is recovered by you or us after a loss payment is made, the party making the recovery must give the other party prompt notice

When **building, personal property, personal property of employees**, or **outdoor trees, shrubs, plants or lawns** is recovered, you may:

- keep the recovered property and return the loss payment to us; or
- keep the loss payment and we will keep the recovered property.

If any recovered property has salvage value, or if there is any money recovered through subrogation, we will reimburse you, from the amount recovered, for

- the deductible amount that was paid,
- the penalties you paid as a result of Coinsurance or the **personal property** reporting condition of this insurance, if applicable, and
- any uninsured loss or damage resulting from an insufficient Limit of Insurance

If there are any expenses in recovering any lost or damaged **building, personal property, personal property of employees**, or **outdoor trees, shrubs, plants or lawns**, or through subrogation, we will share the expenses with you in proportion to the amount we are each reimbursed.

When any recovered **building, personal property, personal property of employees**, or **outdoor trees, shrubs, plants or lawns** that you choose to keep is in need of repair, we will pay for the repairs subject to the applicable Limit of Insurance shown in the Declarations

*THIS PAGE INTENTIONALLY LEFT BLANK*

CHUBB

# Building And Personal Property

## Definitions

**WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT:**

### Accounts Receivable Records

**Accounts receivable records** means accounting records, including support records such as invoices and accounting records on **electronic data processing media**, used to control and document the collection of money due from customers.

### Building

**Building** means.

- a structure;
- completed additions,
- additions to the structure under construction;
- alterations and repairs to the structure;
- **personal property** consisting of materials, machinery, equipment, supplies, and temporary structures used for making additions, alterations, or repairs to the structure,
- outdoor fixtures,
- permanently installed fixtures, machinery, and equipment, and
- **personal property** used to maintain or service the structure or its premises

**Building** does not mean

- land,
- water,
- paved or concrete surfaces;
- retaining walls,
- foundations or supports below the surface of the lowest floor or basement, or
- **outdoor trees, shrubs, plants or lawns**

### Contaminant

**Contaminant** means an impurity resulting from the mixture of or contact of a substance with a foreign substance

### Electronic Data Processing Media

**Electronic data processing media** means

- punch cards, tapes, discs, diskettes, drums, cells,
- other magnetic or optical recording or storage devices,
- the information recorded on this media, and
- the original source material used to enter data and/or program media.

## Definitions *(continued)*

**WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT:**

*Finished Stock*

**Finished stock** means goods you have manufactured which are in their completed state and ready for sale.

**Finished stock** does not include goods you have manufactured which are in their completed state and ready for sale on the premises of any retail outlet insured by Business Income Insurance.

*Improvements And Betterments*

**Improvements and betterments** means **personal property** comprised of fixtures, alterations, installations or additions

- made a part of the **building** you occupy but do not own, and
- you acquired or made at your expense but cannot legally remove

*Merchandise*

**Merchandise** means goods held for sale by you which are not the products of manufacturing operations conducted by you.

*Money*

**Money** means:

- currency, coins, bank notes, or bullion; and
- travelers checks, registered checks, food stamps, and money orders held for sale to the public.

*Outdoor Trees, Shrubs, Plants, Or Lawns*

**Outdoor trees, shrubs, plants or lawns** means outdoor trees, shrubs, plants, or lawns you own on the premises shown in the Declarations.

**Outdoor trees, shrubs, plants or lawns** does not mean.

- outdoor trees, shrubs, plants or lawns that you hold for sale as **stock**, or
- growing crops

*Patterns, Molds And Dies*

**Patterns, molds and dies** means **personal property** consisting of patterns, molds, dies and other similar property usual to your business that are owned by you or in your care, custody or control

*Personal Property*

**Personal property** means.

- all your business personal property,
- business personal property in which you have an insurable interest,
- **patterns, molds and dies,**
- **personal property of others,**
- labor, materials and services furnished or arranged by you on **personal property of others;** and
- tenant's **improvements and betterments**

## Definitions

**WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT:**

*Personal Property (continued)*

**Personal property** does not mean.

- building;
- land,
- water,
- growing crops,
- **outdoor trees, shrubs, plants or lawns**;
- vehicles or machines licensed for use on public roads,
- self-propelled watercraft in water;
- aircraft, except aircraft manufactured, processed, warehoused or held for sale while on the ground;
- **money** or **securities**,
- personal property sold under a conditional sale or trust agreement or an installment or deferred payment plan after delivery to customers; except as otherwise stated, or
- animals, except animals owned by others and boarded by you or animals owned by you and held for sale

*Personal Property Of Employees*

**Personal property of employees** means personal property owned or leased by your employee and in your care, custody or control

**Personal property of employees** does not mean

- **building**,
- land,
- water,
- growing crops.
- **outdoor trees, shrubs, plants or lawns**,
- vehicles or machines licensed for use on public roads,
- self-propelled watercraft in water;
- aircraft, except aircraft manufactured, processed, warehoused or held for sale while on the ground,
- **money** or **securities**;
- personal property sold under a conditional sale or trust agreement or an installment or deferred payment plan after delivery to customers, or
- animals, except animals owned by your employee and boarded by you

| *Definitions* *(continued)* | **WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT:** |
|---|---|

*Personal Property Of Others*

**Personal property of others** means personal property not owned by you and in your care, custody or control

**Personal property of others** does not include **personal property of employees.**

*Pollutants*

**Pollutants** means any solid, liquid, gaseous or thermal irritant or **contaminant**, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste Waste includes materials to be disposed of, recycled, reconditioned or reclaimed

*Raw Stock*

**Raw stock** means **personal property** made up of material in the state in which you receive it for conversion into **finished stock.**

*Salespersons' Samples*

**Salespersons' samples** means **personal property** that is in the custody of any one of your salespersons and used only for sample purposes

*Securities*

**Securities** means

- all negotiable and non-negotiable instruments or contracts that represent either money or other property held by you in any capacity,
- revenue and other stamps in current use,
- tokens,
- tickets; and
- property of others that you hold as a pledge or as collateral for a loan.

**Securities** does not mean **money**

*Specified Peril*

**Specified peril** means

- aircraft or self-propelled missiles;
- explosion.
- fire or lightning;
- leakage from fire protection equipment;
- mine subsidence,
- riot or civil commotion,
- sinkhole collapse,
- smoke;
- vandalism;
- vehicles,

CHUBB

# Building And Personal Property

## Definitions

**WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT:**

*Specified Peril (continued)*

- volcanic action; or
- wind or hail.

