1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                  SAN JOSE DIVISION

10 | Netscape Communications Corporation, et | NO. C 06-00198 JW
al.,

11 |                                          | **ORDER TO SHOW CAUSE**
                                              **RE: SETTLEMENT BETWEEN**
12 |              Plaintiffs,                 | **PLAINTIFFS AND DEFENDANTS**
        v.                                    **FEDERAL AND EXECUTIVE.**
13 | Federal Insurance Company, et al.,

14 |              Defendants.
   _____/

15

16        The parties have informed the Court that Plaintiffs Netscape Communications Corporation

and America Online, Inc. (collectively, "Plaintiffs") and Defendants Federal Insurance Company

("Federal") and Executive Risk Speciality Insurance Company ("Executive") have reached a

settlement in the above-entitled matter.  In light of the settlement, the Court vacates all trial and

pretrial dates as to Defendants Federal and Executive.  On or before June 9, 2006, the parties shall

file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

        If a dismissal is not filed by the specified date, Plaintiffs, Federal, and Executive shall appear

in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on

June 26, 2006 at 9:00 a.m. and to show cause, if any, why the case between Plaintiffs, Federal, and

Executive should not be dismissed pursuant to Fed. R. Civ. P. 41(b).  On or before June 9, 2006, the

Plaintiffs, Federal, and Executive shall file a joint statement in response to the Order to Show Cause.

The joint statement shall set forth the status of the activities of Plaintiffs, Federal, and Executive for

finalizing the settlement and how much additional time is requested to finalize and file the dismissal.

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1   If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically

2   vacated.

3       Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

4   this action against Federal and Executive.

5       Nothing in this Order shall pertain to the ongoing case between Plaintiffs and Defendant St.

6   Paul Mercury Insurance Company.

7

8   Dated: May 8, 2006                          /s/ James Ware
    06cv198oscsettlFedExec                      JAMES WARE

9                                               United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Daniel J. Bergeson dbergeson@be-law.com
     Gordon I. Endow gendow@gordonrees.com
3    Jeffrey M. Ratinoff jratinoff@gordonrees.com
     Leslie Ann Pereira lpereira@abelsonherron.com
4    Marc G. van Niekerk mvanniekerk@be-law.com
     Michael Bruce Abelson mabelson@abelsonherron.com
5    Monique M. Fuentes courtir@rdblaw.com
     Sara M. Thorpe sthorpe@gordonrees.com
6    Terrence R. McInnis courtir@rdblaw.com

7

8    **Dated: May 8, 2006**                              **Richard W. Wieking, Clerk**

9

10                                                        **By:_/s/ JW Chambers_____**
                                                            **Melissa Peralta**
11                                                          **Courtroom Deputy**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California