ABELSON | HERRON LLP
   Michael Bruce Abelson (State Bar No. 130739)
   Leslie A. Pereira (State Bar No. 180222)
333 South Grand Ave, Suite 650
Los Angeles, California 90071-1559
Telephone: (213) 402-1900
Facsimile: (213) 402-1901

BERGESON, LLP
   Daniel J. Bergeson (State Bar No. 105439)
   Marc Van Niekerk (State Bar No. 201329)
303 Almaden Boulevard, Suite 500
San Jose, California 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiffs
NETSCAPE COMMUNICATIONS
CORPORATION and AMERICA ONLINE, INC.

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, et al., <br><br> Defendants. | CASE NO. C-06-00198 JW (PVT) <br><br> **STIPULATED REQUEST FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO ST. PAUL'S COUNTER-CLAIM FOR DECLARATORY RELIEF AND REFORMATION** <br><br> Complaint filed December 12, 2005 |

Abelson | Herron LLP

USDS CASE NO. C-06-00198 JW (PVT)     STIPULATED REQUEST FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO ST. PAUL'S COUNTER-CLAIM FOR DECLARATORY RELIEF AND REFORMATION

The parties, by and through their respective undersigned counsel, are hereby agreed and stipulate as follows:

1. Plaintiffs Netscape Communications Corp. and America Online, Inc ("Plaintiffs") and Defendant St. Paul Mercury Ins. Co. jointly request that Plaintiffs be given an extension up to and including June 16, 2006 to file their response (consisting of a motion to dismiss) to St. Paul's Counter-Claim for Declaratory Relief and Reformation (the "Counter-Claim") The parties are requesting the extension for the following reasons:

    a. Plaintiffs require a certified copy of St. Paul's policy to fully and properly respond to St. Paul's recent Counter-Claim;

    b. St. Paul has agreed to provide a certified copy of the St. Paul policy but needs additional time in which to provide the requested document in the requested form. St. Paul has agreed to provide the certified copy of the St. Paul policy to Plaintiffs no later than June 14, 2006.

2. There have been no previous time modifications in this case.

3. The time modification requested in Paragraph 1 will have no effect on the schedule for this case.

Dated: June 1, 2006

ABELSON | HERRON, LLP
Michael Bruce Abelson
Leslie A. Pereira

By: _____
Leslie A. Pereira
Attorneys for Plaintiffs
Netscape Communications Corporation and
America Online, Inc

---

USDS CASE NO C-06-00198 JW (PVT)

1

STIPULATED REQUEST FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO ST. PAUL'S COUNTER-CLAIM FOR DECLARATORY RELIEF AND REFORMATION

Abelson | Herron LLP

| | | |
|---|---|---|
| 1 | Dated: June 1, 2006 | GORDON & REES LLP<br>Sara M Thorpe |
| 2 | | |
| 3 | | By /s/ Sara Thorpe |
| 4 | | Attorneys for Defendant St. Paul Mercury Insurance |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 06/09/06

_____
Hon. James Ware, United States District Judge

USDS CASE NO C-06-00198 JW (PVT)      2      STIPULATED REQUEST FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO ST PAUL'S COUNTER-CLAIM FOR DECLARATORY RELIEF AND REFORMATION

Abelson | Herron LLP