United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Netscape Communications Corporation, et al., | NO. C 06-00198 JW |
| Plaintiffs, | |
| v. | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| Federal Insurance Company, et al., | |
| Defendants. / | |

On June 19, 2006, the Court held a case management conference in this case. Based on the parties' statements at the conference, the Court sets a hearing on the parties' cross-motions for summary judgment re: duty to defend on November 20, 2006 at 9:00 a.m. The briefing on these motions shall be filed no later than the deadlines set by the Local Rules.

Dated: June 19, 2006

06eciv198sethearing

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Daniel J. Bergeson dbergeson@be-law.com
David Christopher Kerby ckerby@gordonrees.com
Hway-Ling Hsu hhsu@be-law.com
Leslie Ann Pereira lpereira@abelsonherron.com
Marc G. van Niekerk mvanniekerk@be-law.com
Michael Bruce Abelson mabelson@abelsonherron.com
Monique M. Fuentes courtir@rdblaw.com
Sara M. Thorpe sthorpe@gordonrees.com
Terrence R. McInnis courtir@rdblaw.com

**Dated: June 19, 2006**                                      **Richard W. Wieking, Clerk**

                                                          **By:_/s/ JW Chambers_____**
                                                             **Melissa Peralta**
                                                             **Courtroom Deputy**

**United States District Court**
For the Northern District of California