SARA M. THORPE (SBN 146529)
sthorpe@gordonrees.com
D. CHRISTOPHER KERBY (SBN 124546)
ckerby@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant and Counter-Claimant
ST. PAUL MERCURY INSURANCE COMPANY



APPROVED
Judge James Ware

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT COURT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, a Delaware corporation; and AMERICAN ONLINE, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br>　vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation; et al.,<br><br>　　　　　　　Defendants.<br>_____<br>ST. PAUL MERCURY INSURANCE COMPANY, a Minnesota corporation,<br><br>　　　　　　　Counter-Claimant,<br>　vs.<br><br>NETSCAPE COMMUNICATIONS CORPORATION, a Delaware corporation; and AMERICAN ONLINE, INC., a Delaware corporation,<br><br>　　　　　　　Counter-Defendants. | CASE NO. 5:06-CV-00198 JW (PVT)<br><br>**ST. PAUL'S NOTICE OF VOLUNTARY DISMISSAL OF COUNTERCLAIM**<br><br>Complaint Filed:  12/12/05<br>Action Removed:  1/11/06<br>First Amended Complaint Filed:  2/24/06<br><br>Judge:   Honorable James Ware<br>Courtroom:  8 |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules Civil Procedure 41(a)(1)(i) and (c), Counter-Claimant St. Paul Mercury Insurance Company ("St. Paul") voluntarily dismisses without prejudice its First Amended Counterclaim against Counter-Defendants Netscape Communications Corporation and American Online, Inc.

Dated:  July 31, 2006        GORDON & REES LLP

By:  */s/  Sara M. Thorpe*
SARA M. THORPE
Attorneys for Defendant and Counter-Claimant ST. PAUL MERCURY INSURANCE COMPANY

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111