SARA M. THORPE (SBN 146529)
sthorpe@gordonrees.com
D. CHRISTOPHER KERBY (SBN 124546)
ckerby@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
ST. PAUL MERCURY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT COURT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, a Delaware corporation; and AMERICAN ONLINE, INC., a Delaware corporation,<br><br>Plaintiffs,<br>vs.<br>FEDERAL INSURANCE COMPANY, an Indiana corporation; et al.,<br><br>Defendants. | CASE NO. 5:06-CV-00198 JW (PVT)<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULE FOR PHASE I<br><br>Complaint Filed: 12/12/05<br>Amended Complaint: 2/24/06 |

COMES NOW the parties, by and through their respective counsel, and stipulate as follows:

1.  The parties have been working diligently to conduct discovery of Phase I issues in order to file cross-motions for summary judgment.

2.  The parties have also been meeting and conferring extensively to resolve discovery disputes so as to avoid discovery motion practice if possible, and to this point have been successful.

3.  To date, St. Paul has taken three depositions in Washington DC, Missouri, and New York, respectively. The parties anticipate there will be at least eight additional

1

depositions to take in the case, most likely in New York and Minnesota.

4. Because of summer vacation schedules of counsel and witnesses, and the timing of obtaining written and document discovery responses from the parties and third party witnesses, discovery is taking longer than originally anticipated, but should not take too much longer. The parties are working amicably in connection with the scheduling of party and 3rd party depositions.

5. Counsel for St. Paul has a trial for three weeks starting October 16, 2006 which is very likely to go.

6. The present hearing date for the parties' cross-motions for summary judgment is November 20, 2006, pursuant to Case Management Order entered June 19, 2006.

7. Based upon the foregoing, the parties stipulate and agree to, and request that the Court enter an Order permitting, a revision to the discovery and motion practice schedule in Phase I of this case as follows:

    a. Original Schedule proposed by parties:

- September 20, 2006 – St. Paul file summary judgment motion(s);
- October 11, 2006 - AOL/Netscape file opposition/cross-motion;
- October 24, 2006 – St. Paul file reply/opposition;
- November 6, 2006 - AOL/Netscape file reply; and
- November 20 - Hearing on motion(s).

    b. Requested Revised Schedule:

- October 20, 2006 - Conclude all deposition, written, and document discovery relating to Phase I issues;

2

STIPULATION AND [PROPOSED] ORDER
REGARDING REVISED SCHEDULE FOR PHASE I            CASE NO. 5:06-CV-00198 JW (PVT)

- November 8, 2006 - St. Paul file motion for summary judgment;
- December 1, 2006 - Plaintiffs file cross-motion/opposition;
- December 22, 2006 - St. Paul file opposition/reply;
- January 22, 2007 - Plaintiffs file reply; and
- February 12, 2007 - Hearing date on motion(s).

IT IS SO STIPULATED.

Dated:   August 30, 2006          GORDON & REES LLP

                                  By: _____
                                      D. CHRISTOPHER KERBY
                                      Attorneys for Defendant ST. PAUL
                                      MERCURY INSURANCE COMPANY

Dated:   August 30, 2006          ABELSON HERRON LP

                                  By: _____
                                      LESLIE A. PEREIRA
                                      Attorneys for Plaintiffs NETSCAPE
                                      COMMMUNICATIONS CORPORATION,
                                      AMERICAN ONLINE, INC.

**ORDER**

This Court having considered the parties' stipulation set forth above, and good cause appearing,

IT IS ORDERED THAT the Phase I schedule in this matter is revised as follows:

October 20, 2006 - Conclude all deposition, written, and document discovery relating to Phase I issues;

November 8, 2006 - St. Paul file motion for summary judgment;

December 1, 2006 - Plaintiffs file cross-motion/opposition;

December 22, 2006 - St. Paul file opposition/reply;

3

1  January 22, 2007 - Plaintiffs file reply; and

2  February 12, 2007 - Hearing date on motions.

3

4  Dated: 8/31/06

   _____
   JAMES WARE
   United States District Judge

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

4

STIPULATION AND [PROPOSED] ORDER
REGARDING REVISED SCHEDULE FOR PHASE I

CASE NO. 5:06-CV-00198 JW (PVT)