**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No.: C 06-0198 JW (PVT)<br><br>**INTERIM ORDER RE PLAINTIFFS' MOTION TO COMPEL** |

On September 29, 2006, Plaintiffs filed a motion to compel, failed to file copies of the actual discovery requests at issue.[1]  Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this interim order.  Based on the briefs and arguments presented,

IT IS HEREBY ORDERED that no later than 9:00 a.m. on October 17, 2006, Plaintiffs shall file declarations with copies of the disputed discovery requests attached.  This court's Civil Local Rule 7-5(a) provides:

> **"(a) Affidavit or Declaration Required**. Factual contentions made in support of or in opposition to any motion must be supported by an affidavit or declaration and by appropriate references to the record. Extracts from depositions, interrogatory answers, requests for admission and other evidentiary matters must be appropriately

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

authenticated by an affidavit or declaration."

Plaintiffs are cautioned that in the future any failure to file copies of disputed discovery requests will likely result in summary denial of the motion to compel.

Dated: *10/16/06*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge