UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | Case No.: C 06-0198 JW (PVT)<br><br>**ORDER DENYING STIPULATED REQUEST TO "WITHDRAW" BRIEF FILED WITH THE COURT WITHOUT PREJUDICE TO A REQUEST TO SEAL PURSUANT TO RULE 26(c) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND CIVIL LOCAL RULE 79-5** |

On October 24, 2006, the parties filed a stipulation and proposed order seeking to "withdraw" a reply brief Plaintiffs filed with the court.[1] Based on the stipulated request and the file herein,

IT IS HEREBY ORDERED that the stipulated request is DENIED. The parties cite no legal authority for an order entirely removing a brief from the court's file.[2] This order is without prejudice to a request to seal any confidential portions of the document pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and this court's Civil Local Rule 79-5.

Dated: *10/25/06*

　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[2] Removing briefs from the court's official file is, at a minimum, inconsistent with the public's right of access to court documents. *See, e.g., San Jose Mercury News, Inc. v. U.S. Dist. Ct.*, 187 F.3d 1096, 1101-03 (9th Cir. 1999) (public has federal common-law right of access to court records in civil cases).

ORDER, *page 1*