SARA M. THORPE (SBN 146529)
sthorpe@gordonrees.com
D. CHRISTOPHER KERBY (SBN 124546)
ckerby@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
ST. PAUL MERCURY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT COURT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, a Delaware corporation; and AMERICAN ONLINE, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation; et al.,<br><br>Defendants. | CASE NO. 5:06-CV-00198 JW (PVT)<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER REVISED SCHEDULE FOR PHASE I<br><br>Complaint Filed: 12/12/05<br>Amended Complaint: 2/24/06 |

COMES NOW the parties, by and through their respective counsel, and stipulate as follows:

1. The parties have been working diligently to conduct discovery of Phase I issues in order to file cross-motions for summary judgment and have been meeting and conferring extensively to resolve discovery disputes.

2. Discovery as to Phase I issues closed as of Friday, October 20, 2006. However, the parties have agreed to take an additional two and conclude three remaining depositions by November 8, 2006, the additional time necessary because of the witnesses' and the lawyers' availability for these depositions.

1

3. Therefore, the parties desire additional time in which to brief the issues for motion for summary judgment.

4. The parties previously stipulated to an extension of the discovery and briefing dates for Phase I, which this Court ordered on August 31, 2006.

5. Based upon the foregoing, the parties stipulate and agree to, and request that the Court enter an Order permitting, a revision to the briefing schedule in Phase I of this case as follows:

    a. **Present Schedule**:
- November 8, 2006 - St. Paul file motion for summary judgment;
- December 1, 2006 - Plaintiffs file cross-motion/opposition;
- December 22, 2006 - St. Paul file opposition/reply;
- January 22, 2007 - Plaintiffs file reply; and
- February 12, 2007 - Hearing date on motion(s).

    b. **Proposed Revised Schedule**:
- December 1, 2006 - St. Paul file motion for summary judgment;
- January 12, 2007 - Plaintiffs file cross-motion/opposition;
- February 9, 2006 - St. Paul file opposition/reply;
- March 2, 2007 - Plaintiffs file reply; and
- March 26, 2007 - Hearing date on motion(s).

IT IS SO STIPULATED.

Dated: October 24, 2006        GORDON & REES LLP

By: *Sara Thorpe*
SARA M. THORPE
Attorneys for Defendant ST. PAUL
MERCURY INSURANCE COMPANY

2

STIPULATION AND [PROPOSED] ORDER
REGARDING REVISED SCHEDULE FOR PHASE I        CASE NO. 5:06-CV-00198 JW (PVT)

Dated: October 24, 2006

ABELSON HERRON LP

By: _____
MICHAEL BRUCE ABELSON
LESLIE A. PEREIRA
Attorneys for Plaintiffs NETSCAPE
COMMMUNICATIONS CORPORATION,
AMERICA ONLINE, INC.

### ORDER

This Court having considered the parties' stipulation set forth above, and good cause appearing,

IT IS ORDERED THAT the Phase I schedule in this matter is revised as follows:

- December 1, 2006 - St. Paul file motion for summary judgment;
- January 12, 2007 - Plaintiffs file cross-motion/opposition;
- February 9, 2006 - St. Paul file opposition/reply;
- March 2, 2007 - Plaintiffs file reply; and
- March 26, 2007 - Hearing date on motion(s).

Dated: 10/25/2006

_____
JAMES WARE
United States District Judge

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111