1  SARA M. THORPE (SBN 146529)
   sthorpe@gordonrees.com
2  D. CHRISTOPHER KERBY (SBN 124546)
   ckerby@gordonrees.com
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA 94111
5  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
6
   Attorneys for Defendant
7  ST. PAUL MERCURY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT COURT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, a Delaware corporation; and AMERICAN ONLINE, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> FEDERAL INSURANCE COMPANY, an Indiana corporation; et al., <br><br> Defendants. | CASE NO. 5:06-CV-00198 JW (PVT) <br><br> STIPULATION AND [PROPOSED] ORDER RE TIMING OF FILING OF EXHIBITS IN SUPPORT OF CROSS MOTIONS FOR PARTIAL SUMMARY JUDGMENT <br><br> Complaint Filed: 12/12/05 <br> Amended Complaint: 2/24/06 |

The parties are filing cross-motions for partial summary judgment pursuant to Fed. Rule Civ. Proc. 56, subject to a briefing schedule set forth in the Stipulation And Order Regarding Revised Schedule for Phase I, entered by this Court on August 31, 2006, and Stipulation and Order Regarding Further Revised Schedule for Phase I, entered by this Court on October 25, 2006.

The Northern District Civil Local Rules require the parties to use sequential numbering of exhibits during the course of depositions and trial in the case. L.R. 30-2(b). The parties have complied with this rule and anticipate that most, if not all, of the exhibits used in the cross-motions will be based on the exhibits used during discovery.

Therefore, to facilitate this Court's review of the cross-motions, and to avoid

1

duplicate filing of exhibits, the parties stipulate and agree that no supporting exhibits will be filed with the parties' briefs on the cross-motions for partial summary judgment. Rather, the exhibits referenced in the cross-motions for partial summary judgment will be separately compiled into a unified set, numerically arranged, and provided to the Court after the conclusion of the parties' briefing, that is by March 9, 2007.

IT IS SO STIPULATED.

Dated: November 20, 2006     GORDON & REES LLP

By: /s/ Sara Thorpe
SARA M. THORPE
Attorneys for Defendant ST. PAUL MERCURY INSURANCE COMPANY

Dated: November 20, 2006

ABELSON | HERRON LLP

By: /s/
MICHAEL BRUCE ABELSON
LESLIE A. PEREIRA
Attorneys for Plaintiffs NETSCAPE COMMMUNICATIONS CORPORATION, AMERICA ONLINE, INC.

## ORDER

Based upon the previously entered Stipulation And Order Regarding Revised Schedule for Phase I, entered by this Court on August 31, 2006 and Stipulation and Order Regarding Further Revised Schedule for Phase I, entered by this Court on October 25, 2006, and good cause appearing therefore,

IT IS HEREBY ORDERED that the parties shall not file exhibits along with their respective briefs and, instead, they shall submit a single set of exhibits relating to the cross-motions for partial summary judgment at the conclusion of the briefing, that is by March 9, 2007.

Dated: November 29, 2006

/s/ James Ware
JAMES WARE
United States District Judge

TRAV/1036622/1105932v1

STIPULATION AND [PROPOSED] ORDER RE TIMING OF FILING OF EXHIBITS IN SUPPORT OF CROSS MOTIONS          CASE NO. 5:06-CV-00198 JW (PVT)

2