SARA M. THORPE (SBN 146529)
sthorpe@gordonrees.com
D. CHRISTOPHER KERBY (SBN 124546)
ckerby@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
ST. PAUL MERCURY INSURANCE COMPANY

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT COURT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, a Delaware corporation; and AMERICAN ONLINE, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation; et al.,<br><br>Defendants. | CASE NO. 5:06-CV-00198 JW (PVT)<br><br>**STIPULATION AND AGREEMENT FOR PURPOSES OF SUMMARY JUDGMENT MOTION**<br><br>Complaint Filed: 12/12/05<br>Amended Complaint: 2/24/06 |

COMES NOW the parties, by and through their respective counsel, and stipulate as follows for purposes of the Phase One proceedings relating to cross-motions for summary judgment. By so stipulating to the existence of the following facts and documents, the parties explicitly reserve all evidentiary objections, including the right to challenge the relevance of any particular fact or document in the context of this or any other proceeding.

///

///

///

///

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

**EXECUTIVE RISK**

1. As part of the insurance program fro April 1, 1999 to April 1, 2000, America Online, Inc. ("AOL") purchased a multimedia policy from Executive Risk Specialty Insurance Company ("Executive Risk") which, subject to its terms and conditions set forth in the policy form, insured liabilities of AOL and its subsidiaries (including Netscape Communications Corporation ["Netscape"]).

2. A true and correct copy of the Executive Risk multimedia policy has been previously marked as part of Deposition Exhibit 4.

3. Executive Risk was tendered the four Complaints referenced in plaintiffs; complaint ("the SmartDownload claim"): (a) *Specht v. Netscape Communications Corp. and America Online, Inc.*, No. 00 CIV 4871 (S.D.N.Y.); (b) *Weindorf v. Netscape Communications Corp. and America Online, Inc.*, No. 00 CIV 6219 (S.D.N.Y.); (c) *Gruber v. Netscape Communications Corp. and America Online, Inc.*, No. 00 CIV 6249 (S.D.N.Y.); and (d) *Mueller v. Netscape Communications Corp. and America Online, Inc.*, No 00 CIV 01723 (D.D.C.).

4. Executive Risk denied coverage for the SmartDownload claims.

5. AOL originally sued Executive Risk in this action.

6. On or about May 23, 2006, AOL entered into a confidential settlement agreement with, among others, Executive Risk, a copy of settlement agreement has been previously marked as Exhibit 168.

**THE TIME WARNER MERGER**

7. For the time period April 1, 1999 to April 1, 2000, AOL and its subsidiaries (including Netscape) were insured under Executive Risk Policy No. 151-166530-99, a true and correct copy of which has been previously marked as part of Deposition Exhibit 4.

8. For the time period April 28, 1998 to May 31, 2000, AOL ad its subsidiaries (including Netscape) were insured under Lloyds Policy No.

823/FD9804728, a true and correct copy of which has been previously marked as Deposition Exhibit 3.

9. On or about January 11, 2001, AOL and Time Warner consummated a corporate merger (the "Merger").

10. Following the Merger's effective date and for the time period May 31, 2000 to June 1, 2001, professional liability, media liability, and other risks of AOL and its subsidiaries (including Netscape) were insured under American International Specialty Lines Insurance Company ("AISLIC") Policy No. 280-91-00, a true and correct copy of which has been previously marked as Exhibit 169.

11. On or about August 29, 2000, the SmartDownload claims were tendered to AISLIC.

12. On or about May 21, 2001, AISLIC's retained agent, AIG Technical Services, Inc., responded to the SmartDownload tender by way of correspondence dated May 21, 20001, a true and correct copy of which has been previously marked as Exhibit 170.

**AOL KNOWLEDGE OF INSURANCE PROGRAM**

12. The testimony of Marsh employees, including Nancy Perkins and Glenn Spencer, already given in this matter, as to any and all aspects of the insurance

///

///

///

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

program for AOL for the period January 1, 1999 to June 1, 2001 shall be considered the testimony of AOL.

IT IS SO STIPULATED.

Dated: ~~October~~ NOV 16, 2006

GORDON & REES LLP

By [signature]
SARA M. THORPE
Attorneys for Defendant ST. PAUL MERCURY INSURANCE COMPANY

Dated: October 26th, 2006

ABELSON | HERRON LLP

By [signature]
MICHAEL BRUCE ABELSON
Attorneys for Plaintiffs NETSCAPE COMMMUNICATIONS CORPORATION, AMERICAN ONLINE, INC.

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111