SARA M. THORPE (SBN 146529)
sthorpe@gordonrees.com
D. CHRISTOPHER KERBY (SBN 124546)
ckerby@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT COURT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, a Delaware corporation; and AMERICAN ONLINE, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation; et al.,<br><br>Defendants. | CASE NO. 5:06-CV-00198 JW (PVT)<br><br>STIPULATION AND [PROPOSED] ORDER<br><br>Complaint Filed: 12/12/05<br>Amended Complaint: 2/24/06 |

COMES NOW the parties, by and through their respective counsel, and stipulate as follows:

1. The parties have filed cross-motions for partial for summary judgment on the duty to defend and agreed to file a total of four briefs as follows: (a) St. Paul's opening brief; (b) Plaintiffs' combined opening/opposition brief; (c) St. Paul's combined opposition/reply brief; and (d) Plaintiffs' reply brief.

2. St. Paul filed an opening brief (24 pages) and Plaintiffs filed a combined opening/opposition (30 pages).

3. The Northern District of California Local Rules provide that opposition briefs shall be no more than 25 pages and reply briefs no more than 15 pages.

L.R. 7-3(a), (c); L.R. 7-4(b).

4. Given the number of issues in the cross-motions for partial summary judgment, the parties hereby agree that the page limits for the two remaining briefs may be as follows:

    a. St. Paul is permitted to file a combined opposition/reply brief of up to 25 pages; and

    b. Plaintiffs are permitted to file a reply brief of up to 20 pages.

IT IS SO STIPULATED.

Dated: January 26, 2007

GORDON & REES LLP

By: _____
D. CHRISTOPHER KERBY
Attorneys for Defendant ST. PAUL MERCURY INSURANCE COMPANY

Dated: January 26, 2007

ABELSON HERRON LP

By: _____
LESLIE A. PEREIRA
Attorneys for Plaintiffs NETSCAPE COMMMUNICATIONS CORPORATION, AMERICAN ONLINE, INC.

## ORDER

This Court having considered the parties' stipulation set forth above, and good cause appearing, the Court orders as follows:

1. St. Paul is permitted to file a combined opposition/reply brief of up to 25 pages; and

2. Plaintiffs are permitted to file a reply brief of up to 20 pages.

Dated: 1/29/2007

_____
JAMES WARE
United States District Judge

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111