ABELSON | HERRON LLP
   Michael Bruce Abelson (State Bar No. 130739)
   Leslie A. Pereira (State Bar No. 180222)
333 South Grand Ave, Suite 650
Los Angeles, California 90071-1559
Telephone: (213) 402-1900
Facsimile: (213) 402-1901
mabelson@abelsonherron.com
lpereira@abelsonherron.com

BERGESON, LLP
   Daniel J. Bergeson (State Bar No. 105439)
   Hway-ling Hsu (State Bar No. 196178)
303 Almaden Boulevard, Suite 500
San Jose, California 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000
dbergeson@be-law.com
hhsu@be-law.com

Attorneys for Plaintiff
NETSCAPE COMMUNICATIONS CORP.
and AMERICA ONLINE, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERAL INSURANCE COMPANY, et al.,<br><br>    Defendants. | CASE NO. C-06-00198 JW (PVT)<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF [RE: SEALING TWO CONFIDENTIAL DOCUMENTS SUBMITTED IN SUPPORT OF PLAINTIFFS' CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT]<br><br>Date:    March 26, 2007<br>Time:    9:00 a.m.<br>Judge:   Hon. James Ware<br>Court:   8, 4th Floor, San Jose<br><br>Complaint filed December 12, 2005 |

USDC CASE NO. C-06-00198 JW (PVT)

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF [RE: SEALING TWO CONFIDENTIAL DOCUMENTS SUBMITTED IN SUPPORT OF PLAINTIFFS'

1  Upon review of the papers, pursuant to the Stipulated Protective Order, and for
2  Good Cause having been shown, Plaintiffs shall be permitted to file the following two
3  documents under seal in connection with their Cross Motion for Partial Summary
4  Judgment:
5      1.    Exhibit H to the Declaration of Patrick J. Carome [NET/SDL00011245-
6          00011342].
7      2.    Exhibit D to the Declaration of David Park [NET/SDL0004475-0004491].

    IT IS SO ORDERED.

Dated: __ 2/13 ___, 2007     _____

Hon. James Ware
United States District Judge

[PROPOSED] ORDER COMPELING PRODUCTION OF

2