ABELSON | HERRON LLP
Michael Bruce Abelson (State Bar No. 130739)
Leslie A. Pereira (State Bar No. 180222)
333 South Grand Ave, Suite 1550
Los Angeles, California 90071-1559
Telephone: (213) 402-1900
Facsimile: (213) 402-1901

BERGESON, LLP
Daniel J. Bergeson (State Bar No. 105439)
Marc Van Niekerk (State Bar No. 201329)
303 Almaden Boulevard, Suite 500
San Jose, California 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiffs
NETSCAPE COMMUNICATIONS
CORPORATION and AMERICA ONLINE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

NETSCAPE COMMUNICATIONS CORPORATION, et al.;

Plaintiffs,

v.

FEDERAL INSURANCE COMPANY, et al.,

Defendants.

CASE NO. 5:06-CV-00198 JW (PVT)

**NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF [RE: SEALING CONFIDENTIAL EXHIBIT SUBMITTED IN SUPPORT OF ST. PAUL'S CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT]; DECLARATION OF LESLIE A. PEREIRA IN SUPPORT THEREOF**

Date: March 26, 2007
Time: 9:00 a.m.
Judge: Hon. James Ware
Dept.: Courtroom 8, 4th Floor, San Jose

Complaint filed December 12, 2005



Dockets.Justia.com

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs are hereby moving for administrative relief as follows:

Pursuant to Local Rule 7-11, Plaintiffs hereby move the Court for an order permitting them to file under seal the following document: **Exhibit 168 [NET/SDL00011234-00011244].**

Exhibit 168 is a copy of a settlement agreement entered into between Plaintiffs, on the one hand, and Federal Insurance Company and Executive Risk Specialty Insurance Company, one the other hand. Pereira Decl. at ¶ 2. The document contains an express confidentiality provision. Id. at ¶ 2. Prior to producing the document to St. Paul in this action, Plaintiffs stamped it "Confidential," as required by the terms of the protective order entered by this Court on June 19, 2006 ("SDL Protective Order"). Id. at ¶ 3. The document is thus subject to the terms of the SDL Protective Order which, by its terms, precludes its disclosure to parties outside this action. Id. at ¶ 3. Given the confidential nature of this document, the parties have agreed that it should be placed under seal pursuant to the terms of the SDL Protective Order. Id.

Plaintiffs' request to seal Exhibit 168 is made pursuant to the SDL Protective Order, and is narrowly tailored to seal only that material for which good cause to seal has been established.

Dated: March 7, 2007

ABELSON | HERRON LLP
Michael Bruce Abelson
Leslie A. Pereira

By [signature]
Leslie A. Pereira
Attorneys for Plaintiffs
Netscape Communications Corporation and
America Online, Inc.

**DECLARATION OF LESLIE A. PEREIRA**

I, Leslie A. Pereira, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before the bar of this Court. I am of counsel to the law firm of Abelson | Herron LLP and, in that capacity, I am counsel of record for Plaintiffs Netscape Communications Corporation and America Online, Inc. (collectively, the "Insureds") in this action. I have personal knowledge of the matters stated herein, except as to matters upon which I state are based upon information and belief. I could and would competently testify to the same.

2. Exhibit 168 is a copy of a settlement agreement entered into between Plaintiffs, on the one hand, and Federal Insurance Company and Executive Risk Specialty Insurance Company, one the other hand. The settlement agreement contains an express confidentiality provision.

3. Exhibit 168 has been produced to St. Paul in this litigation pursuant to the terms of a Stipulated Protective Order signed by this Court on June 19, 2006 (the "SDL Protective Order"). Prior to producing this document to St. Paul, I stamped it "Confidential," as required by the terms of the SDL Protective Order. The SDL Protective Order thus prohibits disclosure of Exhibit 168 to parties outside of this litigation. The parties have agreed that it should be placed under seal pursuant to the terms of the SDL Protective Order.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of March 2007 at Los Angeles, California.

Leslie A. Pereira