United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETSCAPE COMMUNICATIONS CORPORATION, ET AL,

Plaintiff(s),

v.

FEDERAL INSURNACE, CO., ET AL,

Defendant(s).

_______________________________________/

No. C 06-00198 JW

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Cross Motions for Summary Judgment re Duty to Defend before Judge James Ware previously noticed for March 26 2007 at 9:00 AM , has been reset to April 9 2007**at 9:00 AM** in Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: March 20, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: /s/
Elizabeth Garcia
Courtroom Deputy

Dockets.Justia.com