1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ABELSON | HERRON LLP
  Michael Bruce Abelson (State Bar No. 130739)
  Leslie A. Pereira (State Bar No. 180222)
333 South Grand Ave, Suite 1550
Los Angeles, California  90071-1559
Telephone:  (213) 402-1900
Facsimile:  (213) 402-1901

BERGESON, LLP
  Daniel J. Bergeson (State Bar No. 105439)
  Marc Van Niekerk (State Bar No. 201329)
303 Almaden Boulevard, Suite 500
San Jose, California  95110-2712
Telephone:  (408) 291-6200
Facsimile:  (408) 297-6000

Attorneys for Plaintiffs
NETSCAPE COMMUNICATIONS
CORPORATION and AMERICA ONLINE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, et al.,<br><br>       Plaintiffs,<br><br>       v.<br><br>FEDERAL INSURANCE COMPANY, et al.,<br><br>       Defendants. | CASE NO. 5:06-CV-00198 JW (PVT)<br><br>**STIPULATION RE: HEARING DATE FOR PARTIES' CROSS MOTIONS FOR PARTIAL SUMMARY JUDGMENT RE: DUTY TO DEFEND; [PROPOSED] ORDER**<br><br>Judge:  Hon. James Ware<br>Dept.:  Courtroom 8<br><br>Complaint filed December 12, 2005 |

USDS CASE NO. C-06-00198 JW (PVT)

STIPULATION RE: HEARING DATE FOR PARTIES' CROSS MOTIONS FOR PARTIAL SUMMARY JUDGMENT RE: DUTY TO DEFEND; [PROPOSED] ORDER

1    Plaintiffs America Online, Inc. and Netscape Communications Corporation (collectively,

2    "Plaintiffs") and Defendant St. Paul Mercury Insurance Company ("Defendant"), by and through

3    their respective undersigned counsel, are hereby agreed and stipulate as follows:

4    WHEREAS, the parties' Cross Motions for Partial Summary Judgment Re: Duty to

5    Defend were previously set for hearing on March 26, 2007 (the "Hearing");

6    WHEREAS, on March 20, 2007, the Court entered an order continuing the Hearing to

7    April 9, 2007;

8    WHEREAS, counsel for all parties are unavailable on April 9, 2007; and

9    WHEREAS, counsel for all parties have met and conferred and determined that they are

10   all available for the Hearing on April 30, 2007 at 9:00 a.m., and respectfully request that the

11   Court continue the Hearing to that date and time.

12   Dated: March 20, 2007                    ABELSON | HERRON, LLP
                                               Michael Bruce Abelson
13                                             Leslie A. Pereira

14

15                                             By_____
                                               Attorneys for Plaintiffs
16                                             Netscape Communications Corporation and
                                               America Online, Inc.
17

18   Dated: March 22, 2007                     GORDON & REES LLP
                                               Sara R. Thorpe
19                                             D. Christopher Kerby

20

21                                             By_____
                                               Attorneys for Defendant St. Paul Mercury
22                                             Insurance Company

23   Dated: March 22, 2007                     MEAGHER & GEER LLP
                                          for: Charles E. Spevacek
24

25                                             By_____
                                               Attorneys for Defendant St. Paul Mercury
26                                             Insurance Company
                                                  D. Christopher Kerby
27

28   _____       STIPULATION RE: HEARING DATE FOR PARTIES' CROSS
     USDS CASE NO. C-06-00198 JW (PVT)      1   MOTIONS FOR PARTIAL SUMMARY JUDGMENT RE:
                                                DUTY TO DEFEND; [PROPOSED] ORDER

Abelson | Herron LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### ORDER

This Court having considered the parties' stipulation as set forth above, and good cause appearing, the Court orders as follows:

1.     The hearing on the parties' Cross Motions for Partial Summary Judgment Re: Duty to Defend is continued from April 9, 2007 at 9:00 a.m. to April 30, 2007 at 9:00 a.m.

IT IS SO ORDERED.

Dated: _____3/23/2007_____                _____

JAMES WARE
United States District Judge

STIPULATION RE: HEARING DATE FOR PARTIES' CROSS
MOTIONS FOR PARTIAL SUMMARY JUDGMENT RE:
DUTY TO DEFEND; [PROPOSED] ORDER

Abelson | Herron LLP