~~Judge's Chamber~~
~~COPY~~

FILED

APR 04 2007

CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

SARA M. THORPE (SBN 146529)
sthorpe@gordonrees.com
D. CHRISTOPHER KERBY (SBN 124546)
ckerby@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
ST. PAUL MERCURY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT COURT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, a Delaware corporation; and AMERICAN ONLINE, INC., a Delaware corporation,<br><br>Plaintiffs,<br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation; et al.,<br><br>Defendants. | CASE NO. 5:06-CV-00198 JW (PVT)<br>JW<br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF [RE: SEALING CONFIDENTIAL EXHIBIT SUBMITTED IN SUPPORT OF ST. PAUL'S MOTION FOR PARTIAL SUMMARY JUDGMENT] [CIVIL L.R. 79-5(b) and (c)]<br><br>Complaint Filed: 12/12/05<br>Amended Complaint: 2/24/06 |

1  After considering the pleadings and all papers filed in connection with the Motion
2  for Administrative Relief, and good cause appearing,

3  IT IS HEREBY ORDERED that Plaintiffs shall be permitted to file the following
4  document under seal in connection with St. Paul's Motion for Partial Summary
5  Judgment:

6  **Exhibit 168**: Settlement Agreement between AOL and Executive Risk (Bates
7  No. NET/SDL 00011234-11244)

9  IT IS SO ORDERED.

10 Dated: April 4 2007

Hon. James Ware
United States District Judge