UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION,<br><br>            Plaintiff,<br><br>  v.<br><br>FEDERAL INSURANCE COMPANY, et al.,<br><br>            Defendants. | Case No.: C 06-0198 JW (PVT)<br><br>**INTERIM ORDER RE ST. PAUL'S MOTION FOR LEAVE TO AMEND ADMISSION** |

On March 29, 2007, Defendant St. Paul Mercury Insurance Company ("Defendant") filed a Motion for Leave to Amend Admission.[1] Plaintiffs opposed the motion. Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this order without oral argument. Based on the moving and opposition papers,

IT IS HEREBY ORDERED that the hearing set for April 17, 2007 is taken off calendar. Absent further order of the court, the matter will be submitted without oral argument.

IT IS FURTHER ORDERED that, no later than April 18, 2007, Plaintiffs shall file a declaration attaching: 1) the "Settlement Presentation" referenced in paragraph 4 of the Declaration

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

of Leslie A. Pereira in Support of Plaintiffs' Opposition to St. Paul's Motion to Amend Admission, filed herein on April 12, 2007; and 2) any excerpts of the deposition of David Park which include any reference to 3rd party advertising, advertising-related allegations in the SmartDownload Claim, or AdForce.

    IT IS FURTHER ORDERED that, no later than April 18, 2007, Defendant may file a reply to Plaintiffs' opposition.

Dated: *4/16/07*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*