# EXHIBIT 2

ABELSON | HERRON LLP
   Michael Bruce Abelson (State Bar No. 130739)
   Leslie A. Pereira (State Bar No. 180222)
333 South Grand Ave, Suite 650
Los Angeles, California 90071-1559
Telephone: (213) 402-1900
Facsimile: (213) 402-1901
mabelson@abelsonherron.com
lpereira@abelsonherron.com

BERGESON, LLP
   Daniel J. Bergeson (State Bar No. 105439)
   Hway-ling Hsu (State Bar No. 196178)
303 Almaden Boulevard, Suite 500
San Jose, California 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000
dbergeson@be-law.com
hhsu@be-law.com

Attorneys for Plaintiff
NETSCAPE COMMUNICATIONS CORP.
and AMERICA ONLINE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, et al.,<br><br>Defendants. | CASE NO. C-06-00198 JW (PVT)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF [RE: SEALING TWO CONFIDENTIAL DOCUMENTS SUBMITTED IN SUPPORT OF PLAINTIFFS' CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT]<br><br>Date:   March 26, 2007<br>Time:   9:00 a.m.<br>Judge:  Hon. James Ware<br>Court:  8, 4th Floor, San Jose<br><br>Complaint filed December 12, 2005 |

USDC CASE NO. C-06-00198 JW (PVT)

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF [RE: SEALING TWO CONFIDENTIAL DOCUMENTS SUBMITTED IN SUPPORT OF PLAINTIFFS'

1   Upon review of the papers, pursuant to the Stipulated Protective Order, and for
2   Good Cause having been shown, Plaintiffs shall be permitted to file the following two
3   documents under seal in connection with their Cross Motion for Partial Summary
4   Judgment:

5       1.   Exhibit H to the Declaration of Patrick J. Carome [NET/SDL00011245-
6            00011342].
7       2.   Exhibit D to the Declaration of David Park [NET/SDL0004475-0004491].

9   IT IS SO ORDERED.

10  Dated: _____2/13_____, 2007

                                            *James Ware* (signature)
                                            Hon. James Ware
                                            United States District Judge

---

[PROPOSED] ORDER COMPELING PRODUCTION OF

2