# EXHIBIT 3

Dockets.Justia.com

# ORIGINAL

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - -x
SPECHT, et al.,                    :
                                   :
          Plaintiffs,              :
                                   :
     v.                            :     Civil Action No.
                                   :     00-CIV-4871
                                   :     (AKH)(SDNY)
NETSCAPE COMMUNICATIONS,           :
et al.,                            :
                                   :
          Defendants.              :
- - - - - - - - - - - - - -x
WEINDORF, et al.,                  :
                                   :
          Plaintiffs,              :
                                   :
     v.                            :     Civil Action No.
                                   :     00-CIV-6219
                                   :     (AKH)(SDNY)
NETSCAPE COMMUNICATIONS,           :
et al.,                            :
                                   :
          Defendants.              :
- - - - - - - - - - - - - -x
GRUBER, et al.,                    :
                                   :
          Plaintiffs,              :
                                   :
     v.                            :     Civil Action No.
                                   :     00-CIV-6249
                                   :     (AKH)(SDNY)
NETSCAPE COMMUNICATIONS,           :
et al.,                            :
                                   :
          Defendants.              :
- - - - - - - - - - - - - -x

CONFIDENTIAL--SUBJECT TO COURT ORDER

Washington, D.C.
Monday, October 20, 2003

     The deposition of DAVID Y. PARK, called for
examination by counsel for Plaintiffs in the
above-entitled matter, pursuant to notice, in the

1-800-310-1769          Hudson Reporting & Video. Inc.          New York
                        www.hudsonreporting.com



NET/SDL0004647

2

offices of Wilmer, Cutler & Pickering, 2400 N
Street, N.W., Conference Room 3NE, Washington, D.C.,
convened at 9:47 a.m., before David A. Kasdan,
RDR-CRR, a notary public in and for the District of
Columbia, when were present on behalf of the
parties:

APPEARANCES:

    On behalf of the Plaintiffs:

        JOSHUA N. RUBIN, ESQ.
        Abbey Gardy, L.L.P.
        212 East 39th Street
        New York, New York  10016
        (212) 889-3700

    On behalf of the Defendants:
        PATRICK J. CAROME, ESQ.
        LOWRY A. CROOK, ESQ.
        Wilmer, Cutler & Pickering
        2445 M Street, N.W.
        Washington, D.C.  20037-1420
        (202) 663-6000

NET/SDL0004648

5

```
 1              P R O C E E D I N G S
 2         Whereupon,
 3                   DAVID Y. PARK
 4    was called for examination by counsel for Plaintiffs
 5    and, after having been duly sworn by the notary
 6    public, was examined and testified as follows:
 7         EXAMINATION BY COUNSEL FOR PLAINTIFFS
 8              BY MR. RUBIN:
 9         Q.   Good morning, Mr. Park.
10         A.   Good morning.
11              MR. CAROME:   There are a couple of
12    preliminary things I would like to go through if
13    that's all right with you.
14              MR. RUBIN:   Sure.
15              MR. CAROME:   Just, first of all, I'm Pat
16    Carome, and along with Lowry Crook, we are here
17    representing Mr. Park both in his personal capacity
18    as well as representing the parties, the defendants
19    to this suit, Netscape and America Online.
20              And I will note that the deposition is
21    being taken pursuant to the May 20th, 2003, letter
22    agreement between counsel for parties in this case,
23    and subject to the limitations of that letter.
24              And also just to be clear, while Netscape
25    has gone to considerable efforts to make Mr. Park
```

85

1      Q.   Have you ever seen page 629 before?

2      A.   No, I have not.

3      Q.   If you look at the third bullet from the

4  bottom, there is a phrase, "targeted ad

5  opportunities."

6           Do you see what I'm looking at?

7      A.   Yes.

8      Q.   Do you understand what targeted ad

9  opportunities are?

10          MR. CAROME:  Objection.  Vague and

11  ambiguous.

12          MR. RUBIN:  I'm not asking with respect to

13  the document but in general.

14          THE WITNESS:  In general, yes.

15          BY MR. RUBIN:

16     Q.   What is your understanding?

17     A.   That we could show appropriate advertising

18  by understanding some aspects, some profile of the

19  user.

20     Q.   Was there ever any discussion about whether

21  SmartDownload would create targeted ad

22  opportunities?

