# **EXHIBIT 4**

Dockets.Justia.com

# EXHIBIT FILED
# UNDER SEAL