# EXHIBIT 5

| | |
|---|---|
| From: | Robin Zucker |
| Sent: | Friday, September 18, 1998 2:10 AM |
| To: | davidp@netscape.com |
| Cc: | Mike Homer; Wayne Dyer; Lynn Carpenter; David Park; Robin Zucker; Dave Beckwith |
| Subject: | Re: Notes from Meeting w/Modem Media concerning SmartDownload |

All-

I think we should partner with several key advertisers, media rich companies to create a case study on the potential for use of this ad vehicle. I feel strongly that Intel can help us drive this (they have a strong media rich agenda).

The relationship potential with key advertisers combined with the use of some of the more interesting media rich formats would be a good story for us to share with the trades (ad and internet). I think this would be a fantastic opportunity to differentiate Netcenter and our ad products from our competition, while giving advertisers more innovative ways to communicate.

Here are some examples of ads that would work really well in this space...and that advertisers are excited about.

These ads allow the user to do everything from complete a transaction, register and play a game in a banner.

Play golf using with Mr. Jenkins of Tanquery fame
http://www.thethinkingmedia.com/portfolio/index3.html

Banners that allow you to transact, print, play games and interact
http://www.enliven.com/gallery.htm

Through my contacts at Modem I think we can get some feedback (ideally buy in) from John Nardone who heads up their media group and is a key player and thought leader in the industry.

Robin

David Pann wrote:

EXHIBIT Park 10
Date: 10/20/03
Reporter: David A. Kasdan, RMR, CRR

   Mike, Waye, Lynn

   Robin and I had a good meeting with some folks from Modem Media Poppy Tyson. We
   discussed the SmartDownload service/utility and the opportunity for media rich ads.
   Modem has worked closely with a number of thier clients to develop rich ads. They did a
   big campaign last year, in which Intel funded the production of the rich ads for a number of
   thier customers.

   The feedback they gave us was that the SmartDownload utility was very clever and a good
   use of the time. They think it would be a good use of rich ads. They suggested Netscape

**CONFIDENTIAL**   CONFIDENTIAL-Subject

work with Intel to develop a campaign around this utility to showcase 5 to 10 companies. Robin knows the contact folks at Intel and we will meet with them ASAP. The goal of the campaign would be to run for 1 to 2 months, generate the traffic and numbers to produce a white paper. This information would be used to line up other advertisers for this new service.

We also discussed the purpose of the ads. Whether they should be for click-thrus or branding. While the Modem folks realize the value of branding, thier customers see the potential value but have not bought into the internet as a branding source. Modem's customers are still looking for people to come to thier site, register or execute some e-commerce transation. Again collecting data and possible doing a branding study in association with this service might help distill the myth.

Robin and I agree that Modem has the right experience and attitude to help make the SmartDownload ad opportunity successful. They gave us great insight into the various ad servers and how they work and don't work with rich media ads. Don't assume AdForce will work with enliven or other rich media technologies. Robin and I are going to talk to Intel and get back intouch with the folks from Modem.

The Modem folks mentioned that thier creative directors in NY would be great people to brainstorm with about this opportunity. They would also be able to give us more insight into the branding vs. traditional ad models. Mike, I would like to try and setup a meeting with them when we are in NY or sooner if they are come into SF. It would be great to get all the creative folks in one room and see if this branding ad concept can be adopted.

Robin, please add your comments.


david

CONFIDENTIAL

CONFIDENTIAL-Subject
to Court Order - Nos. 00CIV6249,
00CIV4871 & 00CIV6219

SDB 000721

NET/SDL0004547