# EXHIBIT 6

New server.ini spec

```
       Subject: New server.ini spec
   Resent-Date: Mon, 5 Oct 1998 14:01:17 -0700 (PDT)
   Resent-From: augusta-pd@netscape.com
          Date: Mon, 5 Oct 1998 16:46:58 -0400
          From: Jim Knaack <jimk@softwarebuilders.com>
  Organization: SBI
            To: "'augusta-pd@netscape.com'" <augusta-pd@netscape.com>
```

Some changes where made last week  The new format of the server.ini file is included here.

Name: server.ini

Format:

[AdServer]
gif=<url to adforce gif engine.  String includes MISC=XXXXXXXXX where X's are from 0..9 char set.  Not case sensiitive.>
url=<url to adforce click server.  Same as gif>
rate=<number.  This is the number of seconds to refresh the ad.  0 means no ad service.>
defaultgif=<url to default gif to use when rate=0.  If rate is 0 and there is not a defaultgif, the built-in augusta gif is used.>
infobrowser=<yes/no.  The default is yes.  To turn off the infobrowser set this value to  no.>
infotitle=<text of info window.  The default is Netscape SmartDownload InfoBrowser.>
infoheight=<height of the info browser in pixels.  The default is ???>
infowidth=<width of the info browser in pixels.  The default is ???>
install=<yes/no.  Yes means install without asking.  No means ask before installing.>
infourl=<url to refresh the infobrowser with. Default is ????>

The values for the fields: infourl, infobrowser, infotitle, infowidth and infoheight will apply the next time SmartDownload is used.  This is for performance reasons.  The InfoBrowser is launched from local files at the time the download is started and does not wait
to receive the server.ini file.  The parameters that it receives are stored in the registry and used for the next usage.

Two local files are generated as follows:

open.htm : Opens a chromeless InfoBrowser

```html
<html>
<head>
<script language="javascript">
window.open("netcenter.htm","newwindow","toolbar=no,location=no,directories=no,status=no,menubar=no,width=<infowidth>,height=<infoheight>")
history.back();
</script>
</head>
</html>
```

In this script the infowidth and infoheight are taken from the registry from the last server.ini received by the computer.

netcenter.htm: Refreshes to the netcenter content.

```html
<html>
<META HTTP-EQUIV="refresh" CONTENT="1;URL=<infourl>">
<head>
```

EXHIBIT Peil 13
Date: 10/20/03
Reporter: David A. Kasdan, RMR, CRR

1 of 2

CONFIDENTIAL-Subject to Court Order - Nos. 00CIV6249, 00CIV4871 & 00CIV6219

CONFIDENTIAL

SDB 00039?

7/10/00 10:59 AM

NET/SDL0004560

New server.ini spec

```
<title><infotitle></title>
</head>
<body>
<center>
<a href=<infourl>>Welcome! SmartDownload is connecting. Please wait</a>
</body>
</html>
```

In this script the <infourl> and <infotitle> are taken from the registry.

Please note:

All of the references that have question marks, (infowidth, infoheight and infourl), need to have defaults set. We need to have these before we can produce our final build on Thursday.

We also need to know the url to the server.ini file.

Jim

SDB 000393

CONFIDENTIAL-Subject
to Court Order - Nos. 00CIV6249,
00CIV4871 & 00CIV6219

2 of 2                                                                    7/10/00 10:59 AM

CONFIDENTIAL

NET/SDL0004561