ABELSON | HERRON LLP
   Michael Bruce Abelson (State Bar No. 130739)
   Leslie A. Pereira (State Bar No. 180222)
333 South Grand Ave, Suite 650
Los Angeles, California 90071-1559
Telephone: (213) 402-1900
Facsimile: (213) 402-1901
mabelson@abelsonherron.com
lpereira@abelsonherron.com

BERGESON, LLP
   Daniel J. Bergeson (State Bar No. 105439)
   Hway-ling Hsu (State Bar No. 196178)
303 Almaden Boulevard, Suite 500
San Jose, California 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000
dbergeson@be-law.com
hhsu@be-law.com

Attorneys for Plaintiff
NETSCAPE COMMUNICATIONS CORP.
and AMERICA ONLINE, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, et al., <br><br> Defendants. | CASE NO. C-06-00198 JW (PVT) <br><br> **CERTIFICATE OF SERVICE** |

USDC CASE NO. C-06-00198 JW (PVT)            CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I declare as follows:

I am an employee in Santa Clara County, the county in which the service described below occurs. My business address is 303 Almaden Boulevard, Suite 500, San Jose, California 95110. I am over the age of eighteen (18) years and am not a party to the cause for which I am serving the document(s) named below.

On April 17, 2007, I served the within:

**SEALED ENVELOPE – EXHIBITS 1 AND 4 TO SUPPLEMENTAL DECLARATION OF LESLIE A. PEREIRA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO ST. PAUL'S MOTION TO AMEND ADMISSION [Requested pursuant to Court Order of April 16, 2007] SUBMITTED UNDER SEAL – CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

on the parties below by placing a true copy thereof in a sealed envelope and served same as follows:

__X__  BY OVERNIGHT DELIVERY: I caused such envelope to be deposited in the appropriate overnight delivery (DHL) envelope, to the overnight delivery office in San Jose to be delivered by the next business day. I am readily familiar with Bergeson, LLP's practice for collection and processing of correspondence for transmittal by DHL. It is deposited with Federal Express on the same day in the ordinary course of business. FRCP Title II, §5(b)(2)(A)(ii).

__X__  BY HAND DELIVERY BY COURIER: I caused a copy of said documents to be hand delivered to the interested parties at the address set forth below. FRCP Title II, §5(b)(2)(A)(i).

| Jeffrey M. Ratinoff, Esq.<br>Sara M. Thorpe, Esq.<br>Gordon I. Endow, Esq.<br>J. Nelson, Esq.<br>Gordon & Rees LLP<br>275 Battery St., #2000<br>San Francisco, CA  94111<br>Ph:  415.986.5900/Fax:  415.986.8054<br>jratinoff@gordonrees.com<br>sthorpe@gordonreese.com<br>gendow@gordonrees.com<br>BY HAND DELIVERY BY COURIER | Charles E. Spevacek (*Pro Hac Vice*)<br>Meagher & Geer<br>33 S. Sixth St., Suite 4400<br>Minneapolis, MN 55402<br>Ph:  612.338.0661<br>Fax: 612.338.8384<br>cspevacek@meagher.com<br>BY OVERNIGHT DELIVERY |

USDC CASE NO. C-06-00198 JW (PVT)          CERTIFICATE OF SERVICE
                                  2

1  I declare under penalty of perjury that the foregoing is true and correct, and that
2  this declaration was executed on April 17, 2007, at San Jose, California.

                                                  */s/ Gail Simmons*
                                                  Gail Simmons