# EXHIBIT 229



- 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - -x
SPECHT, et al.,                    :
                                   :
        Plaintiffs,                :
                                   :   Civil Action No.
    v.                             :     00-CIV-4871
                                   :     (AKH)(SDNY)
NETSCAPE COMMUNICATIONS,           :
et al.,                            :
                                   :
        Defendants.                :
- - - - - - - - - - - - - - -x
WEINDORF, et al.,                  :
                                   :
        Plaintiffs,                :
                                   :   Civil Action No.
    v.                             :     00-CIV-6219
                                   :     (AKH)(SDNY)
NETSCAPE COMMUNICATIONS,           :
et al.,                            :
                                   :
        Defendants.                :
- - - - - - - - - - - - - - -x
GRUBER, et al.,                    :
                                   :
        Plaintiffs,                :
                                   :   Civil Action No.
    v.                             :     00-CIV-6249
                                   :     (AKH)(SDNY)
NETSCAPE COMMUNICATIONS,           :
et al.,                            :
                                   :
        Defendants.                :
- - - - - - - - - - - - - - -x

            CONFIDENTIAL--SUBJECT TO COURT ORDER

                    Washington, D.C.
                    Monday, October 20, 2003

        The deposition of DAVID Y. PARK, called for
examination by counsel for Plaintiffs in the
above-entitled matter, pursuant to notice, in the

offices of Wilmer, Cutler & Pickering, 2400 N Street, N.W., Conference Room 3NE, Washington, D.C., convened at 9:47 a.m., before David A. Kasdan, RDR-CRR, a notary public in and for the District of Columbia, when were present on behalf of the parties:

APPEARANCES:

On behalf of the Plaintiffs:

> JOSHUA N. RUBIN, ESQ.
> Abbey Gardy, L.L.P.
> 212 East 39th Street
> New York, New York  10016
> (212) 889-3700

On behalf of the Defendants:
> PATRICK J. CAROME, ESQ.
> LOWRY A. CROOK, ESQ.
> Wilmer, Cutler & Pickering
> 2445 M Street, N.W.
> Washington, D.C.  20037-1420
> (202) 663-6000

CONTENTS

EXAMINATION BY COUNSEL FOR

| WITNESS | PLAINTIFFS | DEFENDANTS |
|---|---|---|
| DAVID Y. PARK | | |
| By Mr. Rubin | 5, 196 | |
| By Mr. Carome | | 192 |

EXHIBITS

| NUMBER | MARKED FOR IDENTIFICATION |
|---|---|
| Park No. 1 | 33 |
| Park No. 2 | 44 |
| Park No. 3 | 45 |
| Park No. 4 | 46 |
| Park No. 5 | 46 |
| Park No. 6 (To be attached) | 99 |
| Park No. 7 | 103 |
| Park No. 8 | 117 |
| Park No. 9 | 122 |
| Park No. 10 | 132 |

Hudson Reporting & Video. Inc.
www.hudsonreporting.com
1-800-310-1769                                 New York

CONFIDENTIAL                          VET/SDL0006336

4

E X H I B I T S

| NUMBER | MARKED FOR IDENTIFICATION |
|---|---|
| Park No. 11 | 139 |
| Park No. 12 | 144 |
| Park No. 13 | 149 |
| Park No. 14 | 152 |
| Park No. 15 | 157 |
| Park No. 16 | 162 |
| Park No. 17 | 163 |
| Park No. 18 | 172 |
| Park No. 19 | 179 |
| Park No. 20 | 181 |

1  notary. All objections are preserved except for
2  form.
3          All right. Can you give me your current
4  address, please?
5     A.   My current address is 617 Bainbridge
6  street, B-A-I-N, bridge, all one word, Foster City,
7  California, 94404.
8     Q.   How long have you lived there?
9     A.   Approximately about four years.
10    Q.   Do you have any other residences?
11    A.   No, I don't.
12    Q.   Do you have any real property located
13 within a hundred miles of Manhattan?
14    A.   No, I don't.
15    Q.   Do you do any business in Manhattan?
16    A.   No.
17    Q.   Do you have any of the companies there,
18 incorporated there, registered to do business there?
19    A.   No, I don't.
20    Q.   Do you have any other connection--do you
21 have any connections with Manhattan at all?
22    A.   Other than having a sister who works in
23 Manhattan.
24    Q.   Okay. At some point you came to work for
25 Netscape; right?

