UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION,<br><br>          Plaintiff,<br><br>  v.<br><br>FEDERAL INSURANCE COMPANY, et al.,<br><br>          Defendants. | Case No.: C 06-0198 JW (PVT)<br><br>**ORDER RE SEALING EXHIBITS 1 AND 4 TO SUPPLEMENTAL DECLARATION OF LESLIE A. PEREIRA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO ST. PAUL'S MOTION TO AMEND ADMISSION** |

On April 17, 2007, Plaintiff submitted to the court a sealed envelope containing Exhibits 1 and 4 to Supplemental Declaration of Leslie A. Pereira in Support of Plaintiff's Opposition to St. Paul's Motion to Amend Admission.[1] Plaintiff failed to file any request to file the documents under seal, as required by Civil Local Rule 79-5. However, it is apparent from Ms. Pereira's declaration that Plaintiff wishes to have the documents filed under seal.[2] Based on the Ms. Pereira's declaration and the file herein,

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[2] While the court will treat this portion of Ms. Pereira's declaration as a request to seal at this time, Plaintiff is cautioned that any future failure to comply with Local Rule 79-5 may well result in a document being returned unfiled.

ORDER, *page 1*

1  IT IS HEREBY ORDERED that, based on District Judge's Ware's prior order sealing these
2  same documents, the clerk of the court shall file under seal Exhibits 1 and 4 to Supplemental
3  Declaration of Leslie A. Pereira in Support of Plaintiff's Opposition to St. Paul's Motion to Amend
4  Admission.

5  Dated: *4/19/07*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge