IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Netscape Communications Corporation, et al., | NO. C 06-00198 JW |
| Plaintiffs, | **ORDER CONTINUING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| Federal Insurance Company, et al., | |
| Defendants. | |

Upon review of the briefing filed to date, the Court has determined that it needs to specially set a hearing on the parties' cross-motions for summary judgment to allow sufficient time for oral arguments. Accordingly, the Court continues the hearing on the motions presently scheduled for April 30, 2007 to **May 7, 2007 at 9 a.m.** The parties shall each have twenty (20) minutes to make their oral arguments.

Dated: April 25, 2007

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Daniel J. Bergeson dbergeson@be-law.com
David Christopher Kerby ckerby@gordonrees.com
3 Hway-Ling Hsu hhsu@be-law.com
Leslie Ann Pereira lpereira@abelsonherron.com
4 Marc G. van Niekerk mvanniekerk@be-law.com
Michael Bruce Abelson mabelson@abelsonherron.com
5 Sara M. Thorpe sthorpe@gordonrees.com

6

**Dated:  April 25, 2007**                               **Richard W. Wieking, Clerk**
7

8                                                                        **By:   /s/ JW Chambers**
                                                                                **Elizabeth Garcia**
9                                                                                **Courtroom Deputy**

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28