ABELSON | HERRON LLP
   Michael Bruce Abelson (State Bar No. 130739)
   Leslie A. Pereira (State Bar No. 180222)
333 South Grand Ave, Suite 1550
Los Angeles, California 90071-1559
Telephone: (213) 402-1900
Facsimile: (213) 402-1901

BERGESON, LLP
   Daniel J. Bergeson (State Bar No. 105439)
   Marc Van Niekerk (State Bar No. 201329)
303 Almaden Boulevard, Suite 500
San Jose, California 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiffs
NETSCAPE COMMUNICATIONS
CORPORATION and AMERICA ONLINE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, et al., <br><br> Defendants | CASE NO. 5:06-CV-00198 JW (PVT) <br><br> **STIPULATION RE: HEARING DATE FOR PARTIES' CROSS MOTIONS FOR PARTIAL SUMMARY JUDGMENT RE: DUTY TO DEFEND; [PROPOSED] ORDER** <br><br> Judge: Hon. James Ware <br> Dept.: Courtroom 8 <br><br> Complaint filed December 12, 2005 |

Abelson | Herron

USDS CASE NO. C-06-00198 JW (PVT)

STIPULATION RE: HEARING DATE FOR PARTIES' CROSS MOTIONS FOR PARTIAL SUMMARY JUDGMENT RE: DUTY TO DEFEND; [PROPOSED] ORDER

1  Plaintiffs America Online, Inc. and Netscape Communications Corporation (collectively,
2  "Plaintiffs") and Defendant St. Paul Mercury Insurance Company ("Defendant"), by and through
3  their respective undersigned counsel, are hereby agreed and stipulate as follows:
4  WHEREAS, the parties' Cross Motions for Partial Summary Judgment Re: Duty to
5  Defend were previously set for hearing on April 30, 2007 (the "Hearing");
6  WHEREAS, on April 25, 2007, the Court entered an order continuing the Hearing to
7  May 7, 2007;
8  WHEREAS, counsel for Plaintiffs is unavailable on May 7, 2007; and
9  WHEREAS, counsel for all parties have met and conferred and determined that they are
10  all available for the Hearing on **June 7, 2007 at 9:00 a.m.**, and respectfully request that the
11  Court continue the Hearing to that date and time.

Dated: April 30, 2007

ABELSON | HERRON, LLP
Michael Bruce Abelson
Leslie A. Pereira

By _____
Attorneys for Plaintiffs
Netscape Communications Corporation and
America Online, Inc.

Dated: April 30, 2007

GORDON & REES LLP
Sara R. Thorpe
D. Christopher Kerby

By _____
Attorneys for Defendant St. Paul Mercury
Insurance Company

Dated: April 30, 2007

MEAGHER & GEER LLP
Charles E. Spevacek / by
D. Christopher Kerby

By _____
Attorneys for Defendant St. Paul Mercury
Insurance Company

USDS CASE NO C-06-00198 JW (PVT)   1   STIPULATION RE: HEARING DATE FOR PARTIES' CROSS MOTIONS FOR PARTIAL SUMMARY JUDGMENT RE: DUTY TO DEFEND; [PROPOSED] ORDER

Abelson | Herron LLP

## **ORDER**

This Court having considered the parties' stipulation as set forth above, and good cause appearing, the Court orders as follows:

1. The hearing on the parties' Cross Motions for Partial Summary Judgment Re: Duty to Defend is continued from May 7, 2007 at 9:00 a.m. to June 7, 2007 at 9:00 a.m.

IT IS SO ORDERED

Dated: _____

_____
JAMES WARE
United States District Judge

USDS CASE NO C-06-00198 JW (PVT)    2    STIPULATION RE: HEARING DATE FOR PARTIES' CROSS MOTIONS FOR PARTIAL SUMMARY JUDGMENT RE: DUTY TO DEFEND; [PROPOSED] ORDER

Abelson|Herron ᴸᴸᴾ