# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

## CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 6/7/2007 | **Court Reporter:** Irene Rodriguez |
| **Case No:** C-06-00198 JW | **Interpreter:** N/A |

## TITLE

**Netscape Communications v. Federal Insurance Company et al**

**Attorney(s) for Plaintiff(s)**: Leslie Pereira, Michael B. Abelson
**Attorney(s) for Defendant(s)**: Sara Thorpe (St. Paul), Charles E. Spevacek, Aaron Lotto

## PROCEEDINGS

**Cross-Motions for Summary Judgment re Duty to Defend**

## ORDER AFTER HEARING

Hearing Held. Counsel present for proceedings. The Court took this matter under submission after oral arguments. The Court to issue further order on Cross-Motions for Summary Judgment.

_____/ecg/_____
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: