SARA M. THORPE (SBN 146529)
sthorpe@gordonrees.com
D. CHRISTOPHER KERBY (SBN 124546)
ckerby@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
ST. PAUL MERCURY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT COURT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, a Delaware corporation; and AMERICAN ONLINE, INC., a Delaware corporation,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation; et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 5:06-CV-00198 JW (PVT)<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE ADDITIONAL AUTHORITY [L.R. 7-3(d)]**<br><br>The Hon. James Ware<br>Dept. 5 |

The Court grants St. Paul Mercury Insurance Company's motion for leave to file *St. Paul Fire and Marine Ins. Co. v. Brother International Corp.* 2007 WL25711960 (D.N.J.), Civil No. 06-2759 (FLW), entered August 31, 2007, as an additional authority relating to the cross-motions for summary judgment currently pending before the Court.

IT IS SO ORDERED.

Dated: _____    _____
　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　United States District Judge