IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Netscape Communications Corporation, et al., | NO. C 06-00198 JW |
| Plaintiffs,<br>v.<br>Federal Insurance Company, et al.,<br>Defendants. | **ORDER GRANTING ST. PAUL LEAVE TO FILE ADDITIONAL AUTHORITY; DENYING PLAINTIFFS' MOTION TO STRIKE** |

Before the Court is Defendant St. Paul Mercury Insurance Company ("St. Paul") motion for leave to file additional authority relating to pending cross-motions for summary judgment pursuant to Civil Local Rule 7-3(d). (See Docket Item No. 148.) Plaintiffs move to strike the additional authority. (See Docket Item No. 147.)

For good cause, the Court GRANTS St. Paul's motion for leave to file St. Paul Fire and Marine Ins. Co. v. Brother International Corp., 2007 WL 25711960 (D.N.J. 2007) as additional authority. Accordingly, the Court DENIES Plaintiff's motion to strike St. Paul's additional authority.

Dated:  September 21, 2007

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1. **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Daniel J. Bergeson dbergeson@be-law.com
David Christopher Kerby ckerby@gordonrees.com
Hway-Ling Hsu hhsu@be-law.com
Leslie Ann Pereira lpereira@abelsonherron.com
Marc George VanNiekerk mvanniekerk@be-law.com
Michael Bruce Abelson mabelson@abelsonherron.com
Sara Mary Thorpe sthorpe@gordonrees.com

**Dated: September 21, 2007**          **Richard W. Wieking, Clerk**

                              **By:   /s/ JW Chambers**
                              **Elizabeth Garcia**
                              **Courtroom Deputy**