SARA M. THORPE (SBN 146529)
sthorpe@gordonrees.com
D. CHRISTOPHER KERBY (SBN 124546)
ckerby@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT COURT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, a Delaware corporation; and AMERICAN ONLINE, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation; et al.,<br><br>Defendants. | CASE NO. 5:06-CV-00198 JW (PVT)<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE RECENT DECISION [L.R. 7-3(d)]**<br><br>The Hon. James Ware<br>Dept. 5 |

The Court grants St. Paul Mercury Insurance Company's ("St. Paul") motion for leave to file the Third Circuit Court of Appeal's recent decision affirming *Melrose Hotel Co. v. St. Paul Fire and Marine Ins. Co.*, 432 F.Supp.2d 488 (E.D. Pa. 2006), cited in support of St. Paul's cross-motion for summary judgment currently pending before the Court.

IT IS SO ORDERED.

Dated: _____   _____
                                 JAMES WARE
                                 United States District Judge