SARA M. THORPE (SBN 146529)
sthorpe@gordonrees.com
D. CHRISTOPHER KERBY (SBN 124546)
ckerby@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
ST. PAUL MERCURY INSURANCE COMPANY

**DENIED**
*/s/ James Ware*
Judge James Ware

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT COURT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, a Delaware corporation; and AMERICAN ONLINE, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation; et al.,<br><br>Defendants. | CASE NO. 5:06-CV-00198 JW (PVT)<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE RECENT DECISION AS MOOT**<br><br>The Hon. James Ware<br>Dept. 5 |

On September 27, 2007, St. Paul filed its second motion for leave to file statement of recent decision. (See Docket Item No. 153.) On October 10, 2007, the Court issued its Order Denying Plaintiffs' Motion for Partial Summary Judgment; Granting St. Paul's Motion for Partial Summary Judgment re: Duty to Defend. (See Docket Item No. 155.) In light of the Court's Summary Judgment Order, St. Paul's second motion for leave to file statement of recent decision is DENIED as moot.

Dated: October 12, 2007

_____
JAMES WARE
United States District Judge

TRAV/1036622/5127155v.1

1

[PROPOSED] ORDER GRANTING LEAVE TO FILE RECENT DECISION
CASE NO. 5:06-CV-00198 JW (PVT)

Dockets.Justia.com