ABELSON | HERRON LLP
  Michael Bruce Abelson (State Bar No. 130739)
  Leslie A. Pereira (State Bar No. 180222)
333 South Grand Ave, Suite 650
Los Angeles, California 90071-1559
Telephone: (213) 402-1900
Facsimile: (213) 402-1901
mabelson@abelsonherron.com
lpereira@abelsonherron.com

BERGESON, LLP
  Daniel J. Bergeson (State Bar No. 105439)
  Hway-ling Hsu (State Bar No. 196178)
303 Almaden Boulevard, Suite 500
San Jose, California 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000
dbergeson@be-law.com
hhsu@be-law.com

Attorneys for Plaintiff
NETSCAPE COMMUNICATIONS CORP.
and AMERICA ONLINE, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, et al.,<br><br>Defendants. | CASE NO. C-06-00198 JW (PVT)<br><br>**WITHDRAWAL OF MARC G. VAN NIEKERK AS COUNSEL OF RECORD** |

1  Netscape Communications Corporation and America Online, Inc. are represented by:

2  BERGESON, LLP
Daniel J. Bergeson, Esq.
3  Hway-ling Hsu, Esq.
Telephone: 408-291-6200
4  Facsimile:  408-297-6000.

5  Marc G. van Niekerk, one of the counsel of record for Netscape Communications Corporation and America Online, Inc., as listed in the Court's database, is no longer employed by Bergeson, LLP. Bergeson, LLP therefore respectfully submits this Withdrawal of Marc G. van Niekerk as Counsel of Record for Netscape Communications Corporation and America Online, Inc. and requests that he is removed from the Court's database as said counsel in this action. Daniel J. Bergeson and Hway-ling Hsu of Bergeson, LLP, shall remain as counsel for Netscape Communications Corporation and America Online, Inc. in this action.

Dated: October 17, 2007         BERGESON, LLP

By: _____
      Hway-ling Hsu