1

ABELSON | HERRON LLP
    Michael Bruce Abelson (State Bar No. 130739)

2

    Leslie A. Pereira (State Bar No. 180222)
333 South Grand Ave, Suite 650

3

Los Angeles, California 90071-1559
Telephone: (213) 402-1900

4

Facsimile: (213) 402-1901
mabelson@abelsonherron.com

5

lpereira@abelsonherron.com

6

BERGESON, LLP
    Daniel J. Bergeson (State Bar No. 105439)

7

    Hway-ling Hsu (State Bar No. 196178)
303 Almaden Boulevard, Suite 500

8

San Jose, California 95110-2712
Telephone: (408) 291-6200

9

Facsimile: (408) 297-6000
dbergeson@be-law.com

10

hhsu@be-law.com

11

Attorneys for Plaintiff
NETSCAPE COMMUNICATIONS CORP.

12

and AMERICA ONLINE, INC.

13

**UNITED STATES DISTRICT COURT**

14

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

15

16

NETSCAPE COMMUNICATIONS
CORPORATION, et al.,

CASE NO. C-06-00198 JW (PVT)

17

             Plaintiffs,

**[PROPOSED] ORDER RE:
WITHDRAWAL OF MARC G. VAN
NIEKERK AS COUNSEL OF RECORD**

18

19

    v.

20

FEDERAL INSURANCE COMPANY, et al.,

21

             Defendants.

22

23

24

25

26

27

28

---

[PROPOSED] ORDER RE: WITHDRAWAL OF MARC G. VAN NIEKERK AS COUNSEL OF RECORD
CASE NO. C-06-00198 JW (PVT)

1        Having considered the Withdrawal of Marc G. van Niekerk as Counsel of Record in the

2   above-entitled action, and GOOD CAUSE HAVING BEEN SHOWN THEREFOR,

3        IT IS HEREBY ORDERED that Marc G. van Niekerk be removed as counsel of record for

4   Netscape Communications Corp. and America Online, Inc. and that Daniel J. Bergeson and Hway-

5   ling Hsu of Bergeson, LLP shall remain as counsel of record for Netscape Communications Corp.

6   and America Online, Inc.

7

8   Dated: _____          _____

9                                          Honorable James Ware
                                           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE:  WITHDRAWAL OF MARC G. VAN NIEKERK AS COUNSEL OF RECORD
C-07-01942-MHP