ABELSON | HERRON LLP
   Michael Bruce Abelson (State Bar No. 130739)
   Leslie A. Pereira (State Bar No. 180222)
333 South Grand Ave, Suite 650
Los Angeles, California 90071-1559
Telephone: (213) 402-1900
Facsimile: (213) 402-1901
mabelson@abelsonherron.com
lpereira@abelsonherron.com

BERGESON, LLP
   Daniel J. Bergeson (State Bar No. 105439)
   Hway-ling Hsu (State Bar No. 196178)
303 Almaden Boulevard, Suite 500
San Jose, California 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000
dbergeson@be-law.com
hhsu@be-law.com

Attorneys for Plaintiff
NETSCAPE COMMUNICATIONS CORP.
and AMERICA ONLINE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, et al.,<br><br>    Defendants. | CASE NO. C-06-00198 JW (PVT)<br><br>[~~PROPOSED~~] ORDER RE: WITHDRAWAL OF MARC G. VAN NIEKERK AS COUNSEL OF RECORD |

1   Having considered the Withdrawal of Marc G. van Niekerk as Counsel of Record in the
2   above-entitled action, and GOOD CAUSE HAVING BEEN SHOWN THEREFOR,
3   IT IS HEREBY ORDERED that Marc G. van Niekerk be removed as counsel of record for
4   Netscape Communications Corp. and America Online, Inc. and that Daniel J. Bergeson and Hway-
5   ling Hsu of Bergeson, LLP shall remain as counsel of record for Netscape Communications Corp.
6   and America Online, Inc.

Dated: October 19, 2007

*James Ware* (signature)

Honorable James Ware
United States District Judge

- 1 -
[PROPOSED] ORDER RE: WITHDRAWAL OF MARC G. VAN NIEKERK AS COUNSEL OF RECORD
C-07-01942-MHP