IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Netscape Communications Corporation, et al., | NO. C 06-00198 JW |
| Plaintiffs,<br>v.<br>Federal Insurance Company, et al.,<br>Defendants. | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE; REFERRING THE CASE TO THE ASSIGNED MAGISTRATE FOR A SETTLEMENT CONFERENCE** |

On October 29, 2007, the Court conducted a case management conference. Counsel for the respective parties were present. The Court sets a hearing on the parties' putative cross-motions for summary judgment on Plaintiffs' remaining claim for unfair competition on **January 14, 2008 at 9:00 AM.**

In addition, the Court refers the parties to Magistrate Judge Patricia Trumbull for a settlement conference. The parties shall contact Judge Trumbull Chambers' within ten days of the date of this Order to schedule the conference.

Dated: October 30, 2007

　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Daniel J. Bergeson dbergeson@be-law.com
David Christopher Kerby ckerby@gordonrees.com
3  Hway-Ling Hsu hhsu@be-law.com
Leslie Ann Pereira lpereira@abelsonherron.com
4  Michael Bruce Abelson mabelson@abelsonherron.com
Sara Mary Thorpe sthorpe@gordonrees.com

**Dated:  October 30, 2007**                                          **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
        **Elizabeth Garcia**
        **Courtroom Deputy**