ABELSON | HERRON LLP
  Michael Bruce Abelson (State Bar No. 130739)
  Leslie A. Pereira (State Bar No. 180222)
333 South Grand Ave, Suite 1550
Los Angeles, California 90071-1559
Telephone: (213) 402-1900
Facsimile: (213) 402-1901

BERGESON, LLP
  Hway-ling Hsu (State Bar No. 196178)
303 Almaden Boulevard, Suite 500
San Jose, California 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiffs
NETSCAPE COMMUNICATIONS
CORPORATION and AMERICA ONLINE, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, et al., <br><br> Plaintiffs, <br><br> v <br><br> FEDERAL INSURANCE COMPANY, et al., <br><br> Defendants | CASE NO. C-06-00198 JW (PVT) <br><br> [PROPOSED] ORDER AND STIPULATION RE: DISMISSAL WITH PREJUDICE OF PLAINTIFFS' SEVENTH CAUSE OF ACTION FOR UNFAIR BUSINESS PRACTICES AND WAIVER OF COSTS <br><br> Judge: Hon. James Ware <br> Dept.: Courtroom 8 <br><br> Complaint filed December 12, 2005 |

---

USDS CASE NO. C-06-00198 JW (PVT)     [PROPOSED] ORDER AND STIPULATION RE: DISMISSAL WITH PREJUDICE OF PLAINTIFFS' SEVENTH CAUSE OF ACTION FOR UNFAIR BUSINESS PRACTICES AND WAIVER OF COSTS

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs America Online, Inc. and Netscape Communications Corporation (collectively, "Plaintiffs") and Defendant St. Paul Mercury Insurance Company, by and through their respective undersigned counsel stipulate as follows:

1. The seventh cause of action for unfair business practices in Plaintiffs' First Amended Complaint shall be dismissed with prejudice.

2. St. Paul waives any right it may have to an award of costs for prevailing in this case.[1]

Dated: November 28, 2007

ABELSON | HERRON, LLP
Michael Bruce Abelson
Leslie A. Pereira

By _____
Leslie A. Pereira
Attorneys for Plaintiffs
Netscape Communications Corporation and
America Online, Inc.

Dated: November 28, 2007

GORDON & REES
Sara M. Thorpe

By _____
Sara M. Thorpe
Attorneys for Defendant St. Paul Mercury
Insurance Company

**ORDER**

IT IS SO ORDERED

Dated: December 5, 2007

_____
James Ware
United States District Judge

---

[1] St. Paul does not waive any right it may have to an award of costs on appeal.

USDS CASE NO. C-06-00198 JW (PVT)    1    [PROPOSED] ORDER AND STIPULATION RE: DISMISSAL WITH PREJUDICE OF PLAINTIFFS' SEVENTH CAUSE OF ACTION FOR UNFAIR BUSINESS PRACTICES AND WAIVER OF COSTS