ABELSON | HERRON LLP
    Michael Bruce Abelson (State Bar No 130739)
    Leslie A. Pereira (State Bar No. 180222)
333 South Grand Ave, Suite 1550
Los Angeles, California 90071-1559
Telephone: (213) 402-1900
Facsimile: (213) 402-1901

BERGESON, LLP
    Hway-ling Hsu (State Bar No. 196178)
303 Almaden Boulevard, Suite 500
San Jose, California 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiffs
NETSCAPE COMMUNICATIONS
CORPORATION and AMERICA ONLINE, INC.

**GRANTED**

*James Ware*

Judge James Ware

12/20/2007

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, et al., <br><br> Defendants. | CASE NO C-06-00198 JW (PVT) <br><br> **JUDGMENT** <br><br> Judge: Hon. James Ware <br> Dept.: Courtroom 8 <br><br> Complaint filed December 12, 2005 |

Abelson | Herron LLP

On October 10, 2007, the Court entered an order denying Plaintiffs' Motion for Partial Summary Judgment; Granting St. Paul's Motion for Partial Summary Judgment Re: Duty to Defend. As set forth there, the Court dismissed the First Amended Complaint's (FAC's) second cause of action for breach of contract against St. Paul. The Court also *sua sponte* dismissed the FAC's fifth cause of action for breach of the covenant of good faith and fair dealing against St. Paul.

On December 5, 2007, the Court entered an order dismissing, with prejudice, the FAC's remaining claim against St. Paul – the seventh cause of action for unfair business practices.

IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiffs Netscape Communications Corporation and America Online, Inc. take nothing, and that the action be dismissed on the merits.

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that the parties shall bear their own costs. All pending deadlines and motions before the Court are terminated. The Clerk shall close the file.

Dated: _____ December 20, 2007 _____ _____

James Ware

United States District Judge