**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9              SAN JOSE DIVISION

10   Netscape Communications Corporation et al,      NO. C 06-00198 JW

11              Plaintiff(s),                        **ORDER SETTING CASE MANAGEMENT**
        v.                                           **CONFERENCE IN LIGHT OF NINTH**
12                                                   **CIRCUIT REMAND**
     Federal Insurance Company et al,
13
               Defendant(s).
14   _____/

15          In light of the Ninth Circuit Court of Appeals' remand, the Court sets a Case

16   Management Conference for **October 5, 2009 at 10:00 AM** (30 days from date of remand).  On or

17   before **September 26, 2009** (10 days from conference), the parties shall file a Joint Case

18   Management Statement.  The Statement shall include, among other things, the parties' position with

19   respect to the next stage of the litigation in light of the remand, and a proposed schedule to advance

20   the case.

21

22   Dated:  September 2, 2009

23                                                   JAMES WARE
                                                     United States District Judge
24

25

26

27

28

**United States District Court**

For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Daniel J. Bergeson dbergeson@be-law.com
David Christopher Kerby ckerby@gordonrees.com
Hway-Ling Hsu hhsu@be-law.com
Leslie Ann Pereira lpereira@abelsonherron.com
Michael Bruce Abelson mabelson@abelsonherron.com
Sara Mary Thorpe sthorpe@gordonrees.com


**Dated:  September 2, 2009**                    **Richard W. Wieking, Clerk**


**By:    /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**