IT IS SO ORDERED

*James Ware*

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT COURT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, a Delaware corporation; and AMERICAN ONLINE, INC., a Delaware corporation, <br><br> Plaintiffs, <br> vs. <br><br> FEDERAL INSURANCE COMPANY, an Indiana corporation; et al., <br><br> Defendants. | CASE NO. 5:06-CV-00198 JW (PVT) <br><br> **ORDER VACATING CASE MANAGEMENT CONFERENCE; ADMINISTRATIVELY CLOSING CASE** |

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

       This case is set for a Case Management Conference on October 5, 2009 at

10:00 a.m.  However, the United States Court of Appeals for the Ninth Circuit has not

yet issued a mandate and still has jurisdiction over this matter.  On August 27, 2009, the

Court of Appeal issued a Memorandum Order and Disposition but not a mandate.  As

reflected by Docket Entry No. 178 (Order of USCA), Defendant and Appellant St. Paul

Mercury Insurance Company filed a Petition for Panel and En Banc Rehearing on

September 10, 2009 which petition is still under review.  A mandate will not issue until

after that petition has been determined by the Court of Appeal.  (See Fed. R. App. P.

41(b) and (d)(1).)

TRAV/1036622/7050504v.1

1

JOINT STATEMENT RE STATUS OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT COURT                                                              **CASE NO. 5:06-CV-00198 JW (PVT)**

1    The parties respectfully submit that the August 28 and September 18, 2009

2 letters of the Clerk stating the mandate has been filed by the Ninth Circuit are incorrect

3 and this Court does not currently have jurisdiction.  The parties therefore request that

4 the above-referenced Case Management Conference be taken off-calendar.

5                                            Respectfully submitted,

6 Dated:  September ___, 2009          GORDON & REES LLP

7

8                                       By:  _/s/_____

9                                            SARA M. THORPE
                                             LESLIE K. CRARY
10                                           Attorneys for Defendant ST. PAUL MERCURY
                                             INSURANCE COMPANY

11

12 Dated:   September     , 2009

13                                      ABELSON HERRON LLP

14                                      By:  /s/_____

15                                           MICHAEL BRUCE ABELSON
                                             LESLIE A. PEREIRA
16                                      Attorneys for Plaintiffs NETSCAPE
                                        COMMMUNICATIONS CORPORATION,
17                                      AMERICA ONLINE, INC.

18 *** ORDER ***

19

20    In light of the parties' representation, the Court finds good cause to VACATE the October

21 5, 2009 Case Management Conference.  The Court further orders the Clerk of Court to

22 administratively close this case.  Within ten (10) days from the date of a final mandate, any

23 party may move the Court to reopen the case and to set a Status Conference.

24

25 Dated:  October 1, 2009          _____

26                                  JAMES WARE
                                    United States District Judge

27

28

JOINT STATEMENT RE STATUS OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE NINTH
CIRCUIT COURT                                        CASE NO. 5:06-CV-00198 JW (PVT)

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111