```
 1  LESLIE K. CRARY (SBN 148260)
    lcrary@gordonrees.com
 2  GORDON & REES LLP
    Embarcadero Center West
 3  275 Battery Street, Suite 2000
    San Francisco, CA 94111
 4  Telephone: (415) 986-5900
    Facsimile: (415) 986-8054
 5
    Attorneys for Defendant
 6  ST. PAUL MERCURY INSURANCE COMPANY
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT COURT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, a Delaware corporation; and AMERICA ONLINE, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation; et al.,<br><br>Defendants. | CASE NO. 5:06-CV-00198 JW (PVT)<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>The Hon. James Ware<br>Dept. 5 |

Please remove my name from the list of counsel in this matter.

Dated:   October 29, 2009            GORDON & REES LLP


                                     By:  */s/ Leslie K. Crary*
                                          ─────────────────────────
                                          LESLIE K. CRARY
                                          Attorneys for Defendant
                                          ST. PAUL MERCURY INSURANCE
                                          COMPANY

---

NOTICE OF CHANGE IN COUNSEL

TRAV/1036622/7194182v.1                              Case No. 5:06-CV-00198 JW