ABELSON | HERRON LLP
   Michael Bruce Abelson (State Bar No. 130739)
   Leslie A. Pereira (State Bar No. 180222)
333 South Grand Ave, Suite 1550
Los Angeles, California 90071-1559
Telephone: (213) 402-1900
Facsimile: (213) 402-1901

BERGESON, LLP
   Daniel J. Bergeson (State Bar No. 105439)
   Marc Van Niekerk (State Bar No. 201329)
303 Almaden Boulevard, Suite 500
San Jose, California 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiffs
NETSCAPE COMMUNICATIONS
CORPORATION and AMERICA ONLINE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, et al.,<br><br>Defendants. | **CASE NO. C-06-00198 JW (PVT)**<br><br>**[PROPOSED] ORDER AND JOINT STIPULATION TO SET STATUS CONFERENCE FOLLOWING REVERSAL AND REMAND BY THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>**No Hearing Required** |

COMES NOW Plaintiffs Netscape Communications Corporation and America Online, Inc. and Defendant St. Paul Mercury Insurance Company, by and through their respective counsel of record, who stipulate and agree as follows:

WHEREAS, this above-referenced action has been the subject of an appeal before the United States Court of Appeals for the Ninth Circuit; and

---

**CASE NO. C-06-00198 JW (PVT)**        **[PROPOSED] ORDER AND JOINT STIPULATION TO SET STATUS CONFERENCE FOLLOWING REVERSAL AND REMAND**

1  WHEREAS, this Court's *Order Vacating Case Management Conference; Administratively Closing Case,* Docket Instrument ("DI") No. 180 effectively: (a) closed this action's case file pending issuance of a final mandate from the Ninth Circuit; and (b) authorized the parties to move to re-open the case and set a status conference within ten (10) days from the Ninth Circuit's issuance of a final mandate with respect to the pending appeal; and

WHEREAS, the Ninth Circuit did, in fact, issue a final mandate on October 27, 2009 (see DI# 182), which mandate was spread by way of an October 28, 2009 letter from this Court's clerk (see DI # 183); and

WHEREAS, less than ten (10) days have passed since the issuance of the Ninth Circuit's final mandate;

NOW THEREFORE, and subject to the approval of the Court, the parties through their counsel hereto, stipulate and agree as follows:

1. The Court re-open the instant case;

2. A status conference be set for Monday, November 23, 2009 at 10:00 a.m. (or as soon thereafter as is practicable) in Courtroom 8 of the above-captioned Court ; and

/ / /

/ / /

/ / /

---

**CASE NO. C-06-00198 JW (PVT)**                       **[PROPOSED] ORDER AND JOINT STIPULATION**
                                          2             **TO SET STATUS CONFERENCE FOLLOWING**
                                                        **REVERSAL AND REMAND**

3.  Ten (10) days prior to the established status conference date, the parties jointly file a Joint Case Management Statement. The Statement shall include, among other things, the parties' position(s) with respect to the next stage of the litigation in light of the Ninth Circuit's remand, and a proposed schedule to advance the case.

IT IS SO STIPULATED.

Dated:  October 29, 2009               ABELSON | HERRON, LLP
                                         Michael Bruce Abelson
                                         Vincent H. Herron
                                         Leslie A. Pereira


                                       By  /s/  Michael Bruce Abelson
                                         Michael Bruce Abelson
                                         Attorneys for Plaintiffs
                                         Netscape Communications Corporation and
                                         America Online, Inc.


Dated:  October 29, 2009               GORDON & REES LLP



                                       By  /s/  Sara M. Thorpe
                                         Sara M. Thorpe
                                         Attorneys for Defendant
                                         St. Paul Mercury Insurance Company


## **ORDER**

IT IS SO ORDERED this ___ day of _____ 2009

_____
James Ware
United States District Judge

**CASE NO. C-06-00198 JW (PVT)**    3    **[PROPOSED] ORDER AND JOINT STIPULATION TO SET STATUS CONFERENCE FOLLOWING REVERSAL AND REMAND**

**PROOF OF SERVICE**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

<u>**Netscape Communications Corporation, et al. v. Federal Insurance Company, et al.**</u>

**USDC Case No.: C-06-00198 JW (PVT)**

I am over the age of 18 and not a party to the within action; I am employed by Abelson | Herron, LLP in the County of Los Angeles at 333 South Grand Avenue, Suite 1550, Los Angeles, California, 90071-1559.

On October 29, 2009, I served the document below described as:

**[PROPOSED] ORDER AND JOINT STIPULATION TO SET STATUS CONFERENCE FOLLOWING REVERSAL AND REMAND BY THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

The document was served by the following means:

✗ <u>**BY ELECTRONIC TRANSMISSION VIA NEF**</u>  Pursuant to the Court's General Order 45.VI.C., I electronically filed the foregoing document through the Court's CM/ECF system, which sent Notification of Electronic Filing to the persons at the e-mail addresses listed immediately below.

| | |
|---|---|
| Daniel J. Bergeson, Esq.<br>Hway-Ling Hsu, Esq.<br>BERGESON, LLP<br>303 Almaden Boulevard, Suite 500<br>San Jose, California  95110-2712<br>E-mail: dbergeson@be-law.com<br>E-mail: hhsu@be-law.com | Attorneys for Plaintiffs<br>NETSCAPE COMMUNICATIONS CORP.;<br>and AMERICAN ONLINE, INC. |
| Sara M. Thorpe, Esq.<br>D. Christopher Kerby, Esq.<br>Leslie K. Crary, Esq.<br>GORDON & REES LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 2000<br>San Francisco, California  94111<br>E-mail: sthorpe@gordonrees.com<br>E-mail: ckerby@gordonrees.com<br>E-mail: lcrary@gordonrees.com | Attorneys for Defendant<br>ST. PAUL MERCURY INSURANCE COMPANY |

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed on October 29, 2009 at Los Angeles, California.

_____/s/ Michael Bruce Abelson_____<br>Michael Bruce Abelson

- Proof of Service -

*Proof of Service cont.*

**×** **BY U.S. MAIL** I enclosed the document in a sealed envelope addressed to the person at the address listed below and placed the sealed envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the said date, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

| | |
|---|---|
| Charles E. Spevacek, Esq. | Attorneys for Defendant |
| MEAGHER & GEER P.L.L.P | ST. PAUL MERCURY INSURANCE |
| 33 South Sixth Street, Suite 4400 | COMPANY |
| Minneapolis, Minnesota 55402-3788 | |

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed on October 29, 2009 at Los Angeles, California.

Soonja Bin