ABELSON | HERRON LLP
   Michael Bruce Abelson (State Bar No. 130739)
   Leslie A. Pereira (State Bar No. 180222)
333 South Grand Ave, Suite 1550
Los Angeles, California 90071-1559
Telephone: (213) 402-1900
Facsimile: (213) 402-1901

BERGESON, LLP
   Daniel J. Bergeson (State Bar No. 105439)
   Marc Van Niekerk (State Bar No. 201329)
303 Almaden Boulevard, Suite 500
San Jose, California 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiffs
NETSCAPE COMMUNICATIONS
CORPORATION and AMERICA ONLINE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, et al.,<br><br>    Defendants. | **CASE NO. C-06-00198 JW (PVT)**<br><br>**[PROPOSED] ORDER AND JOINT STIPULATION TO SET STATUS CONFERENCE FOLLOWING REVERSAL AND REMAND BY THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>**No Hearing Required** |

    COMES NOW Plaintiffs Netscape Communications Corporation and America Online, Inc. and Defendant St. Paul Mercury Insurance Company, by and through their respective counsel of record, who stipulate and agree as follows:

    WHEREAS, this above-referenced action has been the subject of an appeal before the United States Court of Appeals for the Ninth Circuit; and

1       WHEREAS, this Court's *Order Vacating Case Management Conference;*
2  *Administratively Closing Case,* Docket Instrument ("DI") No. 180 effectively: (a) closed this
3  action's case file pending issuance of a final mandate from the Ninth Circuit; and (b) authorized
4  the parties to move to re-open the case and set a status conference within ten (10) days from the
5  Ninth Circuit's issuance of a final mandate with respect to the pending appeal; and
6       WHEREAS, the Ninth Circuit did, in fact, issue a final mandate on October 27, 2009 (see
7  DI# 182), which mandate was spread by way of an October 28, 2009 letter from this Court's
8  clerk (see DI # 183); and
9       WHEREAS, less than ten (10) days have passed since the issuance of the Ninth Circuit's
10 final mandate;
11      NOW THEREFORE, and subject to the approval of the Court, the parties through their
12 counsel hereto, stipulate and agree as follows:
13      1. The Court re-open the instant case;
14      2. A status conference be set for Monday, November 23, 2009 at 10:00 a.m. (or as soon
15 thereafter as is practicable) in Courtroom 8 of the above-captioned Court ; and
16 / / /
17 / / /
18 / / /
19
20
21
22
23
24
25
26
27
28

Abelson Herron LLP

**CASE NO. C-06-00198 JW (PVT)**                   **[PROPOSED] ORDER AND JOINT STIPULATION**
                                          2        **TO SET STATUS CONFERENCE FOLLOWING**
                                                   **REVERSAL AND REMAND**

3. Ten (10) days prior to the established status conference date, the parties jointly file a Joint Case Management Statement. The Statement shall include, among other things, the parties' position(s) with respect to the next stage of the litigation in light of the Ninth Circuit's remand, and a proposed schedule to advance the case.

IT IS SO STIPULATED.

Dated:  October 29, 2009                     ABELSON | HERRON, LLP
                                                                    Michael Bruce Abelson
                                                                    Vincent H. Herron
                                                                    Leslie A. Pereira


                                                            By  /s/  Michael Bruce Abelson
                                                                    Michael Bruce Abelson
                                                                Attorneys for Plaintiffs
                                                                Netscape Communications Corporation and
                                                                America Online, Inc.


Dated:  October 29, 2009                     GORDON & REES LLP



                                                            By  /s/  Sara M. Thorpe
                                                                    Sara M. Thorpe
                                                                Attorneys for Defendant
                                                                St. Paul Mercury Insurance Company


## ORDER

IT IS SO ORDERED this __6__ day of __November__ 2009


_____
James Ware
United States District Judge

---

**CASE NO. C-06-00198 JW (PVT)**        3        **[PROPOSED] ORDER AND JOINT STIPULATION TO SET STATUS CONFERENCE FOLLOWING REVERSAL AND REMAND**

**PROOF OF SERVICE**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

<u>Netscape Communications Corporation, et al. v. Federal Insurance Company, et al.</u>

**USDC Case No.: C-06-00198 JW (PVT)**

I am over the age of 18 and not a party to the within action; I am employed by Abelson | Herron, LLP in the County of Los Angeles at 333 South Grand Avenue, Suite 1550, Los Angeles, California, 90071-1559.

On October 29, 2009, I served the document below described as:

**[PROPOSED] ORDER AND JOINT STIPULATION TO SET STATUS CONFERENCE FOLLOWING REVERSAL AND REMAND BY THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

The document was served by the following means:

☒ <u>**BY ELECTRONIC TRANSMISSION VIA NEF**</u>  Pursuant to the Court's General Order 45.VI.C., I electronically filed the foregoing document through the Court's CM/ECF system, which sent Notification of Electronic Filing to the persons at the e-mail addresses listed immediately below.

| | |
|---|---|
| Daniel J. Bergeson, Esq.<br>Hway-Ling Hsu, Esq.<br>BERGESON, LLP<br>303 Almaden Boulevard, Suite 500<br>San Jose, California 95110-2712<br>E-mail: dbergeson@be-law.com<br>E-mail: hhsu@be-law.com | Attorneys for Plaintiffs<br>NETSCAPE COMMUNICATIONS CORP.;<br>and AMERICAN ONLINE, INC. |
| Sara M. Thorpe, Esq.<br>D. Christopher Kerby, Esq.<br>Leslie K. Crary, Esq.<br>GORDON & REES LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 2000<br>San Francisco, California 94111<br>E-mail: sthorpe@gordonrees.com<br>E-mail: ckerby@gordonrees.com<br>E-mail: lcrary@gordonrees.com | Attorneys for Defendant<br>ST. PAUL MERCURY INSURANCE COMPANY |

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed on October 29, 2009 at Los Angeles, California.

                                                            /s/ Michael Bruce Abelson
                                                              Michael Bruce Abelson

*Proof of Service cont.*

☒ **BY U.S. MAIL**  I enclosed the document in a sealed envelope addressed to the person at the address listed below and placed the sealed envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the said date, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

| | |
|---|---|
| Charles E. Spevacek, Esq. | Attorneys for Defendant |
| MEAGHER & GEER P.L.L.P. | ST. PAUL MERCURY INSURANCE |
| 33 South Sixth Street, Suite 4400 | COMPANY |
| Minneapolis, Minnesota 55402-3788 | |

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed on October 29, 2009 at Los Angeles, California.

_____
Soonja Bin

- Proof of Service -