IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Netscape Communications Corp., et al., | NO. C 06-00198 JW |
| Plaintiffs, v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Federal Insurance Company, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on February 22, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (hereafter, "Statement," Docket Item No. 191.) In their Statement, the parties represent that they have agreed to a March 4, 2010 JAMS mediation. (Id. at 3.) The parties jointly request that the Court continue the Case Management Conference to after the scheduled mediation. (Id.) In light of the parties' request, and finding good cause, the Court CONTINUES the February 22, 2010 Case Management Conference and orders as follows:

(1) On **March 22, 2010 at 10 a.m.**, the parties shall appear for a Case Management Conference.

(2) On or before **March 12, 2010**, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, an updated on the parties' settlement efforts and a proposed schedule on how the case should proceed.

Dated: February 17, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Daniel J. Bergeson dbergeson@be-law.com
David Christopher Kerby ckerby@gordonrees.com
Hway-Ling Hsu hhsu@be-law.com
Leslie Ann Pereira lpereira@abelsonherron.com
Leslie K. Crary lcrary@gordonrees.com
Michael Bruce Abelson mabelson@abelsonherron.com
Olivia Jeanne Bradbury OBradbury@gordonrees.com
Sara Mary Thorpe sthorpe@gordonrees.com

**Dated: February 17, 2010**          **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**

**United States District Court**
For the Northern District of California