**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Netscape Communications Corp., et al.,<br><br>　　　　Plaintiffs,<br>　v.<br>St. Paul Mercury Insurance Company,<br><br>　　　　Defendant. | NO. C 06-00198 JW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; DENYING DEFENDANT'S REQUEST TO MODIFY CASE SCHEDULE** |

　　　　This case is scheduled for a Case Management Conference on March 22, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (hereafter, "Statement," Docket Item No. 193.) In the Statement, Defendant represents that it intends to file a motion for summary judgment and seeks a hearing date of either June 7 or 21, depending on the Court's availability. (Id. at 3.) Defendant further requests a 30-day extension of all deadlines on the ground that no hearing dates are available on the Court's calendar prior to June 7. (Id.)

　　　　In its November 23, 2009 Scheduling Order, the Court set the last date for hearing dispositive motions for September 27, 2010. (See Docket Item No. 190.) Since the June hearing date that Defendant seeks does not require extension of the Court's deadline for hearing dispositive motions, the Court finds no reason to extend any deadlines at this time. Accordingly, the Court DENIES Defendant's request to modify the November 23, 2009 Scheduling Order.

　　　　In the Statement, the parties dispute the scope of their Stipulation with respect to the schedule for filing dispostive motions. Plaintiff contends that pursuant to a Stipulation between the

parties, Defendants are barred from filing any further dispositive motions. (Statement at 4-5; see [Proposed] Order on Case Management Conference, Docket Item No. 45.) Plaintiff further contends that pursuant to the Stipulation, the parties are now in "Phase Two" of the case, which requires that the parties try any remaining issues. (Id.) Defendant replies that the Stipulation does not bar it from filing further dispositive motions. (Statement at 4.) The Court finds that to the extent a party believes that a dispositive motion is appropriate and addresses a legal issue that has not been the subject of a prior motion, the party may file such a motion. However, any motion repeating issues previously raised by a party and decided by the Court may warrant an award of attorney fees and costs to the other side if not made in good faith.

In light of this Order, the Court finds that a further Case Management Conference is unnecessary at this time. Accordingly, the Court VACATES the Case Management Conference and orders the parties to continue to adhere to the Court's November 23, 2009 Scheduling Order.

Dated: March 18, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Daniel J. Bergeson dbergeson@be-law.com
David Christopher Kerby ckerby@gordonrees.com
Hway-Ling Hsu hhsu@be-law.com
Leslie Ann Pereira lpereira@abelsonherron.com
Leslie K. Crary lcrary@gordonrees.com
Michael Bruce Abelson mabelson@abelsonherron.com
Olivia Jeanne Bradbury OBradbury@gordonrees.com
Sara Mary Thorpe sthorpe@gordonrees.com

**Dated: March 18, 2010**                                   **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**