
1  **ABELSON | HERRON LLP**
    Michael Bruce Abelson (State Bar No. 130739)
2   Vincent H. Herron (State Bar No. 172290)
    Leslie A. Pereira (State Bar No. 180222)
3  333 South Grand Avenue, Suite 1550
4  Los Angeles, California  90071-1559
   Telephone: (213) 402-1900
5  Facsimile:  (213) 402-1901
   Email:  mabelson@abelsonherron.com
6           vherron@abelsonherron.com
7           lpereira@abelsonherron.com
   Attorneys for Plaintiffs
8  NETSCAPE COMMUNICATIONS CORPORATION
   and AMERICA ONLINE, INC.
9

   **SEDGWICK, DETERT, MORAN & ARNOLD LLP**
10    Bruce D. Celebrezze (State Bar No. 102181)
      Nicholas W. Heldt (State Bar No. 83601)
11 One Market Plaza
12 Steuart Tower, 8th Floor
   San Francisco, California  94105
13 Telephone: (415) 781-7900
   Facsimile:  (415) 782-2635
14 Email:  bruce.celebrezze.com
           nicholas.heldt.com
15 Attorneys for Defendant
16 ST. PAUL MERCURY INSURANCE COMPANY

**DENIED**
Judge James Ware
6/21/2010

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>FEDERAL INSURANCE COMPANY, et al.,<br><br>          Defendants. | **CASE NO. CV-06-00198 JW (PVT)**<br><br>**[PROPOSED] ORDER AND JOINT STIPULATION CONTINUING HEARING OF EXPERT EXCLUSION MOTIONS SET FOR JULY 19, 2010**<br><br>**No Hearing Required** |

.

---

**CASE NO. CV-06-00198 JW (PVT)**              [PROPOSED] ORDER AND JOINT STIPULATION
                                               CONTINUING EXPERT EXCLUSION MOTIONS

1	**SUBJECT TO THE APPROVAL OF THIS COURT,** Plaintiffs Netscape Communications Corporation and America Online, Inc. (collectively, "Plaintiffs") and Defendant St. Paul Mercury Insurance Company ("St. Paul") jointly stipulate and agree as follows:

**WHEREAS,** pursuant to this Court's Scheduling Order of November 23, 2009 (the "Scheduling Order") (Dkt. # 190), the parties have exchanged expert witness designations; and

**WHEREAS,** the parties have each noticed motions seeking to exclude the others' designations (collectively, the "Expert Exclusion Motions").  See Dkt. # 209 (Plaintiffs' Motion to Exclude); Dkt. # 210 (Defendant's Motion to Exclude); and

**WHEREAS,** the scheduling of the Expert Exclusion Motions has been set for July 19, 2010 by reason of the Scheduling Order's strict timing provisions, which may not altered except by Court Order.  See Scheduling Order at 2 & ¶ 6; and

**WHEREAS,** this Court has indicated on its website that is <u>not</u> hearing civil motions on July 19, 2010; and

**WHEREAS,** the parties are scheduled to appear for a Preliminary Pretrial Conference on June 28, 2010.  <u>See</u> Scheduling Order at 1; <u>see also</u> Dkt. #211 (Joint Preliminary Pretrial and Trial Setting Conference Statement); and

**WHEREAS,** for reasons of timing, cost, and conservation of legal resources the parties desire to defer briefing of oppositions of the Expert Exclusion Motions which, under prevailing rules, are due June 28, 2010 – the same date as the pending Preliminary Pretrial Conference.

/ / /

/ / /

/ / /

---

CASE NO. CV-06-00198 JW (PVT)         [PROPOSED] ORDER AND JOINT STIPULATION
                            1          CONTINUING EXPERT EXCLUSION MOTIONS

**THEREFORE, AND SUBJECT TO THE APPROVAL OF THIS COURT, IT IS HEREWITH STIPULATED AND AGREED BY COUNSEL FOR THE PARTIES AS FOLLOWS:**

1. The pending Expert Exclusions Motions currently set for hearing on July 19, 2010 shall be taken off-calendar;

2. The Expert Exclusion Motions will be reset for hearing by the Court following the Preliminary Pretrial Conference on June 28, 2010; and

3. The parties' respective oppositions to the Expert Exclusion Motions shall be filed and submitted in accordance with the new hearing date determined by the Court.

**IT IS SO STIPULATED.**

Dated:  June 17, 2010           **ABELSON | HERRON, LLP**
                                   Michael Bruce Abelson
                                   Vincent H. Herron
                                   Leslie A. Pereira


                                By  /s/  Michael Bruce Abelson
                                    Michael Bruce Abelson
                                   Attorneys for Plaintiffs
                                   Netscape Communications Corporation and
                                   America Online, Inc.

Dated:  June 17, 2010           **SEDGWICK, DETERT, MORAN & ARNOLD LLP**


                                By  /s/  Bruce D. Celebrezze
                                    Bruce D. Celebrezze
                                   Attorneys for Defendant
                                   St. Paul Mercury Insurance Company


**ORDER**

**IT IS SO ORDERED** this __21__ day of June 2010.

The hearing remains on calendar set for July 19, 2010 at 9:00 AM.

_____
**JAMES WARE**
United States District Judge

---

CASE NO. CV-06-00198 JW (PVT)                    [PROPOSED] ORDER AND JOINT STIPULATION
                                2                CONTINUING EXPERT EXCLUSION MOTIONS