**ABELSON | HERRON LLP**
Michael Bruce Abelson (State Bar No. 130739)
Vincent H. Herron (State Bar No. 172290)
Leslie A. Pereira (State Bar No. 180222)
333 South Grand Avenue, Suite 1550
Los Angeles, California 90071-1559
Telephone: (213) 402-1900
Facsimile: (213) 402-1901
Email: mabelson@abelsonherron.com
vherron@abelsonherron.com
lpereira@abelsonherron.com
Attorneys for Plaintiffs
NETSCAPE COMMUNICATIONS CORPORATION
and AMERICA ONLINE, INC.

**SEDGWICK, DETERT, MORAN & ARNOLD LLP**
Bruce D. Celebrezze (State Bar No. 102181)
Nicholas W. Heldt (State Bar No. 83601)
One Market Plaza Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 782-2635
Email: bruce.celebrezze@sdma.com
nicholas.heldt@sdma.com
Attorneys for Defendant
ST. PAUL MERCURY INSURANCE COMPANY

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
DENIED
Judge James Ware
6/24/2010

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

NETSCAPE COMMUNICATIONS CORPORATION, et al.,

Plaintiffs,

v.

FEDERAL INSURANCE COMPANY, et al.,

Defendants.

**CASE NO. CV-06-00198 JW (PVT)**

**SECOND AND SUPERSEDING [PROPOSED] ORDER AND JOINT STIPULATION CONTINUING HEARING OF EXPERT EXCLUSION MOTIONS SET FOR JULY 19, 2010**

**No Hearing Required**

**SUBJECT TO THE APPROVAL OF THIS COURT,** Plaintiffs Netscape Communications Corporation and America Online, Inc. (collectively, "Plaintiffs") and Defendant St. Paul Mercury Insurance Company ("St. Paul") jointly stipulate and agree as follows:

**WHEREAS,** pursuant to this Court's Scheduling Order of November 23, 2009 (the "Scheduling Order") (Dkt. # 190), the parties have exchanged expert witness designations; and

**WHEREAS,** the parties have each noticed motions seeking to exclude the others' designations (collectively, the "Expert Exclusion Motions"). See Dkt. # 209 (Plaintiffs' Motion to Exclude); Dkt. # 210 (Defendant's Motion to Exclude); and

**WHEREAS,** the scheduling of the Expert Exclusion Motions has been set for July 19, 2010 by reason of the Scheduling Order's strict timing provisions, which may not be altered except by Court Order. See Scheduling Order at 2 & ¶ 6; and

**WHEREAS,** the Court's website indicated that it is not available to hear the Expert Exclusions Motions on July 19, 2010; and

**WHEREAS,** in light of the Court's unavailability, the parties now have scheduling conflicts which prevent a hearing on July 19, 2010; and

**WHEREAS,** the parties learned on June 17, 2010 that the Court is available to hear the Expert Exclusions Motions on July 19, 2010; and

**WHEREAS,** the parties are scheduled to appear for a Preliminary Pretrial Conference on June 28, 2010. See Scheduling Order at 1; see also Dkt. #211 (Joint Preliminary Pretrial and Trial Setting Conference Statement); and

**WHEREAS,** for reasons of timing, cost, and conservation of legal resources the parties desire to defer briefing of oppositions of the Expert Exclusion Motions which, under prevailing rules, are due June 28, 2010 – the same date as the pending Preliminary Pretrial Conference.

/ / /

/ / /

/ / /

Abelson | Herron LLP

**CASE NO. CV-06-00198 JW (PVT)**

1

**SECOND AND SUPERSEDING [PROPOSED] ORDER AND JOINT STIPULATION CONTINUING EXPERT EXCLUSION MOTIONS**

**THEREFORE, AND SUBJECT TO THE APPROVAL OF THIS COURT, IT IS HEREWITH STIPULATED AND AGREED BY COUNSEL FOR THE PARTIES AS FOLLOWS:**

1. The pending Expert Exclusions Motions currently set for hearing on July 19, 2010 shall be taken off-calendar;

2. The Expert Exclusion Motions will be reset for hearing by the Court following the Preliminary Pretrial Conference on June 28, 2010; and

3. The parties' respective oppositions to the Expert Exclusion Motions shall be filed and submitted in accordance with the new hearing date determined by the Court.

**IT IS SO STIPULATED.**

Dated: June 18, 2010

**ABELSON | HERRON, LLP**
Michael Bruce Abelson
Vincent H. Herron
Leslie A. Pereira

By /s/ Michael Bruce Abelson
Michael Bruce Abelson
Attorneys for Plaintiffs
Netscape Communications Corporation and America Online, Inc.

Dated: June 18, 2010

**SEDGWICK, DETERT, MORAN & ARNOLD LLP**
Bruce D. Celebrezze
Nicholas W. Heldt

By /s/ Bruce D. Celebrezze
Bruce D. Celebrezze
Attorneys for Defendant
St. Paul Mercury Insurance Company

**ORDER**

**IT IS SO ORDERED** this 24th day of June 2010.

The request for continuance is DENIED. All hearings and pretrial dates remain on calendar set for July 19, 2010.

**JAMES WARE**
**United States District Judge**