1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                 SAN JOSE DIVISION

11

12   NETSCAPE COMMUNICATIONS          )      Case No.: C 06-0198 JW (PVT)
     CORPORATION,                     )
13                                    )      **INTERIM ORDER** SOLICITING
                          Plaintiff,  )      SUPPLEMENTAL BRIEFING RE PLAINTIFF'S
14                                    )      MOTION TO COMPEL AND CONTINUING
          v.                          )      HEARING
15                                    )
     FEDERAL INSURANCE COMPANY, et    )
16   al.,                             )
                                      )
17                        Defendants. )
     _____)
18

19        Currently scheduled for hearing on August 10, 2010 is Plaintiff's Motion to Compel.[1]  On

20   July 19, 2010, Plaintiffs filed a Notice of Ruling by District Court Regarding Choice of Law and

21   Related Issues in which they direct this court's attention to an order by District Judge Ware that they

22   note "includes an analysis of choice of law and other issues bearing on the disposition of

23   Plaintiffs' Motion to Compel."  Having reviewed the papers submitted by the parties, the court finds

24   it appropriate to issue this interim order.  Based on the moving, opposition and reply papers

25   submitted, and the District Court's Order of July 16, 2010 (Docket # 251),

26        IT IS HEREBY ORDERED that no later than August 17, 2010, the parties shall file a *joint*

27

28        [1]       The holding of this court is limited to the facts and the particular circumstances
     underlying the present motion.

                                      ORDER, *page 1*

1  supplemental brief addressing the impact of the July 16, 2010 Order on Plaintiff's Motion to

2  Compel.  The supplemental brief shall set forth each request or discrete issue still in dispute, and set

3  forth the parties' current respective positions as to each.

4        IT IS FURTHER ORDERED that the hearing on Plaintiff's motion to compel is

5  CONTINUED to 10:00 a.m. on *Thursday*, August 26, 2010.[2]

6  Dated: *8/6/10*

7                                         *Patricia V. Trumbull*
                                       PATRICIA V. TRUMBULL
8                                      United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27        [2]     This court normally hears law and motion on Tuesdays.  However, due to the court's
    current schedule, the court finds it necessary to set this motion for a day other than a Tuesday.  If the
28  parties would prefer a date and time other than the court sets herein, they shall promptly meet and confer
    and contact chambers (at 408-535-5434) to coordinate an alternative date and time.

ORDER, *page 2*