1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11

12   NETSCAPE COMMUNICATIONS          )      Case No.: C 06-0198 JW (PVT)
     CORPORATION,                     )
13                                    )      **ORDER DIRECTING DEFENDANT**
                       Plaintiff,     )      **ST. PAUL MERCURY INSURANCE**
14                                    )      **COMPANY TO SERVE AND FILE A MORE**
        v.                            )      **SPECIFIC PRIVILEGE LOG; AND**
15                                    )
     FEDERAL INSURANCE COMPANY, et    )      **TAKING PLAINTIFF'S MOTION TO COMPEL**
16   al.,                             )      **UNDER SUBMISSION WITHOUT ORAL**
                                      )      **ARGUMENT**
17                     Defendants.    )
     _____ )
18

19          Currently scheduled for hearing on August 26, 2010 is Plaintiff's Motion to Compel.[1]

20   Having reviewed the original papers submitted by the parties, and the joint supplemental brief filed

21   at the court's request on August 16, 2010, the court finds it appropriate to take this order without oral

22   argument.

23          IT IS HEREBY ORDERED that, no later than September 2, 2010, Defendant St. Paul

24   Mercury Insurance Company ("Defendant") shall serve and file a more specific version of the

25   privilege log attached as Exhibit B to the Declaration of Aaron Latto.  The revised privilege log shall

26   identify, for each document for which attorney-client privilege is asserted, each attorney whose

27

28          [1]      The holding of this court is limited to the facts and the particular circumstances
     underlying the present motion.

1   advise or communication (from or with) are disclosed or paraphrased in that document.  If Defendant

2   wishes to assert attorney-client privilege for any document that does not actually disclose or

3   paraphrase advice from or communications with a specific attorney, Defendant shall by September 2,

4   2010, file a supplemental brief that provides legal authority for doing so.  No later than September 8,

5   2010, Plaintiffs may file a response to Defendant's revised privilege log and/or any supplemental

6   brief it files.

7           IT IS FURTHER ORDERED that Plaintiffs' motion to compel is taken under submission

8   without oral argument.

9   Dated: *8/25/10*

10
                                        PATRICIA V. TRUMBULL
11                                      United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28