**ABELSON | HERRON LLP**
  Michael Bruce Abelson (State Bar No. 130739)
  Vincent H. Herron (State Bar No. 72290)
333 South Grand Ave, Suite 650
Los Angeles, California  90071-1559
Telephone:  (213) 402-1900
Facsimile:  (213) 402-1901
Email:  mabelson@abelsonherron.com
        vherron@abelsonherron.com
Attorneys for Plaintiffs
NETSCAPE COMMUNICATIONS CORPORATION
and AMERICA ONLINE, INC.

**SEDGWICK, DETERT, MORAN & ARNOLD LLP**
  Bruce D. Celebrezze (State Bar No. 102181)
  Nicholas Heldt (State Bar No. 83601)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone:  (415) 781-7900
Facsimile:  (415) 782-2635
Email:  bruce.celebrezze.com
        nicholas.heldt.com
Attorneys for Defendant
ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>FEDERAL INSURANCE COMPANY, et al.,<br><br>  Defendants. | CASE NO. C-06-00198 JW (PVT)<br><br>**ORDER AND JOINT STIPULATION EXTENDING TIME FOR PARTIES TO SUBMIT SUPPLEMENTAL PRIVILEGE LOG AND BRIEFING PURSUANT TO AUGUST 25, 2010 ORDER**<br><br>**<u>No Hearing Required</u>** |

.

---

**CASE NO. C-06-00198 JW (PVT)** — **ORDER AND JOINT STIPULATION EXTENDING TIME TO RESPOND TO ORDER ON MOTION TO COMPEL**

**SUBJECT TO THE APPROVAL OF THIS COURT,** Plaintiffs Netscape Communications Corporation and America Online, Inc. (collectively, "Plaintiffs") and Defendant St. Paul Mercury Insurance Company ("St. Paul") jointly stipulate and agree as follows:

**WHEREAS,** pursuant to this Court's Order of August 25, 2010 on Plaintiffs' Motion to Compel (the "Order") (Dkt. # 265), Defendant St. Paul must submit a supplemental privilege log and, if necessary, supplemental briefing by September 2, 2010; and

**WHEREAS,** pursuant to this Court's Order, Plaintiffs must submit any responsive briefing by September 8, 2010; and

**WHEREAS,** the parties agree that, due to Labor Day holiday and scheduling conflicts, there is good cause to extend the time for the parties to submit the documents requested by this Court's Order; and

**THEREFORE, AND SUBJECT TO THE APPROVAL OF THIS COURT, IT IS HEREWITH STIPULATED AND AGREED BY COUNSEL FOR THE PARTIES AS FOLLOWS:**

1. Defendant's revised privilege log and, if necessary, supplemental briefing, currently due on September 2, 2010 shall be due on September 7, 2010;

2. Plaintiffs' responsive brief, currently due on September 8, 2010, shall be due on September 13, 2010.

**IT IS SO STIPULATED.**

Dated: August 26, 2010
         **ABELSON | HERRON, LLP**
          Michael Bruce Abelson
          Vincent H. Herron
          Leslie A. Pereira


         By  /s/  Michael Bruce Abelson
          Michael Bruce Abelson
         Attorneys for Plaintiffs
         Netscape Communications Corporation and
         America Online, Inc.

---

CASE NO. C-06-00198 JW (PVT)    2    [PROPOSED] ORDER AND JOINT STIPULATION EXTENDING TIME TO RESPOND TO ORDER ON MOTION TO COMPEL

| | |
|---|---|
| Dated: August 26, 2010 | **SEDGWICK, DETERT, MORAN & ARNOLD LLP** |

By  /s/  Bruce D. Celebrezze          .
Bruce D. Celebrezze
Attorneys for Defendant
St. Paul Mercury Insurance Company

## ORDER

**IT IS SO ORDERED** this   27   day of     August     2010.


_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

CASE NO. C-06-00198 JW (PVT)    3    ORDER AND JOINT STIPULATION EXTENDING TIME TO RESPOND TO ORDER ON MOTION TO COMPEL

TRAV/1036622/7522290v.1