United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Netscape Comm'ns Corp., et al., | NO. C 06-00198 JW |
| Plaintiffs, | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| Fed. Ins. Co., et al., | |
| Defendants. | |

This case is scheduled for a Preliminary Pretrial Conference on September 27, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Pretrial Statement and Proposed Order. (See Docket Item No. 288.) Based on their joint submission, it appears that it would be in the interests of the parties and judicial economy to continue the Preliminary Pretrial Conference to coincide with the hearing date on the parties' various Motions for Summary Judgment.

Accordingly, the September 27 Preliminary Pretrial Conference is CONTINUED to **October 4, 2010 at 11 a.m.**

Dated: September 21, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce D. Celebrezze bruce.celebrezze@sdma.com
Daniel J. Bergeson dbergeson@be-law.com
Hway-Ling Hsu hhsu@be-law.com
Leslie Ann Pereira lpereira@abelsonherron.com
Michael Bruce Abelson mabelson@abelsonherron.com

**Dated: September 21, 2010**                           **Richard W. Wieking, Clerk**

                                                        **By:  /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**