1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
2  GREGORY C. READ  Bar No. 49713
3  One Market Plaza
   Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635
   Email: bruce.celebrezze@sdma.com
6         gregory.read@sdma.com
7  Attorneys for Defendant
   ST. PAUL MERCURY INSURANCE COMPANY
8
9  ABELSON | HERRON LLP
   Michael Bruce Abelson (State Bar No. 130739)
10 Vincent H. Herron (State Bar No. 72290)
11 333 South Grand Ave, Suite 650
   Los Angeles, California  90071-1559
12 Telephone:  (213) 402-1900
   Facsimile:  (213) 402-1901
13 Email:  mabelson@abelsonherron.com
         vherron@abelsonherron.com
14 Attorneys for Plaintiffs
15 NETSCAPE COMMUNICATIONS CORPORATION and AMERICA ONLINE, INC.

16

17             UNITED STATES DISTRICT COURT

18       NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

19
   NETSCAPE COMMUNICATIONS                CASE NO. C-06-00198 JW (PVT)
20 CORPORATION, AMERICA ONLINE,
   INC., et al.,
21                                        [PROPOSED] ORDER AND JOINT
                                          STIPULATION MODIFYING THE
22         Plaintiffs,                    OCTOBER 7, 2010 PRELIMINARY
                                          PRETRIAL CONFERENCE SCHEDULING
23     v.                                 ORDER (JURY TRIAL)

24 FEDERAL INSURANCE COMPANY, et
   al.,
25
           Defendants.
26

27

28

SF/1867108v1                    -1-          CASE NO. C-06-00198 JW (PVT)

IT IS SO ORDERED
AS MODIFIED
James Ware
Judge James Ware

10/14/2010

1    SUBJECT TO THE APPROVAL OF THIS COURT, plaintiffs Netscape

2  Communications Corporation and America Online, Inc. (collectively, "Plaintiffs") and defendant

3  St. Paul Mercury Insurance Company ("St. Paul") jointly stipulate and agree as follows:

4    WHEREAS, pursuant to this Court's Preliminary Pretrial Conference Scheduling Order

5  of October 7, 2010 (the "Scheduling Order") (ECF No. 310), the Final Pretrial Conference is set

6  for April 4, 2011; and

7    WHEREAS, due to scheduling conflicts, Gregory C. Read, one of the two trial counsel

8  for St. Paul, is unavailable to attend the Final Pretrial Conference as presently scheduled; and

9    WHEREAS, St. Paul wishes to have both of its trial counsel available for the Final

10  Pretrial Conference if possible; and

11    WHEREAS, counsel for St. Paul has asked counsel for Plaintiffs to agree that the Final

12  Pretrial Conference be moved to a date between March 21, 2011 and March 31, 2011, if the

13  Court will agree to do so, and counsel for Plaintiffs has agreed to this request;

14    THEREFORE, AND SUBJECT TO THE APPROVAL OF THIS COURT, IT IS

15  HEREWITH STIPULATED AND AGREED BY COUNSEL FOR THE PARTIES that the

16  Court's Preliminary Pretrial Conference Scheduling Order of October 7, 2010 be modified to

17  change the date for the Final Pretrial Conference from April 4, 2011 to a date acceptable for the

18  Court between March 21, 2011 and March 31, 2011.

19    **IT IS SO STIPULATED.**

20  Dated:  October 8, 2010           **SEDGWICK, DETERT, MORAN & ARNOLD LLP**

21

22            By   /s/  Bruce D. Celebrezze            .
                Bruce D. Celebrezze
23                Gregory C. Read
                Attorneys for Defendant St. Paul Mercury Insurance
24                Company

25

26

27

28

1  Dated:  October 8, 2010                          **ABELSON | HERRON, LLP**

2

3                                                    By   /s/  Michael Bruce Abelson
                                                         Michael Bruce Abelson
4                                                        Attorneys for Plaintiffs Netscape Communications
                                                         Corporation and America Online, Inc.
5

6                                                   **ORDER**

7
        **IT IS HEREBY ORDERED** that the Court's Pretrial Conference Scheduling Order of
8
October 7, 2010 is modified to change the date for the Final Pretrial Conference from April 4,
9
2011 to **March 21, 2011 at 11:00 AM.**
10
        **IT IS FURTHER ORDERED** that the Court's Pretrial Conference Scheduling Order of
11
October 7, 2010 is modified to change the date that the Joint Pretrial Conference Statement, In
12
Limine Motions, and Proposed Jury Instructions are due from March 4, 2011 to
13
**February 21, 2011** (*~30 days before Final Pretrial Conference*).
14
        **IT IS SO ORDERED.**
15

16  Dated: October ___14___, 2010.

17

18                                                  _James Ware_____
                                                    **JAMES WARE**
19                                                  **United States District Judge**

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER AND JOINT STIPULATION MODIFYING THE OCTOBER 7, 2010
PRELIMINARY PRETRIAL CONFERENCE SCHEDULING ORDER