UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: C 06-0198 JW (PSG)<br><br>**ORDER SETTING DEADLINE FOR DEFENDANT ST. PAUL MERCURY INSURANCE COMPANY TO SUBMIT DOCUMENTS FOR *IN CAMERA* REVIEW** |
| Plaintiff, | | |
| v. | | |
| FEDERAL INSURANCE COMPANY, et al., | | |
| Defendants. | | |

Currently pending before the court is Plaintiff's Motion to Compel. Having reviewed the revised privilege log, and the supplemental papers submitted by the parties, the court finds it appropriate to issue this further interim order.

IT IS HEREBY ORDERED that, no later than December 10, 2010, Defendant St. Paul Mercury Insurance Company ("St. Paul") may submit the subject documents to the court for *in camera* review. The court is concerned by the discrepancies between St. Paul's original and revised privilege logs, and by what appear to be tenuous connections between attorney-client communications and several of the log entries. While California Evidence Code section 915 precludes courts from requiring an *in camera* review, St. Paul has offered to submit the documents to the court for *in camera* review as part of its showing. Under the circumstances, the court finds it

ORDER, *page 1*

1  appropriate to conduct such a review.  *See Costco Wholesale Corp. v. Superior Court*, 47 Cal.4th

2  725, 738-39 (2009) ("nothing in Evidence Code section 915 prevents a party claiming a privilege

3  from making an in camera disclosure of the content of a communication to respond to an argument

4  or tentative decision that the communication is not privileged.").[1]

5  Dated: *December 6, 2010*

6                         PAUL S. GREWAL

7                         United States Magistrate Judge

---

[1] Because all the claims in this diversity action are State law claims, State privilege laws apply.  *See* FED.R.EVID. 501 ("in civil actions and proceedings, with respect to an element of a claim or defense as to which State law supplies the rule of decision, the privilege of a witness, person, government, State, or political subdivision thereof shall be determined in accordance with State law").