ABELSON | HERRON LLP
  Michael Bruce Abelson (State Bar No. 130739)
  Vincent H. Herron (State Bar No. 172290)
333 South Grand Ave., Suite 1550
Los Angeles, California 90071-1559
Telephone: (213) 402-1900
Facsimile: (213) 402-1901
Email: mabelson@abelsonherron.com
       vherron@abelsonherron.com

Attorneys for Plaintiffs
NETSCAPE COMMUNICATIONS CORPORATION
and AMERICA ONLINE, INC.

SEDGWICK, DETERT, MORAN & ARNOLD LLP
Gregory C. Read (State Bar No. 49713)
Bruce D. Celebrezze (State Bar No. 102181)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105-1101
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: gregory.read@sdma.com
      bruce.celebrezze@sdma.com

Attorneys for Defendant
ST. PAUL MERCURY INSURANCE COMPANY

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
2/22/2011

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| NETSCAPE COMMUNICATIONS CORPORATION, AMERICA ONLINE, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, et al., <br><br> Defendants. | CASE NO. C-06-00198 JW (PSG) <br><br> [~~PROPOSED~~] ORDER AND JOINT STIPULATION RE: NOTICE OF SETTLEMENT <br><br> **Current Schedule of Hearings** <br><br> **FINAL PRETRIAL DATE:** March 21, 2011 <br> **TIME:** No Oral Argument Unless Ordered <br> **JUDGE:** Hon. James Ware <br> **COURTROOM:** 8 <br> **TRIAL DATE:** April 19, 2011 |

[PROPOSED] ORDER AND
JOINT STIPULATION RE:
NOTICE OF SETTLEMENT

1  **COMES NOW** Plaintiffs Netscape Communications Corporation ("Netscape") and America Online, Inc. ("AOL"), and Defendant St. Paul Mercury Insurance Company ("St. Paul"), who notify the Court that, subject to the terms and conditions of forthcoming documentation, the parties have settled and resolved their dispute and resolved all outstanding issues currently set for trial on April 19, 2011.

Based on such resolution, the parties, through their counsel, **STIPULATE AND AGREE, AND REQUEST THE COURT ENTER ORDERS AS FOLLOWS:**

1. Vacating all trial and pretrial dates;

2. Directing the filing of a stipulated dismissal pursuant to Federal Rule 41(a) on or before Friday, April 8, 2011.

3. If a dismissal is not filed by the above-specified date, counsel for Plaintiffs and St. Paul shall appear in Courtroom 8, 4th Floor, United States Court, 280 South First Street, San Jose, California on Monday, **April 18, 2011** at 9:00 a.m. and show cause, if any, why the case between Plaintiffs and St. Paul should not be dismissed pursuant to Fed. R. Civ. Proc. 41(b). On or before April 8, 2011, Plaintiffs and St. Paul shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of Plaintiffs and St. Paul for finalizing the settlement and advising how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered above, the Order to Show Cause will be automatically vacated. The Clerk shall terminate all pending Motions as withdrawn.

**IT IS SO STIPULATED.**

Dated: February 18, 2011          **ABELSON | HERRON, LLP**

By:  /s/ Michael Bruce Abelson
    Michael Bruce Abelson
    Vincent H. Herron
    Attorneys for Plaintiffs
    NETSCAPE COMMUNICATIONS
    CORPORATION and AMERICA
    ONLINE, INC.

Dated:  February 18, 2011

**SEDGWICK, DETERT, MORAN & ARNOLD, LLP**

By: /s/ Bruce D. Celebrezze
  Gregory C. Read
  Bruce D. Celebrezze
  Attorneys for Defendant
  ST. PAUL MERCURY INSURANCE COMPANY

### ORDER

**IT IS SO ORDERED** this 22nd day of February 2011.

_/s/ James Ware_
James Ware
United States District Judge

[PROPOSED] ORDER AND JOINT STIPULATION RE: NOTICE OF SETTLEMENT

**PROOF OF SERVICE**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

<u>Netscape Communications Corporation, et al. v. Federal Insurance Company, et al.</u>
**USDC Case No.: 06-CV-00198 JW (PVT)**

I am over the age of 18 and not a party to the within action; I am employed by Abelson | Herron, LLP in the County of Los Angeles at 333 South Grand Avenue, Suite 1550, Los Angeles, California 90071-1559.

On February 18, 2011, I served the document below described as:

**[PROPOSED] ORDER AND JOINT STIPULATION RE: NOTICE OF SETTLEMENT**

The document was served by the following means:

☒ **BY ELECTRONIC TRANSMISSION VIA ECF** I electronically filed the foregoing documents through the Court's CM/ECF system, which sent Notifications of Electronic Filing ("NEF") to the person at the e-mail address listed below. Per the Court's General Order 45.IX.A., the party's receipt of the NEF's constitutes service of the electronically filed documents on that party.

| | |
|---|---|
| E-mail: gregory.read@sdma.com<br>E-mail: bruce.celebrezze@sdma.com<br>Gregory Charles Reed, Esq.<br>Bruce D. Celebrezze, Esq.<br>SEDGWICH, DETERT, MORAN & ARNOLD LLP<br>One Market Plaza, Steuart Tower, 8th Floor<br>San Francisco, California 94105 | Attorneys for Defendant<br>ST. PAUL MERCURY<br>INSURANCE COMPANY |

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed on February 18, 2011 at Los Angeles, California.

                                                    /S/
                                      Michael Bruce Abelson