1  ABELSON | HERRON LLP
2  Michael Bruce Abelson (State Bar No. 130739)
   Vincent H. Herron (State Bar No. 172290)
3  333 South Grand Ave., Suite 1550
   Los Angeles, California  90071-1559
4  Telephone:  (213) 402-1900
5  Facsimile:  (213) 402-1901
   Email:  mabelson@abelsonherron.com
6          vherron@abelsonherron.com

7  Attorneys for Plaintiffs
8  NETSCAPE COMMUNICATIONS CORPORATION
   and AMERICA ONLINE, INC.
9
   SEDGWICK, DETERT, MORAN & ARNOLD LLP
10 Gregory C. Read (State Bar No. 49713)
   Bruce D. Celebrezze (State Bar No. 102181)
11 One Market Plaza
   Steuart Tower, 8th Floor
12 San Francisco, CA 94105-1101
   Telephone:  (415) 781-7900
13 Facsimile:   (415) 781-2635
   Email: gregory.read@sdma.com
14         bruce.celebrezze@sdma.com

15 Attorneys for Defendant
   ST. PAUL MERCURY INSURANCE COMPANY
16

17                    UNITED STATES DISTRICT COURT

18         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

19

| NETSCAPE COMMUNICATIONS CORPORATION, AMERICA ONLINE, INC., et al., | CASE NO. C-06-00198 JW (PSG) |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | **[Fed.R.Civ.P. 41(a)(1)(A)(ii)]** |
| FEDERAL INSURANCE COMPANY, et al., | |
| Defendants. | |

SF/2108561v1                          -1-                    **CASE NO. C-06-00198 JW** (PSG)
                       STIPULATION AND ORDER OF DISMISSAL

It is hereby stipulated by and between the parties to this action, through their respective attorneys of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own attorneys' fees and costs.

Dated:  April 4, 2011  **ABELSON | HERRON, LLP**

By: /s/ Michael Bruce Abelson
    Michael Bruce Abelson
    Vincent H. Herron
    Attorneys for Plaintiffs
    NETSCAPE COMMUNICATIONS CORPORATION
    and AMERICA ONLINE, INC.

Dated:  April 4, 2011  **SEDGWICK, DETERT, MORAN & ARNOLD, LLP**

By:  /s/ Bruce D. Celebrezze
    Gregory C. Read
    Bruce D. Celebrezze
    Attorneys for Defendant
    ST. PAUL MERCURY INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The Clerk shall close this file.

Dated:  April 8, 2011     _____
    Hon. James Ware
    United States District Judge