*Stock*

**Stock** means **personal property** consisting of

- goods held in storage or for sale,
- **raw stock**,
- **stock-in-process**,
- **finished stock**, and
- **merchandise**

including supplies used in their packing or shipping.

*Stock In Process*

**Stock in process** means **raw stock** which has undergone any aging, seasoning, mechanical or other process of manufacture but which has not become **finished stock**

*Unamortized*

**Unamortized** means the period of time remaining in your lease at the time of loss or damage divided by the period of time from the date the **improvements and betterments** were made to the date that your lease expires

*Valuable Papers*

**Valuable papers** means valuable.

- papers, documents, records, negatives, transparencies;
- tapes of all types, and
- original plans, blueprints, specifications or designs

**Valuable papers** does not mean

- **electronic data processing media**,
- **money**, or
- **securities**.

# Property Insurance

## Business Income (With Extra Expense)

PROPERTY CONTRACT

BUSINESS INCOME (WITH EXTRA EXPENSE)

### Table Of Contents


| Section | Page No. |
| --- | --- |
| Coverage | 3 |
| Extensions Of Coverage | 3 |
| Additional Coverages | 4 |
| Coverage Territory | 7 |
| Limits Of Insurance | 7 |
| Deductible | 7 |
| Loss Determination | 7 |
| Loss Payment Option | 8 |
| Loss Payment Limitations | 9 |
| Conditions | 9 |
| Definitions | 11 |

THIS PAGE INTENTIONALLY LEFT BLANK

CHUBB

# *Business Income (With Extra Expense)*

## *Contract*

Words and phrases that appear in **bold** print have special meanings and are defined in the definitions section of this contract

Throughout this contract the words "you" and "your" refer to the Named Insured shown in the Declarations of this policy. The words "we", "us" and "our" refer to the company providing this insurance

## *Coverage*

### *Business Income And Extra Expense*

We will pay for the actual **business income** loss and **extra expense** you incur due to the actual or potential impairment of your **operations** during the **period of restoration**, not to exceed the applicable Limit of Insurance for Business Income with Extra Expense shown in the Declarations

This actual or potential impairment of **operations** must be caused by or result from direct physical loss or damage by a **covered peril** to **property** at the premises shown in the Declarations, or within 1,000 feet of the premises shown in the Declarations, unless otherwise stated

This coverage applies only at those premises

- where you incur a **business income** loss, and
- for which a Limit of Insurance for Business Income With Extra Expense is shown in the Declarations

### *Newly Acquired Premises*

We will pay for the actual **business income** loss and **extra expense** you incur due to the actual or potential impairment of your **operations** during the **period of restoration**, not to exceed the Limit of Insurance for Business Income shown in the Declarations under Newly Acquired Premises

This actual or potential impairment of **operations** must be caused by or result from direct physical loss or damage by a **covered peril** to **property** at each newly acquired premises This coverage applies until the first of the following occurs

- you notify us of how you want Business Income coverage to apply to the newly acquired premises; or
- 180 days pass from the date you acquire the premises, or
- this policy expires.

We will charge you additional premium from the date you acquire the premises

## *Extensions Of Coverage*

The following extensions of coverage are included under your coverage for **business income** and **extra expense**, and are subject to the Limit of Insurance for Business Income with Extra Expense shown in the Declarations

### *Civil Authority*

We will pay for the actual **business income** loss and **extra expense** you incur due to the actual or potential impairment, or delay in the start of your **operations** when a civil authority prohibits access to your premises

## *Extensions Of Coverage*

*Civil Authority (continued)*

This actual or potential impairment or delay in the start of **operations** must be caused by or result from direct physical loss or damage to **property** away from your premises by a **covered peril**

This coverage is limited to 30 days from the time the Civil Authority prohibits access

This coverage does not apply if the direct physical loss or damage is caused by or results from earthquake or **flood**

*Computer Virus*

We will pay for the actual **business income** loss and **extra expense** you incur due to the actual or potential impairment of your **operations** during the **period of restoration.**

This actual or potential impairment of **operations** must be caused by or result from **computer virus** that occurs at the premises shown in the Declarations.

*Remote And Consequential*

We will pay for the actual **net income** loss you incur and discover after the **period of restoration**

We will pay·

- for the same length of time from the direct physical loss or damage to when your **property** is restored to the condition that existed prior to the loss, and
- only if the discovery is made within 24 months after the date of the direct physical loss or damage.

This loss must be caused by or result from direct physical loss or damage by a **covered peril** to your **property** at your premises shown in the Declarations, or within 1,000 feet of your premises shown in the Declarations, unless otherwise stated.

## *Additional Coverages*

Unless otherwise stated, the following Additional Coverages are provided at each covered premises only if a Limit of Insurance for such Additional Coverages at each covered premises is shown in the Declarations.

*Any Other Location*

We will pay for the actual **business income** loss and **extra expense** you incur due to the actual or potential impairment of your **operations** during the **period of restoration**, not to exceed the Limit of Insurance for Any Other Location shown under Business Income in the Declarations

This actual or potential impairment of **operations** must be caused by or result from direct physical loss or damage by a **covered peril** to **property** at unspecified premises shown in the Declarations under Premises Summary as Any Other Location

This additional coverage does not apply to **business income** loss and **extra expense** you incur caused by or resulting from loss or damage to property

- used by utility companies to supply you with services,
- at a **dependent business premises**,
- at a newly acquired premises,

CHUBB

# Business Income (With Extra Expense)

## Additional Coverages

*Any Other Location (continued)*

- at any exhibition, fair or trade show, or
- in transit

*Auditors Fees*

We will pay for reasonable fees you are obligated to pay your accountants or auditors following a loss covered by this contract when we require your accountants or auditors to certify your expenses, profit or loss, not to exceed the Limit of Insurance for Auditors Fees shown in the Declarations under Business Income in the Declarations

This additional coverage applies only at those premises for which you have incurred a loss covered by this contract

*Contractual Penalties*

We will pay for the contractual penalties you are legally liable to pay under the written provisions of a contract due to late or non-completion of orders, not to exceed the Limit of Insurance for Contractual Penalties shown under Business Income in the Declarations

This liability must be the direct result of direct physical loss or damage by a **covered peril** to **property** at the premises shown in the Declarations, or within 1,000 feet of the premises shown in the Declarations