23     A.   Yes.

24     Q.   Who had those discussions?

25     A.   I believe I had them with David Pann,

1-800-310-1769          Hudson Reporting & Video. Inc.
www.hudsonreporting.com          New York

CONFIDENTIAL

NET/SDL0004731

1    Software Builders, and with probably Robin Zucker.

2        Q.   When did those discussions begin?

3        A.   I believe again during the summer of '98.

4        Q.   And did those discussions concern how ads

5    would be targeted?

6        A.   I believe we did have that discussion.

7        Q.   And what did you discuss about how ads

8    would be targeted?

9        A.   I believe some discussions were about

10   understanding the URL of the users they were

11   downloading at that moment, and using the info

12   browser to show relevant content to that file being

13   downloaded, which would have some advertising on the

14   content.

15       Q.   Was that ever done?

16       A.   No, that was never done.

17       Q.   Why not?

18       A.   It basically lost its focus, lack of

19   resources to maintain the initiative to have

20   targeted advertising.

21       Q.   Why?  Why did it lose its focus?

22       A.   Lack of resources.

23       Q.   Were there resources that had been

24   allocated to this project that were subsequently

25   withdrawn?

Hudson Reporting & Video. Inc.
1-800-310-1769                www.hudsonreporting.com                New York

CONFIDENTIAL

NET/SDL0004732

131

1        Q.    Do you have an understanding of how those

2    requests relate to the issues, if at all, the

3    security or privacy issues raised in this document?

4        A.    There was a discussion with Tom Weinstein,

5    and he gave us his opinion, and he wanted to see a

6    sample version of SmartDownload.

7        Q.    And was a sample version provided to him?

8        A.    Not sure.

9        Q.    If a sample version had been provided to

10   him, would you know?

11       A.    Unless it was given to Tom independently of

12   my knowledge, no, I wouldn't.

13       Q.    Would somebody have given a version to Tom

14   independently of your knowledge?

15            MR. CAROME:   Objection.  Hypothetical.

16            BY MR. RUBIN:

17       Q.    Would you expect that somebody would have

18   told you if they had given a version to Tom?

19       A.    It's possible.  It certainly wasn't a

20   requirement.

21       Q.    Do you know what Modem Media is, or was?

22       A.    I believe at that time it was a company

23   related to serving ads on the Web.

24       Q.    And do you know how they--did Netscape have

25   any relationship with Modem Media in the fall of

Hudson Reporting & Video. Inc.
1-800-310-1769          www.hudsonreporting.com              New York
CONFIDENTIAL

NET/SDL0004777

132

1  1998?

2       A.    To my best recollection, I believe there

3  was some percentage of advertising done with ads

4  that were served by Modem Media.

5       Q.    Netscape got advertising revenue from Modem

6  Media?

7       A.    I believe the--I don't know the specifics

8  how Modem Media works, but I believe they served a

9  number of ads in an agreement with Netscape.

10      Q.    When you say to serve a number of ads, did

11 Modem Media have an agreement with Netscape to serve

12 ads to the InfoBrowser window of SmartDownload?

13      A.    I don't know specifically of any

14 involvement with InfoBrowser.

15      Q.    Was there a meeting with Modem Media about

16 SmartDownload in September of 1998?

17      A.    Not that I recall.

18           MR. RUBIN:  I would like to mark as the

19 next document as 10 a document entitled--dated

20 September 18th, 1998, from Robin Zucker to

21 davidp@netscape.com with a cc to several people,

22 including the witness, and these Bates production

23 numbers 720 and 721.

24                         (Park Exhibit No. 10 was

25                          marked for identification.)

Hudson Reporting & Video. Inc.
1-800-310-1769          www.hudsonreporting.com          New York

CONFIDENTIAL

NET/SDL0004778

133

1          THE WITNESS:  Okay.

2          BY MR. RUBIN:

3      Q.   Have you ever seen this document before?

4      A.   I don't remember.

5      Q.   You see in the second paragraph, the last

6   sentence says, (reading) "I think this would be a

7   fantastic opportunity to differentiate Netcenter and

8   our ad products from our competition while giving

9   advertisers more innovative ways to communicate."