Hudson Reporting & Video. Inc.
1-800-310-1769    www.hudsonreporting.com    New York

CONFIDENTIAL    NET/SDL0006341

1    A.   Yes.
2    Q.   When was that?
3    A.   It was two occasions. First was in, I
4    believe, January or February of '97.
5    Q.   Okay.
6    A.   And then I had a second stint in 2001.
7    Q.   Could you summarize for me briefly your
8    educational background before--your educational
9    background?
10   A.   I have a Bachelor's of Science from Cal
11   State Northridge in management information systems,
12   and also an MBA from Anderson School at UCLA.
13   Q.   What years?
14   A.   Bachelor's was in '90--I'm sorry, '88, and
15   the MBA was in '96.
16   Q.   And can you summarize for me your work
17   experience from '88, from the time you graduated
18   from Cal State, through the time you started with
19   Netscape.
20   A.   I worked as a consultant for Stonefield
21   Josephson out of college.
22   Q.   I'm sorry?
23   A.   Stonefield Josephson.
24        For approximately about two years, and
25   joined another firm called Coopers & Lybrand, and I

Hudson Reporting & Video. Inc.
www.hudsonreporting.com
1-800-310-1769                                        New York

CONFIDENTIAL                                    NET/SDL0006342

1   Q.  How many interviews did you have at
2   Netscape before you were hired?
3   A.  I believe I interviewed with four or five
4   individuals.
5   Q.  Do you recall who they were?
6   A.  One person's name was Brian Byun, B-Y-U-N.
7   Second person's name was Doug Sawamura,
8   S-A-W-A-M-U-R-A.  And another person's name was
9   Eckert, E-C-K-E-R-T, Walther, W-A-L-T-H-E-R.  And
10  there was probably a couple of other individuals who
11  I don't remember.
12  Q.  Just for clarity, Eckert was the first
13  name?
14  A.  Eckert was the first name.
15  Q.  And do you know who these people were?
16  A.  I believe they were all in some sort of
17  product management role.  I'm not sure of their
18  exact levels or exact title.
19  Q.  Did you wind up working for or under or
20  reporting to any of these four people?
21  A.  I reported to Deepak Puri.
22  Q.  And what was your position in Netscape when
23  you started?
24  A.  I believe my title was senior product
25  manager.

1  the circumstances under which you came back, and the
2  circumstance under which you left again.
3        So, let's just summarily go through your
4  first stint at Netscape. When did that end?
5    A.  I believe it was around September of '99.
6    Q.  And why did you leave?
7    A.  I went to seek other opportunities outside
8  of Netscape.
9    Q.  And where did you--where did you wind up?
10   A.  I started a startup called Eazel,
11  E-A-Z-E-L.
12   Q.  What kind of company was Eazel?
13   A.  It was a Linux software company.
14   Q.  And what was your position there when you
15  went?
16   A.  My role was director of product management.
17   Q.  For what kind of product?
18   A.  It was for their product called Nautilus
19  software, and also their Web-based services.
20   Q.  What was Nautilus?
21   A.  Nautilus was a utility software that ran on
22  Linux.
23   Q.  What was its utility?
24   A.  Primarily a browser/file manager.
25   Q.  And what Web-based services were you

1  director of?

2  A. At that time, there is the--the major focus
3  was on operating system patches and upgrades.

4  Q. Apart from SmartDownload, between the
5  summer of '98 and September of '99, did you have any
6  other responsibilities or projects at Netscape?

7  A. I was also responsible for coordinating the
8  efforts of developing and launching SmartDownload.

9  Q. Right. In addition to that. I'm sorry, it
10 was very unclear. In addition to SmartDownload,
11 during that time period did you have any other
12 responsibilities at Netscape?

13 A. In addition to managing the download site
14 that I previously mentioned?

15 Q. Of that the Computing and Internet site?

16 A. Yes.

17 Q. Okay. And so--strike that the question.
18    And then how long were you at Eazel?

19 A. I was there approximately about nine
20 months.

21 Q. That would take us to about the summer of
22 2000?

23 A. Yes.

24 Q. Then what did you do?

25 A. Then I became an independent consultant for

1-800-310-1769    Hudson Reporting & Video. Inc.
www.hudsonreporting.com    New York

CONFIDENTIAL    NET/SDL0006356

79

1   Q.  Do you know who was in charge of setting up
2   the logging function for that server?
3   A.  No, I don't.
4   Q.  Who knows?
5   A.  Somebody probably from the engineering
6   organization.
7   Q.  Now, let's look at Park Exhibit 3, which is
8   version 1.2 for the same document.  Did I say--yes,
9   1.2 of the same document.
10      MR. CAROME:  Just for the record, I'm not
11  sure that your characterization is right.  I'm not
12  sure, sitting here, that the pages from 629 to the
13  end of Park 3 are, in fact, part of the same
14  document or part of a later version of the Park 2.
15      MR. RUBIN:  I think--I suspect that your
16  suspicion was correct that they're not part of the
17  same document.
18      THE WITNESS:  Could I take a short restroom
19  break?
20      MR. RUBIN:  Yes, just to close the record,
21  they're as a single document, that's why I had them
22  as a single document.
23      (Brief recess.)
24      BY MR. RUBIN:
25   Q.  If you look at Park Exhibit 3, on the