*Dependent Business Premises*

We will pay for the actual **business income** loss and **extra expense** you incur due to the actual or potential impairment of your **operations** during the **period of restoration**, not to exceed the Limit of Insurance for Dependent Business Premises shown under Business Income in the Declarations

This actual or potential impairment of **operations** must be caused by or result from direct physical loss or damage by a **covered peril** to **property** or **personal property of a dependent business premises** at a **dependent business premises**

This additional coverage does not apply to any **dependent business premises** within any country on which either the United States government or Canadian government have imposed sanctions, embargoes, or any similar prohibitions

*Exhibition, Fair Or Trade Show*

We will pay for the actual **business income** loss and **extra expense** you incur due to the actual or potential impairment of your **operations** during the **period of restoration**, not to exceed the Limit of Insurance for Exhibition, Fair or Trade Show shown under Business Income in the Declarations

This actual or potential impairment of **operations** must be caused by or result from direct physical loss or damage by a **covered peril** to **personal property** at, or while in transit to or from, any exhibition, fair or trade show.

*In Transit*

We will pay for the actual **business income** loss and **extra expense** you incur due to the actual or potential impairment of your **operations** during the **period of restoration**, not to exceed the Limit of Insurance for In Transit shown under Business Income in the Declarations

This actual potential impairment of **operations** must be caused by or result from direct physical loss or damage by a **covered peril** to **personal property** while in transit, including registered shipments by mail or **salespersons samples**

## Additional Coverages

*In Transit (continued)*

This additional coverage does not apply·

- to any property while in transit to or from any exhibition, fair or trade show;
- when you are acting as a carrier for hire, or
- if you have purchased separate ocean marine insurance which covers any property in transit.

*International Air Shipments*

We will pay for the actual **business income** loss and **extra expense** you incur due to the actual or potential impairment of your **operations** during the **period of restoration**, not to exceed the Limit of Insurance for International Air Shipments shown under Business Income in the Declarations

This actual or potential impairment of **operations** must be caused by or result from direct physical loss or damage by a **covered peril** to **personal property** while in transit via regularly scheduled airlines to or from.

- the Continental United States of America,
- Canada;
- the state of Hawaii,
- Puerto Rico; or
- territories or possessions of the United States of America,

and points worldwide This coverage applies from the delivery of **personal property** at the point of origin shown in the airway bill until it is discharged at the destination shown in the airway bill.

This additional coverage does not apply

- to any property in transit to or from, or which passes through any country on which either the United States government or Canadian government have imposed sanctions, embargoes, or any similar prohibitions;
- if you have purchased separate ocean marine insurance which covers any property in transit; or
- if you are required to provide a negotiable special cargo policy of insurance to any seller, buyer or bank

*Loss Of Utilities*

We will pay for the actual **business income** loss and **extra expense** you incur due to the actual or potential impairment of your **operations** during the **period of restoration**, not to exceed the Limit of Insurance for Loss of Utilities shown under Business Income in the Declarations

This actual or potential impairment of **operations** must be caused by or result from direct physical loss or damage by a **covered peril** to **property** or **personal property of a utility**, excluding **overhead communication, transmission** or **distribution equipment**, not on your premises and used by the following utilities·

- water supply companies;
- communication supply companies,
- power supply companies, or
- natural gas supply companies,

to supply your premises with services

CHUBB

# Business Income (With Extra Expense)

## Additional Coverages

*Loss Of Utilities (continued)*

We will pay such loss provided that,

- the disruption of service is not due to your failure to comply with the terms and conditions of any contract, and
- the disruption of services has been reported to the utility

We will not pay for the actual **business income** loss and **extra expense** you incur during the first 12 normal business hours immediately following the direct physical loss or damage

*Pollutant Clean-Up Or Removal*

We will pay for the actual **business income** loss you incur due to the actual impairment of your **operations** during the **period of restoration**, not to exceed the Limit of Insurance for Pollutant Clean-Up or Removal shown under Business Income in the Declarations

This actual impairment of **operations** must be caused by or result from the enforcement of any ordinance or law that requires you to clean-up or remove **pollutants** from land or water as a result of direct physical loss or damage by a **covered peril** to **property** at the premises shown in the Declarations

## Coverage Territory

The coverage territory is the United States of America, its territories and possessions, and territorial waters, Canada and Puerto Rico

The coverage territory for Exhibition, Fair or Trade Show coverage and In Transit coverage includes the air space used for air shipments between the United States of America, its territories and possessions, Canada and Puerto Rico

The coverage territory for Dependent Business Premises coverage and International Air Shipments coverage is worldwide, unless otherwise stated

## Limits Of Insurance

The most we will pay in any one occurrence, is the amount of loss, not to exceed the applicable Limit of Insurance shown in the Declarations

## Deductible

We will pay the amount of loss in excess of the deductible amount or after the waiting period shown in the Declarations for each occurrence

If a waiting period is shown in the Declarations, the waiting period begins immediately following the direct physical loss or damage by a **covered peril** to property

If two or more Business Income or Extra Expense deductibles or waiting periods apply to the same occurrence, only the largest single deductible or waiting period will apply, unless otherwise stated

## Loss Determination

In making any loss determination under this coverage we will utilize relevant sources of information, including

- your financial records and accounting procedures,
- bills, invoices and other vouchers, and
- deeds, liens and contracts

## Loss Determination
*(continued)*

*Net Income*

The amount of **net income** loss incurred will be determined based on:

- the **net income** of the business before the direct physical loss or damage occurred; and
- the likely **net income** of business if no loss or damage occurred.

*Continuing Expenses*

The amount of **continuing expenses** will be determined based on those incurred during the **period of restoration** and necessary to resume **operations** with the same quality of service that existed just before the direct physical loss or damage.

*Extra Expense*

The amount of **extra expense** loss will be determined based on:

- all expenses that exceed your normal operating expenses that would have been incurred by **operations** during the **period of restoration** if no physical loss or damage had occurred; and
- all necessary expenses that would reduce the **business income** loss that otherwise would have been incurred

We will deduct from the total of such expenses:

- the salvage value that remains of any **property** bought for temporary use during the **period of restoration**, once **operations** are resumed: and
- any **extra expense** that is paid for by other insurance.