10          Do you see what I'm looking at?

11      A.   Yes.

12      Q.   Do you have an understanding of in what way

13   SmartDownload was innovative?

14          MR. CAROME:  Objection.  Vague and

15   ambiguous.

16          MR. RUBIN:  Fair enough.

17          BY MR. RUBIN:

18      Q.   Just for the record, the subject of this

19   memo is, "Re: notes from Meeting with Modern Media

20   (sic) concerning SmartDownload."

21          Do you have an understanding of in what way

22   SmartDownload gave advertisers an innovative way to

23   communicate?

24          MR. CAROME:  Same objection.

25          THE WITNESS:  I do recall some

134

1    conversations that I've had with Robin Zucker

2    regarding what we can use the InfoBrowser portion of

3    SmartDownload, and I believe what it could be

4    referring to is going beyond traditional banner ads

5    and possibly using that space to serve more media

6    rich ads.

7            BY MR. RUBIN:

8        Q.    Did you have discussions with Ms. Zucker

9    about any kinds of media that could be served

10   through the InfoBrowser that couldn't be served

11   through a regular browser?

12       A.    I believe we had some conversation about

13   what could be served, but what it came down to was

14   anything that we could do in the browser we could do

15   in the InfoBrowser since they were both browser.

16       Q.    Is there anything that the InfoBrowser

17   could do that the browser could not?

18       A.    No.

19       Q.    You will see that one of the cc's is Lynn

20   Carpenter.   Do you know who that is?

21       A.    Yes, I do.

22       Q.    Who was she?

23       A.    I don't remember her exact role, but she

24   was involved in some of the advertising business

25   within Netscape.

135

1    Q.   Do you know what kind of teasing business?

2    A.   No, I don't recall.

3    Q.   Do you know how she was involved in it?

4    A.   I don't.

5    Q.   How about David Beckwith?

6    A.   David Beckwith may have been Robin Zucker's

7    manager at one point, but he was also part of the

8    Netcenter organization.

9    Q.   Do you know how either Ms. Carpenter or

10   Mr. Beckwith were involved with SmartDownload?

11   A.   I don't know what specific role they had

12   with SmartDownload.

13   Q.   If you turn to the next page, please, in

14   the second paragraph, the last sentence reads,

15   (reading) "Again, collecting data and possible doing

16   a branding study in association with this service

17   might help distill the myth."

18        Do you have any understanding of what that

19   means, "distill the myth?"

20        MR. CAROME:  Objection.  Lack of

21   foundation, that there is any basis for this witness

22   to interpret the author's meaning.

23        MR. RUBIN:  He's a recipient.

24        THE WITNESS:  Let me read the paragraph in

25   full again.

136

1              (Witness reviews document.)

2              THE WITNESS:  I'm not a hundred percent

3    sure what David Pann meant by this sentence.

4              BY MR. RUBIN:

5         Q.   Do you have any idea?  And by the way,

6    it's--well, do you have any idea?

7         A.   I believe that this was probably collecting

8    some type of survey data and doing a study which is

9    common in the advertising business.

10        Q.   In the next paragraph, I'm going to read

11   the first two sentences, "Robin and I agree that

12   Modem has the right experience and attitude to help

13   make the SmartDownload ad opportunity successful.

14   They gave us great insight into the various ad

15   servers and how they work and don't work with rich

16   media ads."

17             Do you see where I'm looking at?

18        A.   Yes.

19        Q.   Now, when SmartDownload was launched, the

20   ad server it used was a company called AdForce;

21   right?

22        A.   I believe so.

23        Q.   And what exactly did AdForce do?

24             MR. CAROME:  Objection.  Lack of

25   foundation.

Hudson Reporting & Video. Inc.
1-800-310-1769          www.hudsonreporting.com          New York

CONFIDENTIAL

NET/SDL0004782

137

1          THE WITNESS:  To my best recollection, they

2     were responsible for serving the actual ad itself.

3          BY MR. RUBIN:

4          Q.   And when you say they were responsible for

5     serving the ad, they would send the ad to the

6     InfoBrowser window?

7          A.   I'm not sure if the InfoBrowser itself used

8     ads from AdForce, but I believe in the SmartDownload

9     client they would send some information that would

10    be displayed in SmartDownload as an ad.