1-800-310-1769    Hudson Reporting & Video. Inc.    New York
www.hudsonreporting.com

CONFIDENTIAL    NET/SDL0006412

1   second page which is Bates numbered 618 under
2   Section 2. nothing, which is entitled "Objectives,"
3   the last bullet point is "must have an ad solution."
4        Do you see what I'm looking at?
5   A.   Yes.
6   Q.   What does that mean?
7   A.   I believe this refers to displaying a small
8   banner in the SmartDownload client.
9   Q.   Did you have an understanding of why that
10  was necessary, required?
11  A.   I believe it was again a revenue
12  opportunity for Netscape to do some advertising.
13  Q.   If you would look back at Park Exhibit 2,
14  the same section, Section 2, Objectives, you will
15  see that there is no such bullet point there. The
16  other bullet points are the same, approximately,
17  give or take, the shipping date is a little bit
18  different, but everything else is the same except it
19  doesn't say anything about an ad solution.
20       Do you see what I'm looking at?
21  A.   Yes.
22  Q.   Do you know why there was--why that was
23  added between version 1.1 and 1.2 of this document?
24  A.   I do not know. This was a working doc, an
25  SDI, and I didn't author it.

Hudson Reporting & Video. Inc.
1-800-310-1769   www.hudsonreporting.com   New York

**CONFIDENTIAL**   NET/SDL0006413

1  Software Builders, and with probably Robin Zucker.
2      Q.  When did those discussions begin?
3      A.  I believe again during the summer of '98.
4      Q.  And did those discussions concern how ads
5  would be targeted?
6      A.  I believe we did have that discussion.
7      Q.  And what did you discuss about how ads
8  would be targeted?
9      A.  I believe some discussions were about
10 understanding the URL of the users they were
11 downloading at that moment, and using the info
12 browser to show relevant content to that file being
13 downloaded, which would have some advertising on the
14 content.
15     Q.  Was that ever done?
16     A.  No, that was never done.
17     Q.  Why not?
18     A.  It basically lost its focus, lack of
19 resources to maintain the initiative to have
20 targeted advertising.
21     Q.  Why?  Why did it lose its focus?
22     A.  Lack of resources.
23     Q.  Were there resources that had been
24 allocated to this project that were subsequently
25 withdrawn?

Hudson Reporting & Video. Inc.
1-800-310-1769         www.hudsonreporting.com         New York

**CONFIDENTIAL**                      NET/SDL0006419

1    (Witness reviews document.)
2        THE WITNESS: I'm not a hundred percent
3    sure what David Pann meant by this sentence.
4        BY MR. RUBIN:
5        Q.  Do you have any idea?  And by the way,
6    it's--well, do you have any idea?
7        A.  I believe that this was probably collecting
8    some type of survey data and doing a study which is
9    common in the advertising business.
10       Q.  In the next paragraph, I'm going to read
11   the first two sentences, "Robin and I agree that
12   Modem has the right experience and attitude to help
13   make the SmartDownload ad opportunity successful.
14   They gave us great insight into the various ad
15   servers and how they work and don't work with rich
16   media ads."
17           Do you see where I'm looking at?
18       A.  Yes.
19       Q.  Now, when SmartDownload was launched, the
20   ad server it used was a company called AdForce;
21   right?
22       A.  I believe so.
23       Q.  And what exactly did AdForce do?
24           MR. CAROME: Objection. Lack of
25   foundation.

-137

1   THE WITNESS: To my best recollection, they
2   were responsible for serving the actual ad itself.
3      BY MR. RUBIN:
4      Q.  And when you say they were responsible for
5   serving the ad, they would send the ad to the
6   InfoBrowser window?
7      A.  I'm not sure if the InfoBrowser itself used
8   ads from AdForce, but I believe in the SmartDownload
9   client they would send some information that would
10  be displayed in SmartDownload as an ad.
11     Q.  Now, when a user was using SmartDownload,
12  how did the ad server, AdForce, for example, know to
13  send information to SmartDownload on that particular
14  user's computer?
15     A.  I believe there was probably a request made
16  from the client to the ad server, requesting a new
17  ad.
18     Q.  And how did the client know to ask the
19  AdForce server for a new ad?
20     A.  I believe somewhere in the client we had
21  put in the refresh rate of how many seconds it
22  should take to ask for a new ad.
23     Q.  It's correct, isn't it, that the client was
24  set up so that Netscape could tell the client what
25  server to get an ad from?