*Resumption Of Operations*

We will reduce the amount of any **business income** loss payment

- to the extent you can resume your **operations**, in whole or in part, by using damaged or undamaged **property**, including **merchandise** or **stock**; or
- to the extent you can resume your **operations**, in whole or in part, by using any other available premises or **dependent business premises**

If you do not resume **operations**, any loss determination will be based on the length of time it would have taken to resume **operations** with reasonable speed

## Loss Payment Option

The following Loss Payment Option applies when a Monthly Limit of Indemnity under Business Income is shown in the Declarations.

*Monthly Limit Of Indemnity*

The most we will pay for the actual **business income** loss incurred in each period of 30 consecutive days after the direct physical loss or damage by a **covered peril** to **property** will be determined by multiplying the Limit of Insurance for Business Income with Extra Expense by the Monthly Limit of Indemnity shown in the Declarations.

If all of the amount determined by this calculation is not used in the 30 day period, the unused portion may be applied to the next 30 day period

CHUBB

# Business Income (With Extra Expense)

## Loss Payment Limitations

*Loss Or Damage To Finished Stock*

We will not pay for that part of any **business income** loss involving **finished stock**.

*Increase Of Loss Due To Strikers Or Others Causing A Delay*

We will not pay for any increase of loss caused by or resulting from delay in repairing or replacing any property or resuming **operations**, due to interference at the location of the repair or replacement by strikers or other persons

## Conditions

*Loss Payment*

A We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this insurance, and

1 we have reached agreement with you on the amount of loss, or

2 an appraisal award has been made

*Other Insurance*

If you have other insurance against loss covered by this policy, we shall not pay any amount greater than the proportion that the applicable Limit of Insurance shown in the Declarations bears to the total applicable Limits of Insurance covering the loss

THIS PAGE INTENTIONALLY LEFT BLANK

CHUBB

# Business Income (With Extra Expense)

## Definitions

**WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT:**

*Building*

**Building** means

- a structure;
- completed additions;
- additions to the structure under construction;
- alterations and repairs to the structure,
- **personal property** consisting of materials, machinery, equipment, supplies, and temporary structures used for making additions, alterations, or repairs to the structure;
- outdoor fixtures;
- permanently installed fixtures, machinery, and equipment, and
- **personal property** used to maintain or service the structure or its premises

**Building** does not mean.

- land;
- water;
- paved or concrete surfaces,
- retaining walls,
- foundations or supports below the surface of the lowest floor or basement; or
- **outdoor trees, shrubs, plants or lawns**

*Business Income*

**Business income** means

- **net income**, and
- **continuing expenses**

*Computer Virus*

**Computer virus** means an intentional unwanted entry into **electronic data processing media** which results in unintended functions distorting, corrupting or manipulating the **electronic data processing media**

*Contaminant*

**Contaminant** means an impurity resulting from the mixture of or contact of a substance with a foreign substance.

## Definitions
*(continued)*

**WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT:**

*Continuing Expenses*

**Continuing expenses** means

A. your continuing normal

1. operating expenses,
2. payroll, and
3 rental payments as tenants; and

B charges which are the legal obligation of your tenant(s) and which would otherwise be your obligations.

*Covered Peril*

**Covered peril** means a peril covered by the Form(s) shown in the Property Insurance Schedule of Forms, except care, custody or control legal liability, applicable to the covered direct physical loss or damage.

*Dependent Business Premises*

**Dependent business premises** means premises operated by others on whom you depend to·

- deliver materials or services to you or to others for your account,
- accept your products or services,
- manufacture products for delivery to your customers under contract of sale; or
- attract customers to your business

**Dependent business premises** does not mean premises operated by others on whom you depend to:

- deliver utility services to you, or
- accept utility services from you

*Electronic Data Processing Media*

**Electronic data processing media** means

- punch cards, tapes, discs, diskettes, drums, cells;
- other magnetic or optical recording or storage devices,
- the information recorded on this media, and
- the original source material used to enter data and/or program media.

*Extra Expense*

**Extra expense** means expenses you incur

- in an attempt to continue **operations**, over and above the expenses you would have normally incurred, and
- to repair or replace any **property**, or to research or restore the lost information on damaged **valuable papers**, records and media, if such action will reduce any loss we would pay under this insurance.

CHUBB

# Business Income (With Extra Expense)

## Definitions
*(continued)*

WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT:

*Finished Stock*

**Finished stock** means goods you have manufactured which are in their completed state and ready for sale

**Finished stock** does not include goods you have manufactured which are in their completed state and ready for sale on the premises of any retail outlet insured by Business Income Insurance

*Flood*

**Flood** means

- waves, tidal water or tidal waves; or
- rising or overflowing or breaking of any boundary,

of natural or man-made lakes, reservoirs, ponds, brooks, rivers, streams, harbors, oceans, or any other body of water, or watercourse, whether driven by wind or not

*Improvements And Betterments*

**Improvements and betterments** means **personal property** comprised of fixtures, alterations, installations or additions.

- made a part of a **building** you occupy but do not own; and
- you acquired or made at your expense but cannot legally remove

*Merchandise*

**Merchandise** means goods held for sale by you which are not the products of manufacturing **operations** conducted by you

*Money*

**Money** means

- currency, coins, bank notes, or bullion, and
- travelers checks, registered checks, food stamps, and money orders held for sale to the public

*Net Income*

**Net income** means net profit or loss, including rental income from tenants, that would have been earned or incurred before income taxes

*Operations*

**Operations** means your business activities occurring at your premises prior to the loss, including the tenantability of these premises.

| *Definitions* (continued) | **WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT:** |
|---|---|

*Outdoor Trees, Shrubs, Plants Or Lawns*

**Outdoor trees, shrubs, plants or lawns** means outdoor trees, shrubs, plants or lawns you own on the premises shown in the Declarations

**Outdoor trees, shrubs, plants or lawns** does not mean.

- outdoor trees, shrubs, plants or lawns that you hold for sale as **stock**; or
- growing crops.