11         Q.   Now, when a user was using SmartDownload,

12    how did the ad server, AdForce, for example, know to

13    send information to SmartDownload on that particular

14    user's computer?

15         A.   I believe there was probably a request made

16    from the client to the ad server, requesting a new

17    ad.

18         Q.   And how did the client know to ask the

19    AdForce server for a new ad?

20         A.   I believe somewhere in the client we had

21    put in the refresh rate of how many seconds it

22    should take to ask for a new ad.

23         Q.   It's correct, isn't it, that the client was

24    set up so that Netscape could tell the client what

25    server to get an ad from?

Hudson Reporting & Video. Inc.
1-800-310-1769          www.hudsonreporting.com          New York

CONFIDENTIAL

NET/SDL0004783

138

1      A.    Yes.

2      Q.    And is it correct that it was set up so

3    that Netscape could designate AdForce or AOL or

4    other ad servers that could serve ads and that

5    Netscape would take directions from SmartDownload,

6    take directions from Netscape servers about where to

7    get the ads?

8              MR. CAROME:   Objection.   Vague and

9    ambiguous and compound.

10             THE WITNESS:   There was certainly a feature

11   built in so we can tell which ad server it should

12   request an ad from.

13             BY MR. RUBIN:

14     Q.    Was part of the way that SmartDownload

15   would generate revenue for Netscape based on the

16   amount of click-throughs of the InfoBrowser window?

17     A.    I'm not aware of specifics that the

18   advertiser deals were structured as.

19     Q.    Who does know?

20     A.    Possibly Robin Zucker or somebody in the

21   advertising organization would know.

22     Q.    If the deals were structured so that

23   Netscape would obtain revenues based on

24   click-throughs through the InfoBrowser window, do

25   you have an understanding of how Netscape would

```
 1   determine how many click-throughs there were for

 2   each advertiser during any particular period?

 3            MR. CAROME:  Objection.  Hypothetical.

 4            THE WITNESS:  I believe that is the

 5   function of company like AdForce who would report

 6   the click-throughs back to Netscape.

 7            BY MR. RUBIN:

 8       Q.   Do you know whether AdForce placed cookies

 9   on SmartDownload users' hard drives?

10       A.   I do not know.

11       Q.   Just correct me if I'm wrong, you testified

12   earlier you don't know whether SmartDownload

13   transmitted the Netscape cookie back to Netscape?

14       A.   I do not.

15            MR. RUBIN:  I would like to mark as 11 a

16   document dated October--September 22nd, 1998.  It

17   says Augusta Feature Plan, and it's Bates numbered

18   608 through 616.  And it says at the top, Marketing

19   Lead, David Park.

20                          (Park Exhibit No. 11 was

21                           marked for identification.)

22            (Brief recess.)

23            BY MR. RUBIN:

24       Q.   Have you ever seen this document before?

25       A.   Again, I saw this one during--in preparing
```

Hudson Reporting & Video. Inc.
1-800-310-1769        www.hudsonreporting.com        New York
CONFIDENTIAL

NET/SDI 0004785

163

1    SmartDownload, in the right-hand column where it

2    says next, the entry in that box says, integration

3    with SmartUpdate.

4        A.   Yes.

5        Q.   In January of 1999, was that the next

6    priority for SmartDownload integrating with

7    SmartUpdate?

8        A.   I don't remember what the priorities next

9    days of the project were going to be.

10           MR. RUBIN:  I would like to mark as 17 for

11   identification a document entitled "SmartDownload

12   1.3 Product Requirements Document--Draft" with the

13   witness's name at the top.  And these are pages 430

14   through 435.

15                           (Park Exhibit No. 17 was

16                            marked for identification.)

17           BY MR. RUBIN:

18       Q.   Let me know when you are ready, please.

19            (Witness reviews document.)

20       A.   Okay.

21       Q.   Okay.  Did you write this document?

22       A.   I believe so.

23       Q.   And did you do so on or about January 19th

24   of 1999?

25       A.   It seems to indicate that, yes.

CONFIDENTIAL

NET/SDL0004809

164

1      Q.   Now, please look at the second page of this

2   document.   There appear to be one or two diagrams on

3   this page.   Can you tell me whether I'm looking at

4   one diagram or two?