1-800-310-1769   Hudson Reporting & Video. Inc.   New York
www.hudsonreporting.com

**CONFIDENTIAL**   NET/SDL0006470

```
 1   profiling feature to be turned on and off.
 2              Do you recall that testimony?
 3       A.   Yes.
 4       Q.   Was there any other follow-up that you
 5   recall that related to that same subject?
 6       A.   I believe there was some discussion about
 7   treating, some website copied--described what we
 8   referred to as SmartDownload profiling.  I believe
 9   that was--we decided to put that in the FAQ.
10       Q.   To the best of your knowledge, did that, in
11   fact, happen?
12       A.   Yes.
13       Q.   To the best of your knowledge, did Netscape
14   ever make any use whatsoever at any time of the URL
15   information regarding the file that user downloaded
16   that the SmartDownload client transmitted to
17   Netscape?
18       A.   To the best of my knowledge, we never used
19   that information.
20       Q.   To the best of your knowledge, did Netscape
21   ever share that information with anyone at all?
22       A.   To the best of my knowledge, no.
23       Q.   To the best of your knowledge, did anyone
24   within Netscape ever even do so much as to look at
25   that information or know what that information was?
```

1    A. - To the best of my knowledge, I don't think
2  anyone did.
3    Q.  Mr. Park, I'm showing you again a document
4  that was marked earlier as Park Exhibit 18, and I'm
5  directing your attention in particular to page SDB
6  679, and in particular to the third box or row from
7  the bottom that talks about the support distribution
8  underline ID tag which you testified about earlier.
9       Do you see where I'm referring to?
10   A.  Yes.
11   Q.  Mr. Rubin asked a question about whether or
12 not that was a field inputting a serial number or
13 some such data.
14       Do you recall that?
15   A.  Yes.
16   Q.  Does the fact that there was a reference to
17 an alphanumeric character field, in your mind, at
18 all suggest that what was called for was something
19 in the nature of a serial number as opposed to a
20 much more simple and straightforward type of
21 content?
22       MR. RUBIN:  Objection to the form.
23       THE WITNESS:  I think it was going to be
24 something simpler like the vendor name in this case.
25 Nothing that would be cryptic.

1-800-310-1769    Hudson Reporting & Video. Inc.
www.hudsonreporting.com    New York

CONFIDENTIAL    NET/SDL0006527

-197

1  one it would belong to.

2          BY MR. RUBIN:

3     Q.  Okay.  Let me ask you this way:  Were there
4  some SBI participants in one or the other of those
5  lists?

6     A.  I believe, yes.

7     Q.  What makes you think so?

8     A.  I do recall it's got to be part of one of
9  those lists.

10    Q.  Do you recall who was on one of those
11 lists, which SBI people?

12    A.  One person I remember being on the list was
13 Phil Hill.

14    Q.  Anybody else from SBI?

15    A.  I don't specifically recall which
16 individuals.

17    Q.  Now, Mr. Carome asked you a couple of
18 questions about whether Netscape at any time made
19 any use of URL information, and you testified to the
20 best of your knowledge that Netscape never used that
21 information; is that correct?

22    A.  Yes.

23    Q.  Would you have known if Netscape had used
24 that information?

25    A.  I probably would have.

Hudson Reporting & Video. Inc.
1-800-310-1769          www.hudsonreporting.com          New York

**CONFIDENTIAL**

NET/SDL0006529

198

1  Q. How?
2  A. I would have assumed that someone would
3  have come to me to ask me more details.
4  Q. Details about what?
5  A. About the SmartDownload program.
6  Q. Why do you make that assumption?
7  A. It was sort of in the normal course if you
8  were the prog manager.
9  Q. Did any engineers ever come to you about
10 how to set up Netscape's web servers in connection
11 with SmartDownload data?
12 A. No.
13 Q. I think that you also testified that, to
14 the best of your knowledge, Netscape never shared
15 that information with anyone; is that right?
16 A. Yes.
17 Q. Would you know if Netscape had shared that
18 information?
19 A. I would say I would have known, yes.
20 Q. How would you have known?
21 A. Again, I again would have been the person
22 that people would have come to, to compile
23 information.
24 Q. What do you mean to compile?
25 A. Can you rephrase that, the question before

1-800-310-1769    Hudson Reporting & Video. Inc.
www.hudsonreporting.com    New York

**CONFIDENTIAL**    NET/SDL0006530