*Overhead Communication, Transmission Or Distribution Equipment*

**Overhead communication, transmission** or **distribution equipment** means·

- overhead communication, transmission or distribution lines;
- overhead transformers;
- other similar overhead communication, transmission or distribution equipment;

and supporting towers and poles

*Patterns, Molds And Dies*

**Patterns, molds and dies** means **personal property** consisting of patterns, molds, dies and other similar property usual to your business that are owned by you or in your care, custody or control

*Period Of Restoration*

**Period of restoration** means the period of time that begins with.

A the date of the direct physical loss or damage, or

B the date **operations** would have begun if the direct physical loss or damage had not occurred, when loss or damage to any of the following delays the start of **operations**·

1 new **buildings** whether complete or under construction,

2 alterations or additions to existing **buildings**, or

3 **personal property** consisting of materials, machinery, equipment, supplies and temporary structures used in the construction, or for making additions, alterations or repairs to the structure

**Period of Restoration** will continue until your **operations** are restored, with reasonable speed, to the condition that would have existed if no direct physical loss or damage occurred, including the time required to

A repair or replace the property, or

B repair or replace the property to comply with the minimum standards of any ordinance or law that

1. regulates the repair or replacement of any property,

2 requires the tearing down of parts of any property not damaged by a **covered peril**; and

3 is in force on the date of the direct physical loss or damage

The expiration date of this policy will not cut short the **period of restoration.**

CHUBB

# Business Income (With Extra Expense)

## Definitions

WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT:

*Period Of Restoration (continued)*

**Period of restoration** does not include any increased period required due to the enforcement of any ordinance or law that requires any insured or others to test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **pollutants**, except as provided under Pollutant Clean-Up or Removal in this contract.

*Personal Property*

**Personal property** means

- all your business personal property;
- business personal property in which you have an insurable interest;
- **patterns, molds and dies**,
- **personal property of others**,
- labor, materials and services furnished or arranged by you on **personal property of others**, and
- tenant's **improvements and betterments**

**Personal property** does not mean

- **building**,
- land,
- water,
- growing crops,
- **outdoor trees, shrubs, plants or lawns**,
- vehicles or machines licensed for use on public roads;
- self-propelled watercraft in water,
- aircraft, except aircraft manufactured, processed, warehoused or held for sale while on the ground,
- **money** or **securities**,
- personal property sold under a conditional sale or trust agreement or an installment or deferred payment plan after delivery to customers, or
- animals, except animals owned by others and boarded by you or animals owned by you and held for sale

*Personal Property Of A Dependent Business Premises*

**Personal property of a dependent business premises** means personal property owned or leased by a **dependent business premises**

**Personal property of a dependent business premises** does not mean:

- **building**,
- land,
- water,
- growing crops,
- **outdoor trees, shrubs, plants or lawns**,

**Definitions** | **WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT:**

*Personal Property Of A Dependent Business Premises (continued)*

- vehicles or machines licensed for use on public roads,
- self-propelled watercraft in water;
- aircraft, except aircraft manufactured, processed, warehoused or held for sale while on the ground;
- **money** or **securities**, or
- animals

*Personal Property Of A Utility*

**Personal property of a utility** means personal property owned or leased by a utility.

**Personal property of a utility** does not mean

- **building**,
- land,
- water,
- growing crops,
- **outdoor trees, shrubs, plants or lawns**,
- vehicles or machines licensed for use on public roads,
- self-propelled watercraft in water;
- aircraft, except aircraft manufactured, processed, warehoused or held for sale while on the ground,
- **money** or **securities**,
- personal property sold under a conditional sale or trust agreement or an installment or deferred payment plan after delivery to customers, or
- animals

*Personal Property Of Employees*

**Personal property of employees** means personal property owned or leased by your employee and in your care, custody or control.

**Personal property of employees** does not mean

- **building**,
- land,
- water;
- growing crops,
- **outdoor trees, shrubs, plants or lawns**,
- vehicles or machines licensed for use on public roads,
- self-propelled watercraft in water;
- aircraft, except aircraft manufactured, processed, warehoused or held for sale while on the ground
- **money** or **securities**;

CHUBB

# Business Income (With Extra Expense)

## Definitions

**WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT:**

*Personal Property Of Employees (continued)*

- personal property sold under a conditional sale or trust agreement or an installment or deferred payment plan after delivery to customers, or
- animals, except animals owned by your employees and boarded by you

*Personal Property Of Others*

**Personal property of others** means personal property not owned by you and in your care, custody or control

**Personal property of others** does not include **personal property of employees.**

*Pollutants*

**Pollutants** means any solid, liquid, gaseous or thermal irritant or **contaminant**, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste Waste includes materials to be disposed of, recycled, reconditioned or reclaimed

*Property*

**Property** means property covered by the Form(s) shown in the Property Insurance Schedule of Forms

*Raw Stock*

**Raw stock** means **personal property** made up of material in the state in which you receive it for conversion into **finished stock**

*Salespersons' Samples*

**Salespersons' samples** means **personal property** that is in the custody of any one of your salespersons and used only for sample purposes

*Securities*

**Securities** means

- all negotiable and non-negotiable instruments or contracts that represent either money or other property held by you in any capacity,
- revenue and other stamps in current use,
- tokens,
- tickets, and
- property of others that you hold as a pledge or as collateral for a loan

**Securities** does not mean **money**

*Stock*

**Stock** means **personal property** consisting of

- goods held in storage or for sale,
- **raw stock**,
- **stock-in-process**,

| | |
|---|---|
| ***Definitions*** *(continued)* | **WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT:** |

*Stock (continued)*

- **finished stock**, and
- **merchandise**,

including supplies used in their packing or shipping

*Stock In Process*

**Stock in process** means **raw stock** which has undergone any aging, seasoning, mechanical or other process of manufacture but which has not become **finished stock**.

*Valuable Papers*

**Valuable papers** means valuable

- papers, documents, records, negatives, transparencies,
- tapes of all types; and
- original plans, blueprints, specifications or designs

**Valuable papers** does not mean.

- **electronic data processing media**,
- **money**, or
- **securities**

PROPERTY CONTRACT ACCOUNTS RECEIVABLE

# Property Insurance

## Accounts Receivable

## Table Of Contents


| Section | Page No. |
| --- | --- |
| Coverage | 3 |
| Extension Of Coverage | 3 |
| Additional Coverages | 3 |
| Exclusions | 4 |
| Coverage Territory | 6 |
| Limits Of Insurance | 6 |
| Deductible | 6 |
| Loss Payment Determination | 6 |
| Conditions | 7 |
| Definitions | 9 |

THIS PAGE INTENTIONALLY LEFT BLANK

CHUBB

# Accounts Receivable

## Contract

Words and phrases that appear in **bold** print have special meanings and are defined in the definitions section of this contract

Throughout this contract the words "you" and "your" refer to the Named Insured shown in the Declarations of this policy The words "we", "us" and "our" refer to the company providing this insurance