5      A.   I believe it's two diagrams.

6      Q.   Okay.   Can you explain to me what these two

7   diagrams represent?

8      A.   Looks like the first one shows a diagram of

9   SmartDownload client with the associated InfoBrowser

10  window.

11         And the second diagram seems to show only

12  the SmartDownload client by itself.

13     Q.   Do the lines and arrows between the boxes

14  on these diagrams represent information flow?

15         MR. CAROME:  Objection.  Vague and

16  ambiguous.

17         BY MR. RUBIN:

18     Q.   Let me ask you:  What do the lines with

19  arrows on these diagrams represent?

20     A.   I believe that shows where the information

21  is coming from.

22     Q.   Are there arrows that point to a box which

23  shows where information is coming from?

24     A.   I believe so.

25     Q.   So, for example, in the schematic or

1    diagram at the top of the page that shows that
2    information would be coming from Netscape/Netcenter
3    and going to the ad server?
4        A.    Which one are you referring to again?
5        Q.    The top diagram.
6        A.    Can you repeat the question.
7              (Whereupon, the Court Reporter read back
8    the previous question.)
9              THE WITNESS:  I believe what that shows is
10   that whatever page is being displayed in the
11   InfoBrowser is coming from the Netcenter servers.
12             BY MR. RUBIN
13       Q.    Okay.  But I'm asking a slightly different
14   question.  I'm asking about the line between the box
15   that says Netscape/Netcenter and the box that says
16   ad server.  What I'm asking you is what the line
17   between those two boxes represents.
18             MR. CAROME:  Unfortunately, it's very
19   difficult to read, the content of what the witness
20   indicated is the client window, but you might--it's
21   also not completely clear what line you're talking
22   about.  What line do you think he's asking about
23   here?
24             THE WITNESS:  This line here?
25             MR. RUBIN:  Let the record reflect that the

1-800-310-1769

Hudson Reporting & Video. Inc.
www.hudsonreporting.com

New York

CONFIDENTIAL

NET/SDL0004811

166

1    answer is yes, that I'm referring to the line

2    between those two boxes. It's the line on the far

3    right of the topmost diagram.

4         THE WITNESS: Okay. I don't specifically

5    remember exactly what that line means, but I believe

6    it would indicate that if the page from Netcenter

7    was displayed in InfoBrowser and the page contains

8    ads, it would come from an ad server.

9         BY MR. RUBIN:

10    Q.    Does that line represent information being

11    transmitted from Netcenter to the ad server?

12         MR. CAROME: Objection. Vague and

13    ambiguous.

14         THE WITNESS: I think the line was drawn

15    there because I just didn't want to go through the

16    trouble of drawing out another box. It certainly

17    could have been a separate box. All I meant was

18    there was there was an server associated with those

19    pages.

20         BY MR. RUBIN:

21    Q.    If you had drawn another box, where would

22    you have drawn it?

23         MR. CAROME: Objection. Hypothetical.

24         MR. RUBIN: I asked what he means.

25         THE WITNESS: I probably would have drawn

CONFIDENTIAL

NET/SDL0004812

167

1    yet another box that would feed into the

2    Netscape/Netcenter box.

3         BY MR. RUBIN:

4         Q.   Does this diagram show an information flow

5    from the SmartDownload client to Netcenter?

6         A.   No, it does not.

7         Q.   Did SmartDownload, in fact, transmit

8    information to Netcenter?

9         A.   I believe it sent back the URL to

10   Netcenter.

11        Q.   And does this diagram show Netcenter

12   transmitting information to an ad server?

13        A.   No, it does not.

14        Q.   Did Netcenter, in fact, transmit

15   information to an ad server in connection with

16   SmartDownload?

17        MR. CAROME:   Objection.   Vague and

18   ambiguous.

19        THE WITNESS:   Again, it wouldn't be

20   anything specific to SmartDownload, only to request

21   another ad.

22        BY MR. RUBIN:

23        Q.   Does this diagram show an ad server

24   transmitting an ad to the SmartDownload client?

25        A.   I believe it indicates that it would serve

CONFIDENTIAL

NET/SDL0004813

168

1    the request made by the SmartDownload client to

2    provide an ad to display on the SmartDownload

3    client.

4        Q.    Is it your testimony that

5    Netscape/Netcenter directed the ad server to

6    transmit an ad to the SmartDownload client, that

7    that's what this schematic shows, in part?