## Coverage

*Accounts Receivable*

We will pay for **accounts receivable** loss you incur caused by or resulting from direct physical loss or damage to your **accounts receivable records** caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit of Insurance for Accounts Receivable shown in the Declarations

The loss or damage must occur at the premises shown in the Declarations, or within 1,000 feet of the premises shown in the Declarations, unless otherwise stated

## Extension Of Coverage

The following extension of coverage is included under your coverage for **accounts receivable**, and is subject to the Limit of Insurance for Accounts Receivable shown in the Declarations

*Removal*

We will pay for

- the **accounts receivable** loss you incur caused by or resulting from any direct physical loss or damage to your **accounts receivable records** while they are being moved to or while stored at another location for up to 180 days, or
- the cost to remove your **accounts receivable records** from any premises,

if you must move your **accounts receivable records** from a premises to preserve them from loss or damage by a peril not otherwise excluded

## Additional Coverages

Unless otherwise stated, the following Additional Coverages are provided at each covered premises only if a Limit of Insurance for such Additional Coverages at each covered premises is shown in the Declarations

*Accounts Receivable In Transit*

We will pay for the **accounts receivable** loss you incur caused by or resulting from direct physical loss or damage to your **accounts receivable records** in transit, including registered shipments by mail, caused by or resulting from a peril not otherwise excluded, not to exceed the Limit of Insurance for In Transit shown under Accounts Receivable in the Declarations

*Debris Removal*

We will pay for the costs you incur to remove debris of your lost or damaged **accounts receivable records** at the premises shown in the Declarations, caused by or resulting from a peril not otherwise excluded that occurs during the policy period

## Additional Coverages

*Debris Removal (continued)*

Debris removal will be paid only if reported to us in writing within 180 days of the date of the direct physical loss or damage to your **accounts receivable records**

Debris removal does not apply to costs to

- clean-up or remove **pollutants** from land or water; or
- clean-up, remove, restore or replace polluted land or water

This Additional Coverage is provided regardless of whether a Limit of Insurance for Debris Removal is shown in the Declarations.

*Fire Department Service Charges*

We will pay the charges you assume by contract or agreement executed prior to loss, or charges that you are required to pay by local ordinance if the fire department is called to save or protect your **accounts receivable records** from direct physical loss or damage by a peril not otherwise excluded, not to exceed the Limit of Insurance for Fire Department Service Charges shown in the Declarations.

*Inventory Or Appraisals*

We will pay for the cost of any inventory or appraisal that we require from you to determine the extent of the **accounts receivable** loss, not to exceed the Limit of Insurance for Inventory or Appraisals shown in the Declarations

## Exclusions

*Acts Or Decisions*

This insurance does not apply to loss or damage caused by or resulting from acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body

This exclusion does not apply to ensuing loss or damage unless another exclusion applies

*Audit*

This insurance does not apply to loss or damage disclosed by an audit or inventory count In the event the loss or damage is established by independent means, you may use an audit or inventory count to support your claim for that loss

*Bookkeeping*

This insurance does not apply to bookkeeping, accounting or billing errors or omissions

*Dishonesty*

This insurance does not apply to loss or damage caused by or resulting from fraudulent, dishonest, or criminal acts or omissions committed alone or in collusion with others by you, your partners, directors, trustees, and employees, or by anyone authorized to act for you, or anyone to whom you have entrusted covered property for any purpose

This exclusion does not apply to:

- acts of vandalism,

CHUBB

# Accounts Receivable

## Exclusions

*Dishonesty (continued)*

- acts committed by common carriers for hire or anyone claiming to be a common carrier for hire; or
- ensuing loss or damage unless another exclusion applies

*Governmental Action*

This insurance does not apply to loss or damage caused by or resulting from seizure, confiscation, expropriation, nationalization or destruction of property by order of governmental authority, regardless of any other cause or event that directly or indirectly

- contributes concurrently to,
- contributes in any sequence to, or
- worsens;

the loss or damage, even if such other cause or event would otherwise be covered.

This exclusion does not apply to loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this insurance.

*Nuclear Hazard*

This insurance does not apply to loss or damage caused by or resulting from nuclear reaction or radiation, or radioactive contamination, regardless of any other cause or event that directly or indirectly

- contributes concurrently to,
- contributes in any sequence to, or
- worsens,

the loss or damage, even if such other cause or event would otherwise be covered

This exclusion does not apply to ensuing loss or damage caused by or resulting from fire

*Planning, Design, Materials Or Maintenance*

This insurance does not apply to loss or damage (including the costs of correcting or making good) caused by or resulting from any faulty, inadequate or defective

- planning, zoning, development, surveying, siting,
- design, specifications, plans, workmanship, repair, construction, renovation, remodeling, grading, compaction,
- materials used in repair, construction, renovation or remodeling, or
- maintenance

of part or all of any property on or off the premises shown in the Declarations

This exclusion does not apply to ensuing loss or damage unless another exclusion applies

*War And Military Action*

This insurance does not apply to loss or damage caused by or resulting from

- war, including undeclared or civil war

## Exclusions

*War And Military Action (continued)*

- warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
- insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these,

regardless of any other cause or event that directly or indirectly

- contributes concurrently to,
- contributes in any sequence to, or
- worsens,

the loss or damage, even if such other cause or event would otherwise be covered

*Wear And Tear*

This insurance does not apply to loss or damage caused by or resulting from wear and tear or gradual deterioration.

This exclusion does not apply to ensuing loss or damage unless another exclusion applies

### Coverage Territory

The coverage territory is the United States of America, its territories and possessions and territorial waters, Canada, and Puerto Rico

The coverage territory for Accounts Receivable In Transit coverage includes the air space used for air shipments between the United States of America, its territories and possessions, Canada and Puerto Rico

### Limits Of Insurance

The most we will pay in any one occurrence is the amount of loss or damage, not to exceed the applicable Limit of Insurance shown in the Declarations, regardless of whether any Coverage, Extension of Coverage or Additional Coverage appears in any other contract or contracts which form a part of this policy

### Deductible

We will pay the amount of loss or damage in excess of the applicable deductible amounts shown in the Declarations for each occurrence

Except for any deductible for Business Income or Extra Expense shown in the Declarations, if two or more deductibles apply to the same occurrence, only the largest single deductible will apply, unless otherwise stated

### Loss Payment Determination

**Accounts receivable** loss payment will be determined as follows -

A when there is proof that a covered loss has occurred but you cannot accurately establish the amount of **accounts receivable** outstanding at the time of the loss, the amount of the loss will be based on your latest financial statements and will be computed as follows.