8        A.    Can you repeat that question, please.

9            (Whereupon, the Court Reporter read back

10    the previous question.)

11            THE WITNESS:    In part, but it would--but it

12    was only at the request of the SmartDownload client

13    that it would serve the ad.

14            BY MR. RUBIN

15        Q.    And the SmartDownload client would know to

16    request the ad from that ad server by virtue of its

17    communication with the server.ini at Netcenter?

18        A.    I believe that's the way it would work.

19        Q.    What information did Netscape/Netcenter

20    transmit to the ad server as shown in this diagram?

21            MR. CAROME:    Objection.    Lack of

22    foundation.    I'm not sure there was any indication

23    that Netcenter transmitted anything to the ad

24    server.    I thought he was just describing otherwise.

25            THE WITNESS:    There has to be some request

CONFIDENTIAL

NET/SDL0004814

169

1    made to the ad server, but I'm not sure exactly the

2    specifics of, at that particular time, the ad server

3    we used, what information we required to serve up an

4    ad from that.

5            BY MR. RUBIN:

6        Q.   In any event, there was information

7    transmitted by Netcenter to the ad server in

8    connection with the ad server's serving the ad to

9    the SmartDownload client?

10           MR. CAROME:  Objection.  Lack of

11   foundation, and I believe mischaracterizes the prior

12   testimony.

13           MR. RUBIN:  I'm asking him.

14           THE WITNESS:  It was the SmartDownload

15   client making the request, not Netcenter.

16           BY MR. RUBIN:

17       Q.   I understand that, but I'm asking a

18   different question.

19           MR. RUBIN:  Could you please read back the

20   question that I asked.

21           (Whereupon, the Court Reporter read back

22   the previous question.)

23           THE WITNESS:  So, are you referring to the

24   InfoBrowser as part of SmartDownload client?

25           BY MR. RUBIN:

Hudson Reporting & Video. Inc.
1-800-310-1769          www.hudsonreporting.com          New York

CONFIDENTIAL

NET/SDL0004815

170

1      Q.   Yes.

2      A.   For the InfoBrowser, Netscape/Netcenter

3   would send information to the ad server asking an ad

4   to serve in the InfoBrowser.

5      Q.   And what information would Netcenter send

6   to the ad center or to the ad server?

7      A.   What specific information required, I don't

8   know.

9      Q.   Who knows?

10     A.   Whichever ad server company we were using

11   at that time.

12     Q.   So, when the ad server was AdForce, AdForce

13   would know what information it required?

14     A.   I would assume so.

15     Q.   And when the ad server was AOL, AOL would

16   be what information it required?

17          MR. CAROME:  Objection.  Lack of

18   foundation.

19          MR. RUBIN:  Okay.  Fair enough.

20          BY MR. RUBIN:

21     Q.   Was there a point where AOL became the ad

22   server?

23     A.   To my best recollection during my tenure

24   there, it wasn't.

25     Q.   I beg your pardon.  Well-taken.

CONFIDENTIAL

NET/SDL0004816

171

1           Apart from AdForce, were there ever any

2    other ad servers used in connection with

3    SmartDownload?

4        A.   Again, to my best recollection, I believe

5    it was AdForce.

6        Q.   Please turn to the next page of the

7    document.  The second heading is summary of features

8    for SmartDownload 1.3, and you will see the third

9    bullet from the bottom says, "resequence SDL

10   communication with Netcenter."

11          Do you see where I'm looking at?

12       A.   Yes.

13       Q.   Do you have an understanding of what you

14   meant by that?

15       A.   I don't specifically know.

16          MR. RUBIN:  I would like to mark as 18 for

17   identification a document entitled Netscape Smart--

18          MR. CAROME:  I pointed the witness to two

19   pages later in the document that perhaps would be

20   pertinent to the last question you asked him to

21   refresh his recollection.

22          THE WITNESS:  I believe that bullet about

23   resequencing SDL communication with Netcenter had to

24   do with how the configurations from the server.ini

25   file essentially was going to--when was going to

Hudson Reporting & Video. Inc.
1-800-310-1769          www.hudsonreporting.com          New York

CONFIDENTIAL                                  NET/SDL0004817