1. determine the amount of all outstanding **accounts receivable** at the end of the same month in the year immediately preceding the year in which the loss occurred;
2. determine your total gross sales of goods and services for the 12 month period immediately preceding the month in which the loss occurred,

CHUBB

# Accounts Receivable

## Loss Payment Determination
*(continued)*

3. determine your total gross sales of goods and services for the 12 month period immediately preceding the same month in the year immediately preceding the year in which the loss occurred,
4. calculate the percentage increase or decrease of step 2 over step 3 ,
5. the total amount of **accounts receivable** as of the last day of the month in which the loss occurs will be the amount determined in step 4 ; and
6. the established monthly amount of **accounts receivable** will be adjusted for the normal fluctuation in the amount of **accounts receivable** in the month in which the loss occurs,

B. we will deduct from the established total amount of **accounts receivable**

1. the amount of any accounts evidenced by records not lost or damaged,
2. any other amounts you are able to establish or collect, and
3. an amount to allow for probable bad debts, returns, discounts and allowances which you normally would have been unable to collect,

C. if you recover the amount of any **accounts receivable** that were included in the amount of the paid loss, you will return the recovered amount to us, up to the total amount of the paid loss You will keep the amount of any **accounts receivable** you recover in excess of the amount of the paid loss,

D. you shall take reasonable measures to attempt the reproduction of **accounts receivable records** in an effort to mitigate your **accounts receivable** loss

## Conditions

### Abandonment

There can be no abandonment of any **accounts receivable records** to us unless we specifically agree to such abandonment in writing

### Loss Payable

For covered **accounts receivable** loss in which both you and a Loss Payee stated in the Declarations have an insurable interest, we will

- adjust losses with you, and
- pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear

### Loss Payment

A. We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this insurance, and.

1. we have reached agreement with you on the amount of loss, or
2. an appraisal award has been made

### Other Insurance

If you have other insurance against a loss covered by this policy, we shall not be liable for a greater proportion of the loss than that which the applicable Limit of Insurance under this policy bears to the total applicable Limits of Insurance covering the loss or damage.

THIS PAGE INTENTIONALLY LEFT BLANK

CHUBB

# Accounts Receivable

## Definitions

**WHEN USED WITH RESPECT TO INSURANCE UNDER THIS CONTRACT:**

*Accounts Receivable*

**Accounts receivable** means

- the money due you that you are unable to collect from customers,
- interest charges on any loan that you secure to offset your reduced cash flow,
- additional collection costs;
- reasonable expenses to re-establish your **accounts receivable records**, and
- the cost of blank **accounts receivable records**

*Accounts Receivable Records*

**Accounts receivable records** means accounting records, including support records such as invoices and accounting records on **electronic data processing media**, used to control and document the collection of money due from customers

*Contaminant*

**Contaminant** means an impurity resulting from the mixture of or contact of a substance with a foreign substance

*Electronic Data Processing Media*

**Electronic data processing media** means

- punch cards, tapes, discs, diskettes, drums, cells,
- other magnetic or optical recording or storage devices,
- the information recorded on this media, and
- the original source material used to enter data and/or program media

*Pollutants*

**Pollutants** means any solid, liquid, gaseous or thermal irritant or **contaminant**, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be disposed of, recycled, reconditioned or reclaimed

# Property Insurance

## Electronic Data Processing Property

PROPERTY CONTRACT

ELECTRONIC DATA PROCESSING PROPERTY

Table Of Contents


| Section | Page No. |
|---|---|
| Coverage | 3 |
| Extension Of Coverage | 4 |
| Additional Coverages | 4 |
| Exclusions | 5 |
| Coverage Territory | 8 |
| Limits Of Insurance | 8 |
| Deductible | 8 |
| Loss Payment Basis | 8 |
| Loss Payment Basis Exceptions | 9 |
| Conditions | 10 |
| Definitions | 13 |

THIS PAGE INTENTIONALLY LEFT BLANK

CHUBB

# Electronic Data Processing Property

## Contract

Words and phrases that appear in **bold** print have special meanings and are defined in the definitions section of this contract.

Throughout this contract the words "you" and "your" refer to the Named Insured shown in the Declarations of this policy The words "we", "us" and "our" refer to the company providing this insurance

## Coverage

### *Electronic Data Processing Property*

We will pay for direct physical loss or damage to **electronic data processing property** caused by or resulting from a peril not otherwise excluded, not to exceed the applicable Limit of Insurance for Electronic Data Processing Property shown in the Declarations

The loss or damage must occur at the premises shown in the Declarations, or within 1,000 feet of the premises shown in the Declarations, unless otherwise stated

### *Newly Acquired Electronic Data Processing Equipment*

We will pay for direct physical loss or damage to any newly acquired **electronic data processing equipment** at the premises shown in the Declarations or at newly acquired premises caused by or resulting from a peril not otherwise excluded, not to exceed the Limit of Insurance for Newly Acquired Electronic Data Processing Equipment shown in the Declarations under Newly Acquired Premises or Newly Acquired or Constructed Property

This coverage applies until the first of the following occurs:

- you report the value of the newly acquired **electronic data processing equipment** to us;
- 180 days pass from the date you acquire the **electronic data processing equipment**; or
- this policy expires

We will charge you additional premium for the reported values from the date you acquire the **electronic data processing equipment**

### *Electronic Data Processing Media At Newly Acquired Premises*

We will pay for direct physical loss or damage to **electronic data processing media** at newly acquired premises caused by or resulting from a peril not otherwise excluded, not to exceed the Limit of Insurance for Electronic Data Processing Media shown in the Declarations under Newly Acquired Premises or Newly Acquired or Constructed Property

This coverage applies until the first of the following occurs

- you report the value of the **electronic data processing media** at the newly acquired premises to us,
- 180 days pass from the date you acquire the premises, or
- this policy expires

We will charge you additional premium for the reported values from the date you acquire the premises

## Coverage
*(continued)*

*Newly Acquired Electronic Data Processing Media Duplicates*

We will pay for direct physical loss or damage to newly acquired **electronic data processing media** duplicates at any premises caused by or resulting from a peril not otherwise excluded, not to exceed the Limit of Insurance for Newly Acquired Electronic Data Processing Media Duplicates shown in the Declarations under Newly Acquired Premises or Newly Acquired or Constructed Property.

This coverage applies until the first of the following occurs:

- you report the value of the newly acquired **electronic data processing media** duplicates to us;
- 180 days pass from the date you acquire the newly acquired **electronic data processing media** duplicates; or
- this policy expires

We will charge you additional premium for the reported values from the date you acquire the newly acquired **electronic data processing media** duplicates.

## Extension Of Coverage

The following extension of coverage is included under your coverage for **electronic data processing property**, and is subject to the applicable Limit of Insurance for Electronic Data Processing Property shown in the Declarations

*Removal*

We will pay for:

- any direct physical loss or damage to **electronic data processing property** while it is being moved to or while stored at another location for up to 180 days, or
- the cost to remove **electronic data processing property** from any premises;

if you must move the **electronic data processing property** from a premises to preserve it from loss or damage caused by or resulting from a peril not otherwise excluded

## Additional Coverages

Unless otherwise stated, the following Additional Coverages are provided at each covered premises only if a Limit of Insurance for such Additional Coverages at each covered premises is shown in the Declarations

*Debris Removal*

We will pay for the costs you incur to demolish and remove debris of lost or damaged **electronic data processing property** at the premises shown in the Declarations caused by or resulting from a peril not otherwise excluded that occurs during the policy period.

Debris removal will be paid only if reported to us in writing within 180 days of the date of the direct physical loss or damage to the **electronic data processing property**

Debris removal does not apply to costs to

- clean-up or remove **pollutants** from land or water; or
- clean-up, remove, restore or replace polluted land or water

CHUBB

# Electronic Data Processing Property

## Additional Coverages

*Debris Removal (continued)*

This Additional Coverage is provided regardless of whether a Limit of Insurance for Debris Removal is shown in the Declarations

*Electronic Data Processing Property In Transit*

We will pay for direct physical loss or damage to **electronic data processing property**:

A in transit, including registered shipments by mail, caused by or resulting from a peril not otherwise excluded;

B in transit sold "Free on Board" or other similar terms when the title of a shipment passes to the consignee and if the consignee refuses to pay because such property is lost or damaged by or resulting from a peril not otherwise excluded We will not attempt to collect from the consignee unless you,

1. provide us with your written consent to do so, or
2. assign us your right of action, and

C which is caused by or results from fraud perpetrated by any person or persons who represent themselves to be the proper party or parties to receive goods for shipments or accept goods for delivery,

not to exceed the applicable Limit of Insurance for In Transit shown under Electronic Data Processing Property in the Declarations

This additional coverage does not apply:

- when you are acting as a carrier for hire, or
- if you have purchased separate ocean marine insurance which covers any property in transit

*Fire Department Service Charges*

We will pay the charges you assume by contract or agreement executed prior to loss, or charges that you are required to pay by local ordinance if the fire department is called to save or protect your **electronic data processing property** from direct physical loss or damage caused by or resulting from a peril not otherwise excluded, not to exceed the Limit of Insurance for Fire Department Service Charges shown in the Declarations.

*Inventory Or Appraisals*

We will pay for the cost of inventory or appraisal that we require from you to determine the extent of direct physical loss or damage to **electronic data processing property**, not to exceed the Limit of Insurance for Inventory or Appraisals shown in the Declarations

## Exclusions

*Acts Or Decisions*

This insurance does not apply to loss or damage caused by or resulting from acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body

This exclusion does not apply to ensuing loss or damage unless another exclusion applies

## Exclusions
*(continued)*

### *Dishonesty*

This insurance does not apply to loss or damage caused by or resulting from fraudulent, dishonest, or criminal acts or omissions committed alone or in collusion with others by you, your partners, directors, trustees, and employees, or by anyone authorized to act for you, or anyone to whom you have entrusted covered property for any purpose

This exclusion does not apply to·

- acts of vandalism;
- acts committed by common carriers for hire or anyone claiming to be a common carrier for hire, or
- ensuing loss or damage unless another exclusion applies.

### *Earthquake*

This insurance does not apply to loss or damage caused by or resulting from earthquake that occurs in the state of California, regardless of any other cause or event that directly or indirectly.

- contributes concurrently to;
- contributes in any sequence to; or
- worsens,

the loss or damage, even if such other cause or event would otherwise be covered.

This exclusion does not apply to ensuing loss or damage caused by or resulting from a **specified peril**

### *Errors In Systems Programming*

This insurance does not apply to loss or damage caused by or resulting from:

- errors in systems programming, or
- errors in instructions to a machine

This exclusion does not apply to ensuing loss or damage unless another exclusion applies

### *Governmental Action*

This insurance does not apply to loss or damage caused by or resulting from seizure, confiscation, expropriation, nationalization or destruction of property by order of governmental authority, regardless of any other cause or event that directly or indirectly

- contributes concurrently to,
- contributes in any sequence to, or
- worsens,

the loss or damage, even if such other cause or event would otherwise be covered

This exclusion does not apply to loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this insurance

CHUBB

# Electronic Data Processing Property

## Exclusions
(continued)

### Mistakes

This insurance does not apply to loss or damage caused by or resulting from error in the development, distribution, processing, manufacturing, testing, installation, alteration or repair of property.

This exclusion does not apply to ensuing loss or damage unless another exclusion applies.

### Nuclear Hazard

This insurance does not apply to loss or damage caused by or resulting from nuclear reaction or radiation, or radioactive contamination, regardless of any other cause or event that directly or indirectly:

- contributes concurrently to,
- contributes in any sequence to, or
- worsens,

the loss or damage, even if such other cause or event would otherwise be covered

This exclusion does not apply to ensuing loss or damage caused by or resulting from fire

### Planning, Design, Materials Or Maintenance

This insurance does not apply to loss or damage (including the cost of correcting or making good) caused by or resulting from any faulty, inadequate or defective:

- planning, zoning, development, surveying, siting,
- design, specifications, plans, workmanship, repair, construction, renovation, remodeling, grading, compaction,
- materials used in repair, construction, renovation or remodeling, or
- maintenance

of part or all of any property on or off the premises shown in the Declarations

This exclusion does not apply to ensuing loss or damage unless another exclusion applies

### War And Military Action

This insurance does not apply to loss or damage caused by or resulting from:

- war, including undeclared or civil war;
- warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents, or
- insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these,

regardless of any other cause or event that directly or indirectly:

- contributes concurrently to;
- contributes in any sequence to, or